# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

AFT MICHIGAN,

        Plaintiff,

v.

PROJECT VERITAS, A VIRGINIA CORPORATION, AND MARISA L. JORGE, A/K/A MARISSA JORGE, A/K/A MARISSA PEREZ,

        Defendants.

Case No. 2:17-cv-13292-PDB-EAS
Hon. Paul D. Borman

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E.D. Michigan. LR 83.4, Defendants Project Veritas makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   No.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   No.

Respectfully submitted,

BUTZEL LONG, a professional corporation

By: /s/ Paul M. Mersino
      Paul M. Mersino (P72179)
150 W. Jefferson Ave., Suite 100
Detroit, MI 48226
313-225-7000
mersino@butzel.com

Dated: October 6, 2017

# CERTIFICATE OF SERVICE

I hereby certify that on **October 6, 2017**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I hereby certify that I have emailed the paper to the following non-ECF participants:

AFT Michigan and its attorney Mark H. Cousens
26261 Evergreen Road, Suite 110
Southfield, Michigan 48076-7517

                                                 **Respectfully submitted,**

                                                 **BUTZEL LONG, a professional corporation**

                                                 By:  */s/ Paul M. Mersino*
                                                          Paul M. Mersino (P72179)
                                                 150 W. Jefferson Ave., Suite 100
                                                 Detroit, MI 48226
                                                 313-225-7000
Dated:  October 6, 2017            mersino@butzel.com