UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

       Plaintiff,

v.

PROJECT VERITAS,
a Virginia corporation, and
MARISA L. JORGE, a/k/a
MARISSA JORGE, a/k/a
MARISSA PEREZ,

       Defendants.
_____/

Case No. 17-cv-13292

Paul D. Borman
United States District Judge

ORDER PRESERVING THE STATUS QUO
AND SETTING BRIEFING SCHEDULE

This action was removed to this Court from the Wayne County Circuit Court on October 6, 2017. (ECF No. 1, Notice of Removal.) On October 10, 2017, the Court held a telephone conference with attorneys for Plaintiff and Defendants to discuss the status of the Temporary Restraining Order ("the TRO") issued by the Wayne County Circuit Court on September 29, 2017, that was scheduled to expire on Friday, October 13, 2017. Both sides agree that this Court will benefit from further briefing by both sides in resolving the merits of the underlying TRO.

1

Accordingly, the parties will continue to operate under the terms of the TRO, preserving the status quo. The parties shall adhere to the following schedule for briefing on the Plaintiff's request for a TRO:

**October 17, 2017**     Plaintiff's Brief

**October 24, 2017**     Defendants' Response

**October 30, 2017**     Plaintiff's Reply

The Court will hold a hearing on the TRO on **Monday, November 13, 2017 at 1:00 p.m.**

IT IS SO ORDERED.

                                              s/Paul D. Borman
                                              Paul D. Borman
                                              United States District Judge

Dated:  October 11, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 11, 2017.

                                              s/Deborah Tofil
                                              Case Manager