UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

        Plaintiff(s),

v.                                          Case No. 17-13292
                                             Honorable Linda V. Parker

PROJECT VERITAS, et al

        Defendant(s).
_____/

## AMENDED ORDER REGARDING BRIEFING SCHEDULE AND SETTING MOTION HEARING DATE

On October 20, 2017, this case was reassigned from District Judge Paul D. Borman to District Judge Linda V. Parker.

**IT IS HEREBY ORDERED** that the parties will continue to operate under the terms of the Temporary Restraining Order ("the TRO), preserving the status quo. The parties shall adhere to the following schedule on the Plaintiff's request for a TRO.

    **October 17, 2017**  Plaintiff's Brief

    **October 24, 2017**  Defendants' Response

    **October 30, 2017**  Plaintiff's Reply

The Court will hold a hearing on the TRO on **Wednesday, November 15, 2017 at 12:30 p.m. at the United States District Court, 600 Church Street,**

**Flint, Michigan.**

**IT IS SO ORDERED.**

S/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 3, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 3, 2017, by electronic and/or U.S. First Class mail.

S/ R. Loury
Case Manager