UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

        Plaintiff(s),

v.   Case No. 17-13292
    Honorable Linda V. Parker

PROJECT VERITAS, et al

        Defendant(s).
_____/

## SUPPLEMENTAL BRIEFING SCHEDULE

The Court enters the following schedule for supplemental briefs associated with documents that the Plaintiff shall submit to the Court on November 22, 2017:

Supplemental Briefs are due on or before November 30, 2017.

**IT IS SO ORDERED.**

        S/ Linda V. Parker
        LINDA V. PARKER
        U.S. DISTRICT JUDGE

Dated: November 15, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 15, 2017, by electronic and/or U.S. First Class mail.

        S/ R. Loury
        Case Manager