UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

        Plaintiff(s),

v.                                          Case No. 17-13292
                                            Honorable Linda V. Parker

PROJECT VERITAS, et al

        Defendant(s).
_____/

## BRIEFING SCHEDULE

The Court enters the following schedule for briefs associated with Defendants' Motion to Dismiss [ECF No. 28]:

Plaintiff's response is due on or before December 8, 2017;

Defendants' reply is due on or before December 29, 2017.

**IT IS SO ORDERED.**

                                              S/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: November 15, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 15, 2017, by electronic and/or U.S. First Class mail.

                                              S/ R. Loury
                                              Case Manager