UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT Michigan,                                       Hon. Linda V. Parker, District Judge
     Plaintiff,
v                                                  Case No.: 17-cv-13292

Project Veritas, a foreign corporation,
and Marisa L. Jorge, a/k/a Marissa Jorge,
a/k/a Marissa Perez,
     Defendants.

---

| MARK H. COUSENS | PAUL M. MERSINO |
|---|---|
| Attorney for the Plaintiff | BUTZEL LONG |
| 26261 Evergreen Road, Suite 110 | 150 W Jefferson, Suite 100 |
| Southfield, Michigan 48076 | Detroit, Michigan 48226 |
| cousens@cousenslaw.com | mersino@buztel.com |
| 248-355-2150 | 313-225-7000 |
| P12273 | P72179 |

---

### **STIPULATED ORDER PERMITTING THE FILING OF DOCUMENTS UNDER SEAL**

On stipulation of the parties it is ordered:

1. Promptly upon entry of this order, Plaintiff shall present to this Court copies of documents provided to the Defendants pursuant to the stipulated protective order entered by this Court on November 22, 2017.

2. Each such document shall contain a watermark indicating that it is "Confidential Information."

3. Such documents shall be submitted to the Court pursuant to L.R. 5.1.1 or as the Court shall direct.

4. Pursuant to L.R. 5.3 (c)(2), the listed documents shall be received under seal and shall not be accessible to any person other than this Court and its staff.

5. The documents are submitted under seal as they are and remain subject to a protective order.

6. Plaintiff may request to submit additional documents under seal through motion or stipulation of the parties.

7. This order shall remain in effect until the further order of the Court.

**IT IS SO ORDERED**.

S/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 22, 2017

It is so stipulated:

 /s/ Mark H. Cousens                                   /s/ Paul M. Mersino
Mark H. Cousens                                       Paul M. Mersino
Attorney for Plaintiff                                Attorney for Defendants