UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

        Plaintiff,                  Civil Case No. 17-13292
                                                  Honorable Linda V. Parker

v.

PROJECT VERITAS, et al

        Defendant.
_____/

## **ORDER**

The Court held a telephonic status conference with the parties on March 8, 2018. For the reasons stated during the telephonic status conference,

**IT IS HEREBY ORDERED** that the Defendants shall file a Motion to Stay Discovery, on or before the close of business on March 9, 2018.

**IT IS FURTHER ORDERED** that the Plaintiff shall file a response to the Defendants' motion, on or before March 14, 2018.

**IT IS FURTHER ORDERED** that the March 14, 2018, meeting to confer that is referenced in Magistrate Judge Stafford's Opinion and Order [ECF No. 48] is **STAYED** and discovery shall not commence until after this Court makes a ruling on the Defendants' Motion to Stay Discovery.

                                                    s/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: March 8, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 8, 2018, by electronic and/or U.S. First Class mail.

                                                                 s/ R. Loury
                                                                 Case Manager