Declaration of David Dobbie

My name is Dr. David Dobbie. I am the Assistant to the President of AFT Michigan. I make this declaration on penalty of perjury and confirm that the statements made here are true

1. In the past ten days, AFT Michigan has been informed that individuals claiming to be friends or relatives of teachers approached AFT Michigan affiliates purportedly seeking assistance for their friend or relative.

2. The information presented to the affiliate was the same or similar: the friend or relative was a teacher working in the local school district; that the teacher had engaged in some form of serious misconduct.

3. The person sought an explanation of how the local Union would assist the individual and inquired as to whether the Union would be prepared to misrepresent the truth in order to protect the teacher.

4. These approaches included the Detroit Federation of Teachers, the Dearborn Federation of Teachers, the Roseville Federation of Teachers and the Lake City Federation of Teachers.

5. The person in the attached photo appears to be the woman who identified herself as "Marissa Perez" and was engaged with AFT Michigan as an intern during 2017.

_____
David Dobbie

May 4, 2018



## Declaration of Christine Sipperley

My name is Christine Sipperley. I am President of the Dearborn Federation of Teachers, AFT Local 681. I make this declaration on penalty of perjury and confirm that the statements made here are true.

1. On April 23, 2018 I was in my office at 15250 Mercantile Drive, Dearborn, MI. At approximately 10:00 a.m., a man entered the DFT office and told the Union's office manager that the man was the partner of a Federation member and that the man needed to talk to me: He was about 6 feet tall, short light brown hair, wore black rounded squared glasses, had a sling on his right arm and was shaky.

2. The man said his partner did not know he was at my office but something bad had happened and they have been sitting on pins and needles waiting for something to happen. I told him I could only tell him the process involved in order for a member to have due process.

3. He told me that there were no witnesses and that his partner, a 4th grade teacher, had told a student to stay after class so he could talk to him about his behavior, which was a typical routine with this particular student. He then said that the student made a slur against his partner, and his partner just snapped and hit the student. The student left the room, but nothing has been said by the student or parents that they are aware of because nothing has been said to him.

4. I stated that that didn't mean that nothing was being said, and, even if the student had not confided in anyone at this point, there was no statute of limitations as to when someone could come forward. I stated that we are not a court of law, and the law only requires a district to not be arbitrary and capricious in determining formal discipline.

5. He said there were no witnesses, and I asked how he knew that for sure because when the student left the classroom, there could have been people in the hallway and saw the student, possibly with a mark on his face because he had told me that his partner slapped the student. He then said that the student was African American so a mark may not have shown up.

6. He thanked me for all my help and asked me if I had a card, which I gave him. I told him that I hope his partner talks to a therapist in order to try to figure out why he reacted the way he did towards a 9 year old and I hope that he finds the strength to make the right decision moving forward.

_____
Christine Sipperley

May 3, 2018

1

## Declaration of Karin A. Whittler

My name is Karin A. Whittler. I am a Labor Relations Administrator employed by the Detroit Federation of Teachers. I make this declaration on penalty of perjury and confirm that the statements made here are true.

1. On Monday, April 23, 2018, I was working at my office at 7700 Second Avenue, the headquarters of the Detroit Federation of Teachers.

2. During the afternoon, a man who referred to himself as Adam arrived at the office. I introduced myself and admitted him to the offices.

3. The man had his arm in a blue sling. He had salt and pepper hair and was about 6"1". He was of a medium build. Despite his hair, he did not appear to be a senior citizen.

4. I asked him how can I help you.

    1. He stated that he wanted to ask me some questions for his partner who had a problem. He said something happened two weeks ago.

    2. I told him that I could not speak to him if he was not a member of the Federation of Teachers. He pressed me to speak with him by stating that their home life is really being disrupted by this situation and could he just ask me a few questions. I repeated that he was not a member.

    3. "Adam" said that he was from a union family and that he just wanted some advice. I asked him if his partner is a union member and he said yes. I asked, "where does he work?" He wouldn't tell me.

    4. "Adam" then asked if he could just tell me about the situation. After going back and forth and saying nothing, I said, "what happened?"

    5. The reply was that his partner hit a student. I said, "Oh. Where is the child now?" He said in school. I asked if charges had been made, he said "No." He asked me what to expect? I said, "I don't know."

    6. Adam asked "should he quit?" I said that I don't know. If he thinks he should, do it. I was then told that he is worried sick about it. I asked if he had apologized to the student and he said no, he doesn't want to put it back in the child's mind if he has forgot about it. I said that if he's sorry, he should show it even if he doesn't say it. An apology goes a long way. The good thing is that he knows that what he did was wrong.

5. After being pressed about discipline for his friend, I stated that I don't know what might happen. I also asked if he had anything in his file, he said, "no". I was asked, "will he be fired?" I said I don't know. I mentioned he might get 10 days off work without pay if there's no history or he could be fired.

6. Adam said that his friend had worked for the District for 6 years. I said maybe it's good that he is so worried. Maybe this is a wake-up call and it won't happen again. I stated that we all have done little things before, and you think about it all night and hope that you're not in trouble.

7. He pressed me to share examples. I said like saying the wrong thing or grabbing a student's arm. You cannot touch kids. He pressed for details, I told him that I don't need to provide any and that I don't have to speak with you, because you are not a member. He then pressed me again with the question, "should he quit?" I said that I don't know but if he hasn't been charged with anything, wait it out. He asked if he did wait it out, would it be too late to quit, "I said no." I shared that a hearing can't be held if he doesn't work here. I was then asked if he could get another job. I said, "I don't know."

8. I shared that someone was in my office(President Ivy Bailey who heard the exchange) and that I had to go. He asked me if I had a card. He asked for my last name. I didn't provide either. I said, that you are not a member and I don't know what school your friend is assigned. I may not be the person that services his school. Tell him to call 313-875-3500. I really have to go.

Karin A. Whittler

May 3, 2018

2

## Declaration of Tom Schmida

My name is Tom Schmida. I am the former President of the Cleveland Heights Teachers Union an affiliate of the Ohio Federation of Teachers. I am currently employed as a union advisor. I make this declaration on penalty of perjury and confirm that the statements made here are true to the best of my recollection.

1. On Wednesday, April 25, 2018, I was in my office when a person approached asking to speak to a union officer. I spoke with him in the lobby of my building.

2. He said that his brother is a young teacher here in the middle school and he has a problem.

3. I asked him for his brother's name. He responded that his brother was really afraid right now and didn't want to reveal the name.

4. The man said that his brother pushed a student and the student claimed to have hurt his head or had a headache after his brother called the student a "nigger" -- he said the full word.

5. I said, this is serious.

6. I said that his brother could be terminated. He then asked whether the union would protect his brother. He also wanted to know of similar situations that may have occurred in the past. I indicated that there were cases where a teacher faced termination for using the n-word that led to termination proceedings, and another instance where there was no action taken when a teacher used a foot to move a student.

7. I urged him to have his brother call the union office and schedule an appointment.

8. He said should he lay low? I said he should call the office [meaning the union office]. I said I got to tell you-if there's evidence of child abuse --teachers are mandatory reporters.

9. I said your brother is fairly new-this is bad-very bad for him.

10. The conversation took about 10 minutes

May 3, 2018                                       _____
                                                  Tom Schmida

## Declaration of Alyssa Brookbank

My name is Alyssa Brookbank. I am the President of the Lordstown Teachers Association in Warren, Ohio. I make this declaration on penalty of perjury and confirm the statements made here are true:

1. On Wednesday, April 25, I received a call on my school phone from Julie Kusnir, the high school building representative. She said she received a message from a person named Crystal who wanted to come in to discuss a union matter.

2. I told her I would call her back once I was finished with testing.

3. I texted Jill Jones, Ohio Federation of Teachers Field Representative, and she said she did not know of anyone by the name of Crystal who would be coming by.

4. About 20 minutes, later Julie called my classroom phone and said Crystal was there to see her. I told her to let me know if she needed anything.

5. Julie called back a few minutes later and told me that it was an emergency. It was about a student and a teacher, and I needed to get over to the high school immediately.

6. I asked Lynn Wittmann (Intervention Specialist – our classrooms are connected) to finish with one student who was testing and she did. Then I went to the front office to talk to Mr. Zigarovich (Lordstown Elementary Building Principal) to let him know I was leaving the building. He was not available so I told Sharon Sinn (Lordstown Elementary School Secretary) there was an emergency at the high school and to please let Mr. Zigarovich know that I headed over there.

1

7. I ran up to the high school and went straight to Kim Strimple's (Lordstown High School Science Teacher) classroom. Julie was in there with Crystal. There was no one else in the classroom.

8. Julie introduced me to Crystal and explained what was going on and let Chrystal explain the situation.

9. Crystal is an African-American woman. Crystal was wearing a black pant suit. She had longer, straight black hair.

10. Crystal said that she is a teacher from New York, visiting a friend who teaches here. This male teacher confided in her and told her that he may have crossed a line and gone too far with a student. (Something to that effect.) This male teacher was afraid to come to the union with this issue because he was afraid we would not support him.

11. Julie and I asked several times who the teacher was, and Crystal kept telling us she could not say who it is.

12. Julie mentioned that she explained to Crystal that our number one job is to protect the students. We are also mandated reporters (she said which Crystal understands as a teacher) and we have to report this incident.

13. I immediately said that we needed to get Mr. Vivo, Lordstown High School Principal, and we needed to bring the teacher in immediately to discuss this situation, and even possibly get Officer Dave Harrison, the School Resource Officer, to join us as well.

2

14. Crystal asked if she could call the teacher and ask if it was okay to give us the information and his identification. Julie and I stepped out of the classroom to give her privacy, leaving the door cracked, and we were whispering and wondering of which teacher it could be that was afraid to come to us.

15. I told Julie to run and get Mr. Vivo. Julie ran to get him.

16. I called Jill Jones to see what we should do because a teacher crossed a boundary with students. Jill was on the phone with me from this point on.

17. By the time Mr. Vivo came down to the classroom, Crystal was finished with the call (she used her cell phone) and opened the door. I was just about to ask her who this teacher was and Mr. Vivo peeked in the door of the classroom. He asked what was going on and I told Crystal to explain the situation to him.

18. I noticed that her story changed to an elementary teacher who put his hands on a child and thinks he took it too far (discipline) and was afraid he would be in trouble.

19. It was a whirlwind, but I immediately heard Lisa Zellner (Ohio Federation of Teachers Communications Director) and Jill say that this woman is part of a scam and to escort this woman out of the building as soon as possible.

20. I immediately told Mr. Vivo that Crystal needed to go down to the main office, to call Officer Dave immediately, and told him she is not legit (in so many words). Mr. Vivo walked with us down to the main office.

21. Lisa told me to ask for Crystal's license/ID and to get a copy of it.

3

22. I asked Chrystal for her driver's license as we were in the Lordstown High School main office. She searched her purse and her pockets, and told me that she could not find it and asked to go to her car for it. I told her she needed to wait for the resource officer before going to her car.

23. Crystal asked where the door was to leave the building to go to the parking lot a few times, and I told her she needed to wait for the resource officer and that he would escort her to her vehicle.

24. Crystal found the front doors to get out of Lordstown High School and walked briskly toward the parking lot.

25. Mr. Vivo, Julie, and I followed Crystal. As Crystal was running out to the parking lot, we saw Officer Dave run after her as a small purple/blue car pulled up and picked Crystal up and drove off. Julie and Mr. Vivo obtained the license plate number on the vehicle.

26. Officer Dave immediately dispatched the police, gave them the license plate number and description of the car, and the police pulled them over. Officer Dave went with them on the call.

27. Julie and I went into Mr. Vivo's office and waited for updates.

May 3, 2018

*Alyssa Brookbank*

Alyssa Brookbank

4

## Declaration of Rachael Osman

My name is Rachael Osman. I am the President of the Georgetown, Ohio Federation of Teachers. I make this declaration on penalty of perjury and confirm that the statements made here are true.

1. On April 25, 2018, I noted a voicemail on my work telephone. The message said that the caller's name was Michaela. She said I have a union issue that I need to talk to you about. I was directed to you as you were your local union representative.

2. I called Michaela and left a message. She called me back later in the day. She said that she was on school premises and wanted to speak with me. Michaela came into my office.

3. She said that her brother was a teacher in a nearby district and that he was really scared to talk to anyone because he doesn't want anyone to know.

4. She said that her brother is a gym teacher who hit a child in the face with a ball.

5. She said that her brother has a facial deformity that the student was making fun of and he didn't couldn't take it anymore. He was frustrated.

6. She said that she knows that unions help people but he won't talk to his local union because he is afraid of talking to anyone at his school and that's why she wanted my opinion. She said no one knows—doesn't think anyone else knows about it—doesn't know if the child has reported it. Scared because he thinks he's going to lose his job.

7. I said violence is not tolerated by the state of Ohio- if charges are pressed- he will face consequences. I said that he needs to talk to his local union representative—if he's not comfortable talking to his president or building rep-he should call his field rep at the state level and he can seek advice from that person. That's what I continued to tell her.

8. She was persistent- she would continue to repeat-she said he's very very sorry and he would never do this again—he feels really bad—he would never do that. What can you tell him? She repeated that question many times.

9. I just simply said—there's nothing to say—doesn't matter if he is sorry or not—it will still take its course—whatever happens happens.

10. She asked me what would you tell him to do next? What should he do right now? I told him he should contact his state union rep and tell them what happened and to be honest and they can guide him from there.

11. She asked if I had ever helped a teacher get out of something like this and I said no.

1

12.     I wrote down Ohio Educators Association—I said that was who he needed to call—and ask for a field rep.


May 3, 2018                                                                     Rachael Osman

My name is Rachael Osman. I am the President of the Georgetown, Ohio, Federation of Teachers. I make this declaration on penalty of perjury and confirm that the statements made here are true.

1. On April 25, 2018, I noted a voicemail on my work telephone. The message said that the caller's name was Michaela. She said I have a union issue that I need to talk to you about. I was directed to you as you were your local union representative.

2. I called Michaela and left a message. She called me back later in the day. She said that she was on school premises and wanted to speak with me. Michaela came into my office.

3. She said that her brother was a teacher in a nearby district and that he was really scared to talk to anyone because he doesn't want anyone to know.

4. She said that her brother is a gym teacher who hit a child in the face with a ball.

5. She said that her brother has a facial deformity that the student was making fun of and he didn't couldn't take it anymore. He was frustrated.

6. She said that she knows that unions help people but he won't talk to his local union because he is afraid of talking to anyone at his school and that's why she wants my opinion. She said no one knows—doesn't think anyone else knows about it—doesn't know if child has reported it. Scared because he thinks he's going to lose his job.

7. I said violence is not tolerated by the state of Ohio- if charges are pressed- he will face consequences. I said that he needs to talk to his local union representative—if he's not comfortable talking to his president for building rep-he should call his field rep at the state level and he can seek advice from that person. That's what I continued to tell her.

8. She was persistent- she would continue to repeat-she said he's very very sorry and he would never do this again—he feels really bad—he would never do that. What can you tell him? She repeated that question many times.

9. I just simply said—there's nothing to say—doesn't matter if he is sorry or not—it will still take its course—whatever happens happens.

10. She asked me—7 times—what would you tell him to do next? What should he do right now? I told him he should contact his state union rep and tell them what happened and to be honest and they can guide him from there.

11. She asked if I had ever helped a teacher get out of something like this and I said no.

12. I wrote down Ohio Educators Association—I said that was who he needed to call—and ask for a field rep.

*Rachael Osman*
5/3/18