

(https://www.projectveritas.com)

Visit our related site here (http://projectveritasaction.com).

HOME (HTTPS://WWW.PROJECTVERITAS.COM)  >  DOCUMENTS (HTTPS://WWW.PROJECTVERITAS.COM/CATEGORY/ADMIN/DOCUMENTS/)  >  FULL TRANSCRIPT: NJ TEACHERS UNION PRESIDENT WILL "BEND THE TRUTH," COVER UP CHILD ABUSE IN SCHOOLS, PROTECTS DRUG-USING, SHOPLIFTING TEACHERS



(https://twitter.com/Project_Veritas) (https://www.youtube.com/user/veritasvisuals) (https://www.facebook.com/ProjectVeritas) (https://www.projectveritas.com/feed/)

# FULL TRANSCRIPT: NJ Teachers Union President Will "Bend the Truth," Cover Up Child

# Abuse in Schools, Protects Drug-Using, Shoplifting Teachers

*(htt* by *Staff Report (https://www.projectveritas.com/author/staff-report/)*
*May 1, 2018*
in *Journalism (https://www.projectveritas.com/category/content/journalism/)* /
*Documents (https://www.projectveritas.com/category/admin/documents/)*

Watch the full video here. (https://www.projectveritas.com/2018/05/01/nj-perry)

**ON CAMERA #1: Education is a hot topic. There are teacher's strikes across the country and Education Secretary Betsy Devos is challenging the status quo on school choice. Her appointment and her policies have become a lightning rod.**

**The issue at hand is that Teachers unions claim their primary interest is our children. But based on our past investigations, we had our doubts, and this time we've raised the stakes.**

**In this series, we will take on the biggest teachers' unions in the country. We know AFT President Randi Weingarten is watching us. She actually tried, in the courts, to stop one of the videos we will be releasing next week.**

**Last month, Project Veritas undercover journalists blanketed the state of New Jersey visiting dozens of teacher's union offices. We wondered, how union leaders would react to claims that teachers**

(https://w /wp-content /uploads /2018/05 /Transcrip NJ-Perry.png)

were physically and verbally abusing students?

What you're about to see is a man who is a union president, with a PHD, A LEADER; not working for children like the sign above his head says, but working to what he calls, "Bend the truth" and hide a potential crime.

---

*Dr. David Perry, President, Hamilton Township Education Association: Hi I'm Dave Perry.*

*PV Journalist: Hey, how are you?*

---

ON CAMERA #2: Meet Dr. David Perry, the president of the Hamilton Township Education Association. Dr. Perry has been associated with the district for 27 years, teaching and coaching basketball. Our undercover journalist told Dr. Perry how her "imaginary" brother-in-law, supposedly a teacher in his district, physically abused a student. The footage you are about to see follows chronologically.

*Dr. David Perry, President, Hamilton Township Education Association:*
*Alright your brother-in-law is a teacher.*

*PV Journalist: Yes.*

*Dr. David Perry, President, Hamilton Township Education*
*Association:  Teacher or…?*

*PV Journalist: Middle school. Yeah.*

*Dr. David Perry, President, Hamilton Township Education*
*Association:  Okay so he's a teacher and he doesn't wanna come to*
*us for what reason?*

*PV Journalist: Yeah, so well cause, here's the situation. So, he had*
*apparently, like a few weeks ago, he had an altercation with a student.*
*Um, and I don't know like what exactly happened, but he was telling*
*me and my sister about it. Um, but like from the sounds of it, like you*
*know, I don't know how the kid didn't have bruises, really. But, what's*
*weird is that, this happened like 3…4 weeks ago and no one has*
*reported it yet. So, like we've been telling him, 'You know, you need to*
*go to the union, you need to talk to them.' And he's like, 'Well, I'm not*
*gonna go…I'm not gonna just bring attention.' You know…*

*Dr. David Perry, President, Hamilton Township Education*
*Association:  And we're not either.*

*PV Journalist: And he's worried, like…but I'm like 'Well, okay so, it's*
*been like 3 weeks. So, what if the kid like all of a sudden…'*

*Dr. David Perry, President, Hamilton Township Education*
*Association:  They can do it at any time.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education*
*Association:  He needs…here's the deal. I'm not even gonna ask you*
*for your name. And I'm only giving you advice because you look like a*
*nice young lady and you're concerned for your brother-in-law. Um,*
*cause technically we have to talk to him cause he's the member who*
*pays.*

*PV Journalist: Exactly.*

*Dr. David Perry, President, Hamilton Township Education*
*Association:  Okay, but I'm gonna tell you what he needs to do*

*seriously. He needs to come in here and put it on file with me. Nobody else knows. I don't say anything. I don't tell anybody. But he would come in there and tell me exactly what happened. The truth.*

*PV Journalist: Right.*

---

**VO #1: Dr. Perry had the chance here to do the right thing.  The sign above his head reads, "Families and Schools Together Work for Children."  Apparently, the union does not.**

*Dr. David Perry, President, Hamilton Township Education Association:  Listen. If he hit the kid, he hit the kid. It is what it is. We…by him coming to us, only protects him down the road. For one, if the parents turn around, or the kid goes and tells somebody, and the parents come in and nothing's said… Or something is obviously said at this point, he would be under our control and he'd have an attorney immediately for free.*

*PV Journalist: Right, because he's a member.*

*Dr. David Perry, President, Hamilton Township Education Association:  Cause he's a member.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association:  So he would get an attorney. I do not wanna make an issue of this either. I don't want to say, 'Hey listen I got uh John Smith here and he punched a kid last, 3 weeks ago and he's worried about it.' No! That's up to them, if it's something which allegedly happened. That's up to them to come forth with it. Eventually it could, because if your brother-in-law pisses this kid off again, he may say well he did this 3 weeks ago.*

*PV Journalist: Yeah. Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association:  So. He needs to come in here and to tell me his side of the story, so we have it ready.*

*PV Journalist: Mm.*

*Dr. David Perry, President, Hamilton Township Education Association:  And then as soon as I get to call, 'Listen Dave, you're going to have a HIP report on a teacher who apparently hit a kid' or whatever the case may be, then I already have it. I say 'I was informed that this is what happened. It might be allegations of this' or whatever.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association:  And then immediately we would turn it over to an attorney.*

PV Journalist: Okay. Yeah.

Dr. David Perry, President, Hamilton Township Education Association:  That's my advice to him. He doesn't have to, but I would just say to be on the safe side if he was to come in here, talk to me, let me know what's going on so that if it does come up…Of course I'm not gonna bring it up! That'd be ridiculous! You know what I mean?

PV Journalist: Yeah.

Dr. David Perry, President, Hamilton Township Education Association:  But at least he's protected and we're ahead of the game.

PV Journalist: Mm.

Dr. David Perry, President, Hamilton Township Education Association:  Cause he would come in…and I'm not asking you, cause I don't wanna hear it from anybody but him, if he wants to tell me…

PV Journalist: Yeah.

Dr. David Perry, President, Hamilton Township Education Association:  …is to tell me exactly what happened. Is he a non-tenured teacher?

PV Journalist: Um, I'm pretty sure he's tenured.

---

**VO #2:  In New Jersey, teachers gain tenure after four years.  Once they have it, they are protected by a multitude of union rules.**

*Dr. David Perry, President, Hamilton Township Education Association: Okay. Then he's a tenured teacher. So, to be fired, would have to really be something horrific to occur.*

*PV Journalist: Like what?*

*Dr. David Perry, President, Hamilton Township Education Association: Beating up a kid where there was blood, raping, sexual conduct…*

*PV Journalist: Okay.*

*Dr. David Perry, President, Hamilton Township Education Association: Those kind of things, are things that could be fired. Um, but if this happened 3 weeks ago, I'm gonna probably say that the kid forgot about it…you know.*

*////*

*Dr. David Perry, President, Hamilton Township Education Association:* Obviously it's a boy. Is it a boy?

*PV Journalist:* Yeah, yeah…

*Dr. David Perry, President, Hamilton Township Education Association:* I shouldn't be asking you questions, but I'm trying to get the information to give you the best advice. My best advice for him is if he wants to keep quiet, that's fine. But if it should arise, then we're going through Day One. And at least now I'll have his statement: 'Well I did touch him on his shoulder, or I grabbed him by his arm, but I didn't think nothin' of it.'

*PV Journalist:* Yeah. Right.

*Dr. David Perry, President, Hamilton Township Education Association:* You know. Or, 'I beat the shit out of him.'

*PV Journalist:* Yeah.

*Dr. David Perry, President, Hamilton Township Education Association:* You know what I mean? At least we know about it and now I can start getting his defense. If it should come up. If this…if nobody brings it up from school, I don't say boo. He's right. You don't wanna bring attention to this. You know what I mean? Because obviously it wasn't big enough for him, for that student to complain, 'I got hurt, I was… I was beaten, I was threatened, I was boom.' You know what I'm saying? Unless of course, and I've had this, where the teacher would say 'You say anything, I'll kill you.'

*PV Journalist:* Well that's…yeah…

*Dr. David Perry, President, Hamilton Township Education Association:* Oh, okay. See he… Damn!

**VO #3: Dr. Perry tells our journalist that the teacher needs to come in so that if the incident is reported the union can minimize the charges.**

*Dr. David Perry, President, Hamilton Township Education Association:  He needs to come on file that an incident occurred and when the school brings it up on me… Of course, we're not going to give em that information. In other words, we're gonna…we're gonna…bring it down a level.*

*PV Journalist: Mm.*

*Dr. David Perry, President, Hamilton Township Education Association:  Oh God.*

*Yeah, I really… Yeah. You wanna bring this down to a lower level that if anything was to come about that we would say, this was… My argument would be… and I'm just telling you what I would do… Which again, I'm just trying to make, ease his mind cause I'm sure he's nervous, he's upset. I mean, they can go for tenured charges, the whole 10 yards… Is that yes, Mr. Jones came in to me 4 weeks ago, 3 weeks ago, and he told me that there was an incident in school and he was a little concerned because this kid could be, you know, is like, could be a liar, could say stuff.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association:  Didn't want to get blown out.*

*PV Journalist: Right.*

*Dr. David Perry, President, Hamilton Township Education Association:  And what Mr. Smith told me was that yes, he did put him in his seat, or he did pull him or whatever. But don't come back and say that we threatened him. We never threatened him. The kid could've went to anybody. Nobody… that's the questions I gotta to ask him. Did anybody hear him say that? You know 'I'll kill you if you tell somebody' or 'I'll get you.' Cause if he did that and there's witnesses, they do what they call a HIP investigation. They'll get the class… See these are all questions I need to know. But he needs to not tell a soul about this.*

*PV Journalist: Mm.*

*Dr. David Perry, President, Hamilton Township Education Association:  Nobody. People in school, because they all talk. I don't care if it's his best friend. He needs to keep it with his wife, and you.*

*And that's it.*

---

**VO #4:  I heard this exact advice when Project Veritas ran a similar investigation in Yonkers, New York, two years ago.**

*Patricia Puleo, President, Yonkers Federation of Teachers: You're just donna smile and suck it up, and you don't talk to anybody. I don't care if it's your best friend. I don't care if the phys ed teacher you went to high school with. You don't f\*cking tell anybody anything.*

*James O'Keefe (Undercover Teacher): Alright.*

*Patricia Puleo, President, Yonkers Federation of Teachers: And if I have to hit you in the back of the- Hit him in the back of the head if he does. You don't tell anybody.*

---

**VO #5:   Unfortunately, we live in a world where teachers abuse children, and it seems union representatives do everything they can to help them get away with it.**

*Dr. David Perry, President, Hamilton Township Education Association:  But. I'm gonna strongly advise…And not because I wanna know people's business. Believe me, I'd rather not have to handle this and let it go away. But the fact that he did say something like that, like if you say something…whatever he said. It's a threat. And now the kid's gonna turn around and say 'Well he threatened me.' But this way I can say "No. No no no. On March 22nd, the day after the incident, Mr. Smith came over to me and told me 'This is what happened' and we just wanted to put it on record so that nothing more would come about it. You see what I'm trying to say?*

---

**VO #6:  Dr. Perry is saying he would lie to protect the union and the teacher.**

*PV Journalist: Oh… So, this covers you.*

*Dr. David Perry, President, Hamilton Township Education Association: It covers him too. It covers him! Because he came in and reported it right away and that he was afraid. You know, anything that can happen, but here's what happened. Everything else is bullshit. Unless, some other kid, or another teacher heard it, or he opens his mouth and he's telling, 'Oh My God, I just hit Dave Perry, and I threatened him.' And of course, they might bring a teacher in or whatever. And if that teacher squeals on him, unless they're really close…You know what I'm saying?*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association: But the fact that if he comes in, it's private. Nobody knows anything. We talk like this. I just put it on a file and it stays with me.*

*PV Journalist: Yeah but I think…Yeah, well first of all I think that um, having…just the idea of having it in a file is what like makes him nervous that he would have a record attached to his name.*

*Dr. David Perry, President, Hamilton Township Education Association: But nobody sees it! No no no. Well there's a record…in his defense! What I put in there is strictly what he tells me. So, when he comes in here…And I'm gonna tell him what to say basically.*

*PV Journalist: Oh…*

*Dr. David Perry, President, Hamilton Township Education Association: In other words, if you threatened the kid, you didn't threaten the kid. You said 'Knock it off or else.'*

**VO #7: Dr. Perry says he would help the teacher formulate a story, a lie, in order to protect himself.**

**\*\*\*But Dr. Perry may be violating New Jersey law. The State's Department of Children and Families website states very clearly, quote,**

**"In New Jersey, any person having reasonable cause to believe a child has been subjected to abuse or acts of abuse should**

**immediately report this information…". Unquote.**

*Dr. David Perry, President, Hamilton Township Education Association: But if he actually said 'Knock it off or I'll kill you,' or 'I'll beat the shit out of you' or 'I'll hurt you' or 'I'll hurt your family,' we don't say that. It's a mistake. It was out of the emotions. We don't even log that in. But if we log it now, and somebody calls me "Oh yeah…" Like HR will call me, 'We're gonna do a HIP investigation about a kid. Went to his mother, the parents are complaining now that this teacher threatened him, threatened his life,' whatever the case may be.*

*PV Journalist: Mm.*

*Dr. David Perry, President, Hamilton Township Education Association: "Okay, I got this. But I'm gonna let you know right now he came in the day after." Even though he didn't, I would say he did. And the only record that this is, it stays here.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association: Only for my proof that he was here, and I'll show him what I write. I'm not gonna write…*

*PV Journalist: So, it would be a record…*

*Dr. David Perry, President, Hamilton Township Education Association: It's not even a record. It's a piece of paper with a file on it.*

*PV Journalist: …In defense of him.*

*Dr. David Perry, President, Hamilton Township Education Association: Absolutely. I would never…*

*PV Journalist: So, it wouldn't be like a mark on his record.*

*Dr. David Perry, President, Hamilton Township Education Association: Oh God no! Oh God no! I would never hurt a Union member.*

*///*

*Dr. David Perry, President, Hamilton Township Education Association: : Now if you go to the Hamilton Board of Education and report this, they're gonna call the police, and they're gonna call parents and all that shit.*

*PV Journalist: gasp*

*Dr. David Perry, President, Hamilton Township Education Association: We don't do that. We don't do that here. I'm here to defend even the worst people.*

*PV Journalist: Okay.*

*Dr. David Perry, President, Hamilton Township Education Association: God forbid, if a child…and I hate to keep using this… was sexually mistreated and the person came and said, 'Listen Dave, I made a mistake…' First of all, I'm gonna be pissed off because you don't do that. But, it's my job… It's almost like being a Priest. It's my job to protect.*

*PV Journalist: Yeah. Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association: So, so… "What do you mean by sexual misconduct?" Because he touched her hair? It's not sexual. Was it right? No. But you see, you get it down to the lowest level possible.*

*PV Journalist: Okay. Yeah.*

**VO #8: Dr. Perry seems to be suggesting that he would not only help cover up physical abuse but sexual abuse as well.**

*Dr. David Perry, President, Hamilton Township Education Association: So, my advice…that you can give him is I would come and see me. And listen, if he doesn't want it on record, after what he tells me? So be it. But I don't want him coming here with a bunch of lies.*

*I need to know the truth, so that we can bend the truth.*

**VO #9: Dr. Perry says the teacher needs to tell him the truth, so he can "bend" it.**

*PV Journalist: Okay.*

*Dr. David Perry, President, Hamilton Township Education Association: I'm not here to hurt anybody. I'm here to defend. No matter the worst teachers in the world, I have defended.*

*////*

PV Journalist: Well yeah I mean it was like a physical…

Dr. David Perry, President, Hamilton Township Education Association:  It was bad?

PV Journalist: Yeah, like a physical…

Dr. David Perry, President, Hamilton Township Education Association:  Punch?

PV Journalist: Skirmish…

Dr. David Perry, President, Hamilton Township Education Association:  Slap? Punch?

PV Journalist: Yeah I mean I think the kid…you know, maybe bruises and…?

Dr. David Perry, President, Hamilton Township Education Association:  Okay but we're 3 weeks past it and it hasn't been reported so those bruises…

PV Journalist: No, no one's called!

Dr. David Perry, President, Hamilton Township Education Association:  So the bruises are going away which is a good thing. But, he's scared, he's gonna say. I can only advise you. You know what I mean?

PV Journailst: Yeah.

Dr. David Perry, President, Hamilton Township Education Association:  But at least you know with me it's not going anywhere but between him and I.

PV Journalist: Okay.

Dr. David Perry, President, Hamilton Township Education Association:  And, if it had to, it would go to an attorney. Free. He would…cause if it ever got to that point, you're gonna need an attorney.

PV Journalist: Exactly.

Dr. David Perry, President, Hamilton Township Education Association:  You know what I mean? And this way, we're in defense. But the fact that he came… If he comes to me tomorrow, I'm gonna date it back to the day after the incident.

*PV Journalist: Okay.*

*Dr. David Perry, President, Hamilton Township Education Association: He was upset, he was worried. He did shake the kid. So if they said there was bruises. Yeah, there was bruises. Where? I gotta ask him where he, where he hit him. And I say yeah, because he was trying to put him back in his seat cause he was getting physical. We reverse it onto the kid.*

**VO #10: Dr. Perry says he would back date the report. And then, without a bit of remorse, says he would reverse the assault charges onto the child.**

*Dr. David Perry, President, Hamilton Township Education Association: That's my job. It's not a good job, but it's my job and what I have to do.*

*PV Journalist: It's, yeah… It's not pleasant but…*

*Dr. David Perry, President, Hamilton Township Education Association: And people can actually snap one time and lose it. I can do that because I get it. It happens 2, 3 times, I still have to defend the people. I got people who are on drugs. And she, 5 times she was fired, and I got her job back 5 times.*

*PV Journalist: Oh wow.*

*Dr. David Perry, President, Hamilton Township Education Association: And I'm not patting myself on the shoulder. It's just the way I work. And I'm pretty good at what I do with HR to keep it out of lawyer's hands.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association: So, we don't get our names in the paper. You know, even the ones we get in the paper, we get that resolved. I don't know if you saw the one that was shoplifting.*

*PV Journalist: Right.*

*Dr. David Perry, President, Hamilton Township Education Association: We took care of her. Boom. Got her job, didn't lose anything. So, I'm here to defend.*

**VO #11: Yes, you heard that right. Dr. Perry is boasting that he was successful keeping the job for a teacher who was fired five times for drugs and another that was caught stealing. The identity of these teachers needs to be revealed. Here is the email and phone number for Dr. Perry and the NJEA state Headquarters.**

*Dr. David Perry, President, Hamilton Township Education Association: But he needs to not tell anybody a thing. This has gotta be down the river.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association: And that's why you say, listen.*

*PV Journalist: I don't think that he, I think that he's only just told us. Like I'm 99.9% sure.*

*Dr. David Perry, President, Hamilton Township Education Association: I pray to God that's the case because then they have nothing. And the longer it goes, the better off it is. And if nobody ever brings it up, nobody ever brings it up. But if this kid brings it up 9 months from now, Oh, no, no, no, no. I have the record right here. He came in… and then we would…say what happened.*

*PV Journalist: Yeah. Okay.*

*Dr. David Perry, President, Hamilton Township Education Association: My defense would be: "Well, this kid is saying it now? Nine months after the fact? Why? Cause he gave him a bad grade? And now he's saying he threatened him not to say anything? That's bullshit."*

*////*

*Dr. David Perry, President, Hamilton Township Education Association: I mean there's a lot of things we can do. I just need to hear the truth from him so that I can know what to do.*

*PV Journalist: Exactly.*

*Dr. David Perry, President, Hamilton Township Education Association: Because if there was a witness, or there was a camera, we know.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association: See that's why he wants to keep it quiet, because the cameras, I think in another week, they go away.*

*///*

*PV Journalist: Oh…So after a certain point, the cameras like, are erased.*

*Dr. David Perry, President, Hamilton Township Education Association: Exactly. That's why I would never wanna bring it up. The longer we wait, the longer there's no, there's no camera.*

*PV Journalist: Oh.*

*Dr. David Perry, President, Hamilton Township Education Association: If it happened in a hallway, or if it happened outside on the playground, or in the cafeteria, there are cameras. In a classroom there's not. That's illegal.*

*PV Journalist: Okay. Okay.*

*Dr. David Perry, President, Hamilton Township Education Association: And were there students there, was there a teacher around…you know, did he tell anybody else…you know what I mean like who knows this? Because when we go in there, we don't want to get caught in a lie, but we can bend the truth if it's that kid's word and your brother-in-law's word. See what I'm saying?*

*PV Journalist: Mm. Mm. Yeah. I think it might have been like, like in a hall, like kind of outside near like a walkway but…probably there was cameras.*

*Dr. David Perry, President, Hamilton Township Education Association: Well I would go look to where it was in the walkway to see if there was a camera there or not.*

*PV Journalist: Yeah.*

*Dr. David Perry, President, Hamilton Township Education Association: But I'm not doing anything until I hear from your brother. Not a thing.*

*PV Journalist: Exactly. Well like, how long does um…how long do they usually keep the camera footage? Like a month or something?*

*Dr. David Perry, President, Hamilton Township Education Association: Some are a couple weeks, some are a month. No, I don't think it's more than a month.*

*PV Journalist: Oh wow. So, the time is almost passed.*

*Dr. David Perry, President, Hamilton Township Education Association:* *And we got break coming up. That's what's really nice because nobody's gonna be looking. And if this kid can't remember the date, I ain't giving him a date.*

///

*PV Journalist: Cause I just worry about...What I was really worried about is like, him losing his job...and all that.*

*Dr. David Perry, President, Hamilton Township Education Association:* *He could. He could.*

*PV Journalist: You think he could?*

*Dr. David Perry, President, Hamilton Township Education Association:* *Well, depending on the degree of what he did. I don't know what he did. I mean if he beat the shit out of a kid, then yeah, you could lose your job and tenure. You could lose your teaching certificate. That's why he needs to get in here.*

*PV Journalist: Oh no!*

*Dr. David Perry, President, Hamilton Township Education Association:* *Cause the sooner he's in here, the sooner he is protected. Listen. I'm talking the worst scenario. Like literally beating the shit out of a kid and threatening to kill him. You could lose your teaching certificate in the state of New Jersey. Plus, it's a crime.*

*PV Journalist: Well yeah, but, if the kid didn't report it and...you know?*

*Dr. David Perry, President, Hamilton Township Education Association:* *Okay. If he didn't report it, then we got nothing! We got nothing! I don't say nothing, he don't say nothing, kid don't...we go through next year and it's forgotten.*

*PV Journalist: Yeah, and after another 1 to 3 weeks for sure, the um, cameras will be gone anyway.*

*Dr. David Perry, President, Hamilton Township Education Association:* *So, it's just gonna be his word against the boy's word.*

**ON CAMERA CLOSE:**

Propaganda comes in various forms...it used to be if you questioned the unions, you were attacking kids. But the truth doesn't always abide with socially constructed and accepted propaganda.

Shattering the union's narrative that they are all about the children, is an uncomfortable truth. The words of Alexander Solzhenitsyn: Truth is seldom pleasant, it is almost invariably bitter.

The unions would argue that they are protecting the institutions to protect the children. But their actions and words are corrupt. The institutions are not the children. Teachers unions are interested in protecting themselves. It would be nice if Dr. Perry were just one bad apple. That is certainly what we will hear. But don't believe it. But if you...then watch the rest of this series.

(https://www.addtoany.com/add_to/facebook?linkurl=https%3A%2F
%2Fwww.projectveritas.com%2F2018%2F05%2F01%2Fnj-perry-transcript%2F&
linkname=FULL%20TRANSCRIPT
%3A%20NJ%20Teachers%20Union%20President%20Will%20%E2
%80%9CBend%20the%20Truth%2C%E2%80%9D
%20Cover%20Up%20Child%20Abuse%20in%20Schools
%2C%20Protects%20Drug-Using%2C%20Shoplifting%20Teachers)
(https://www.addtoany.com/add_to/twitter?linkurl=https%3A%2F
%2Fwww.projectveritas.com%2F2018%2F05%2F01%2Fnj-perry-transcript%2F&
linkname=FULL%20TRANSCRIPT
%3A%20NJ%20Teachers%20Union%20President%20Will%20%E2
%80%9CBend%20the%20Truth%2C%E2%80%9D
%20Cover%20Up%20Child%20Abuse%20in%20Schools
%2C%20Protects%20Drug-Using%2C%20Shoplifting%20Teachers)
(https://www.addtoany.com/add_to/pinterest?linkurl=https%3A%2F
%2Fwww.projectveritas.com%2F2018%2F05%2F01%2Fnj-perry-transcript%2F&
linkname=FULL%20TRANSCRIPT
%3A%20NJ%20Teachers%20Union%20President%20Will%20%E2
%80%9CBend%20the%20Truth%2C%E2%80%9D
%20Cover%20Up%20Child%20Abuse%20in%20Schools
%2C%20Protects%20Drug-Using%2C%20Shoplifting%20Teachers)
(https://www.addtoany.com/add_to/linkedin?linkurl=https%3A%2F
%2Fwww.projectveritas.com%2F2018%2F05%2F01%2Fnj-perry-transcript%2F&
linkname=FULL%20TRANSCRIPT
%3A%20NJ%20Teachers%20Union%20President%20Will%20%E2
%80%9CBend%20the%20Truth%2C%E2%80%9D
%20Cover%20Up%20Child%20Abuse%20in%20Schools
%2C%20Protects%20Drug-Using%2C%20Shoplifting%20Teachers)

(https://www.addtoany.com/share)

 Tags

Child Abuse    Dr. David Perry    full transcript    Hamilton Township    NEA    New Jersey    NJEA

students    teachers    unions

LIKE US ON FACEBOOK

# RELATED POSTS

RESULTS: New Jersey Education Association Investigation
(https://www.projectveritas.com/2018/05/03/results-new-jersey-education-
association-investigation/)

*6 mins ago*

News Quotes: Project Veritas NJ Teachers Union Investigation

[(https://www.projectveritas.com/2018/05/03/news-quotes-project-veritas-nj-teachers-union-investigation/)](https://www.projectveritas.com/2018/05/03/news-quotes-project-veritas-nj-teachers-union-investigation/)

*34 mins ago*

Demand Information From the NJEA ([https://www.projectveritas.com/2018/05](https://www.projectveritas.com/2018/05) /03/demand-information-from-the-njea/)

3 hours ago

HIDDEN CAMERA: Union President Admits to Protecting "Teacher Who Had Sex With" Teenage Girl — Willing to Cover up Abuse of "Scumbag" Student

(https://www.projectveritas.com/2018/05/03/nj-valencia/)

*9 hours ago*



0 Comments    Project Veritas

♡ Recommend    ☝ Share

🔘 Login

Sort by Best

Start the discussion…

LOG IN WITH         OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON **PROJECT VERITAS**

HIDDEN CAMERA: Twitter Engineers To
"Ban a Way of Talking" Through "Shadow

Clinton — I'd love to see President Trump delete
his Twitter account and move over to a platform
such as Gab that doesn't engage in the

James O'Keefe Appearance on C-SPAN:
Washington Journal

Ave Caesar — He just made us remember what
is a real journalist , Thanks Mr O' Keefe

Big WIN for Free Speech on Campus at
Siena College

James O'Keefe Confronts HTEA President
David Perry

## RECENT POSTS

RESULTS: New Jersey Education Association Investigation (https://www.projectveritas.com/2018/05/03/results-new-jersey-education-association-investigation/)

News Quotes: Project Veritas NJ Teachers Union Investigation (https://www.projectveritas.com/2018/05/03/news-quotes-project-veritas-nj-teachers-union-investigation/)

Demand Information From the NJEA (https://www.projectveritas.com/2018/05/03/demand-information-from-the-njea/)

HIDDEN CAMERA: Union President Admits to Protecting "Teacher Who Had Sex With" Teenage Girl – Willing to Cover up Abuse of "Scumbag" Student (https://www.projectveritas.com/2018/05/03/nj-valencia/)

## JAMES O'KEEFE'S LATEST TWEETS

 James O'Keefe: You SUSPENDED one of your Presidents last night. Now there is ANOTHER president today on tape who is says "This fil... https://t.co/GDO0leC5q3 (https://t.co/GDO0leC5q3)

*about 1 hour ago*

Follow us
**@JamesOKeefeIII**
(http://twitter.com/JamesOKeefeIII)

## FAVORITE VIDEOS

 (https://www.projectveritas.com/video

/battling-the-media-complex-what-would-breitbart-do/)

**Battling the Media Complex: What Would Breitbart Do?
(https://www.projectveritas.com/video/battling-the-media-complex-what-would-
breitbart-do/)**



(https://www.projectveritas.com/video/james-okeefe-takes-on-a-hillbilly-hippie-hater/)

**James O'Keefe Takes on a Hillbilly Hippie Hater (https://www.projectveritas.com /video/james-okeefe-takes-on-a-hillbilly-hippie-hater/)**

🌐 CONNECT WITH PROJECT VERITAS

   

(https://twitter.com/Project_Veritas/) (https://www.youtube.com/user/pvallas/) (https://www.facebook.com/projectveritas /)

(https://web-dev.projectveritas.com)

© Project Veritas. All rights reserved.

Visit our Online Privacy and Policy Page here (https://web-dev.projectveritas.com/privacy-policy/).

✉ STAY IN TOUCH

1214 Boston Post Road No. 148 Mamaroneck, NY 10543

+1 914 908 2321

info@projectveritas.com