UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,

v.

                              Case No. 17-13292
                              Honorable Linda V. Parker

PROJECT VERITAS et al

    Defendants.
_____/

## NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE

YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON **May 7, 2018 at 1:00 PM** for Telephonic Status Conference.  **Counsel shall call the Court's toll free conference line at 1-888-808-6929 and use Access Code 8141695.**

Dated: May 4, 2018                            s/Linda V. Parker
                                                  U.S. DISTRICT JUDGE

### Certificate of Service

I hereby certify that on this date, May 4, 2018, a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                            s/ R. Loury
                                                            Case Manager
                                                            (810) 341-7064