UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AFT Michigan,

                      Plaintiff(s),

v.                                         Case No. 4:17−cv−13292−LVP−EAS
                                          Hon. Linda V. Parker

Project Veritas, et al.,

                      Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Stafford pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                  s/Linda V. Parker
                                                  Linda V. Parker
                                                  United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/R Loury
                                                  Case Manager

Dated:   November 15, 2018