United States of America
In the District Court for the Eastern District of Michigan
Southern Division

| | |
|---|---|
| AFT Michigan,<br>    Plaintiff, | Hon. Linda V. Parker, District Judge<br>Hon. Elizabeth A. Stafford |
| v | Case No.: 17-cv-13292 |
| Project Veritas, a foreign corporation,<br>and Marisa L. Jorge, a/k/a Marissa Jorge,<br>a/k/a Marissa Perez,<br>    Defendants. | |

MARK H. COUSENS
Attorney for the Plaintiff
26261 Evergreen Road, Suite 110
Southfield, Michigan 48076
cousens@cousenslaw.com
248-355-2150
P12273

PAUL M. MERSINO
BUTZEL LONG
150 W Jefferson, Suite 100
Detroit, Michigan 48226
mersino@buztel.com
313-225-7000
P72179

## PLAINTIFF'S WITNESS LIST

| Name | Address/Phone |
|---|---|
| 1. Ashley Aidenbaum | 100 Talon Centre Dr.<br>Suite 100<br>Detroit, MI 48207<br>313 393 1185 |
| 2. Sonya Alvarado | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 3. Nikhol Atkins | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |

Mark H. Cousens
Attorney
26261 Evergreen Road
Suite 110
Southfield, Michigan 48076
Phone (248) 355-2150
Fax (248) 355-2170

| Name | Address/Phone |
|---|---|
| 4. Brandon Boswell | 555 New Jersey Ave, N.W.<br>Washington, DC 20001<br>202 879 4400 |
| 5. Alyssa Brookbank | To be supplied |
| 6. Jon Curtiss | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 7. Will Daniels | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 8. Agatha Dier | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 9. Dave Dobbie | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 10. David Hecker | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 11. Dan Kukuk | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 12. Chuck Lobaito | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 13. Terrence Martin | 7700 Second Ave. Suite 427<br>Detroit, MI 48202-2411<br>Phone: (313) 875-3500 |

Mark H. Cousens
Attorney

26261 Evergreen Road
Suite 110
Southfield, Michigan 48076
Phone (248) 355-2150
Fax (248) 355-2170

| Name | Address/Phone |
|---|---|
| 14. Korima McConer | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 15. Christy McGillivray | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 16. Alycia Merriweather | 3011 W Grand Blvd,<br>Detroit, MI 48202<br>(313) 576-0100 |
| 17. Johnny Mickles | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 18. Taylor Monday | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 19. Christian Nwamba | 801 W. Fort St.<br>Room 319<br>Detroit, MI 48226<br>313 964 2570 |
| 20. Rachal Osman | To be supplied |
| 21. Edna Reaves | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 22. Rickia Robertson | To be supplied |
| 23. Ian Robinson | 339 E. Liberty St., Suite 340<br>Ann Arbor, MI 48104<br>(734) 995-1813 |

Mark H. Cousens
Attorney

26261 Evergreen Road
Suite 110
Southfield, Michigan 48076
Phone (248) 355-2150
Fax (248) 355-2170

3

| Name | Address/Phone |
|---|---|
| 24. Julie Rowe | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 25. Tom Schmida | To be Supplied |
| 26. Christine Sipperley | 15250 Mercantile Drive<br>Dearborn, MI<br>313 584 5311 |
| 27. Kevin Smith | 888 Emerald Drive<br>Windsor, CO 80550<br>410 805 3541 |
| 28. Gail Spencer | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 29. Jessica Vanderbrook | 710 E Mitchell<br>Lake City, MI 49651<br>231-869-6600 |
| 30. Nate Walker | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 31. Gary Wellnitz | 2661 E. Jefferson<br>Detroit, MI 48207<br>313 393 2200 |
| 32. Karen Whittler | 7700 Second Ave. Suite 427<br>Detroit, MI 48202-2411<br>Phone: (313) 875-3500 |
| 33. Marisa Jorge | Unknown |
| 34. James O'Keefe | Unknown |

Mark H. Cousens
Attorney

26261 Evergreen Road
Suite 110
Southfield, Michigan 48076
Phone (248) 355-2150
Fax (248) 355-2170

35. Any person listed on either Defendants' witness list

36. Any person whose identity is learned through discovery

37. Any necessary rebuttal or sur-rebuttal witness

/s/ Mark H. Cousens
MARK H. COUSENS (P12273)
Attorney for the Plaintiff
26261 Evergreen Road, Ste. 110
Southfield, MI 48076
(248) 355-2150

March 26, 2019

MARK H. COUSENS
ATTORNEY

26261 EVERGREEN ROAD
SUITE 110
SOUTHFIELD, MICHIGAN 48076
PHONE (248) 355-2150
FAX (248) 355-2170

5