United States of America
In the District Court for the Eastern District of Michigan
Southern Division

AFT Michigan,
    Plaintiff,

v

Project Veritas, a foreign corporation,
and Marisa L. Jorge, a/k/a Marissa Jorge,
a/k/a Marissa Perez,
    Defendants.

Hon. Linda V. Parker, District Judge
Hon. Elizabeth A. Stafford

Case No.: 17-cv-13292

MARK H. COUSENS
Attorney for the Plaintiff
26261 Evergreen Road, Suite 130
Southfield, Michigan 48076
cousens@cousenslaw.com
248-355-2150
P12273

PAUL M. MERSINO
BUTZEL LONG
150 W Jefferson, Suite 100
Detroit, Michigan 48226
mersino@buztel.com
313-225-7000
P72179

### Plaintiff's Notice of Disclosure of Expert Witness

Plaintiff will call as an expert Kevin Smith:

Senior Digital Evidence Consultant
888 Emerald Drive
Windsor, CO 80550
Phone: 410-805-3541

The witness will testify regarding his forensic review of electronic devices owned by and electronic storage maintained by Plaintiff and the extent to which Defendant Jorge viewed or copied the contents of those devices and the files maintained on them.

Mark H. Cousens
Attorney
26261 Evergreen Road
Suite 130
Southfield, Michigan 48076
Phone (248) 355-2150
Fax (248) 355-2170

Plaintiff will call as an expert Nitin Paranjpe:

Thomson Econometrics and Employment Research
2350 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48302
Phone: 248-292-0208
Fax: 248-292-0211

The witness will testify to the damages caused by the infiltration and unlawful conduct of Marissa Jorge.

        /s/ Mark H. Cousens
        Attorney for Plaintiff
        26261 Evergreen Road, Suite 110
        Southfield, Michigan 48076
        cousens@cousenslaw.com
        248-355-2150

May 30, 2019        P12273

## Certificate of Service

I hereby certify that on May 30, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Paul M. Mersino.

        /s/ Mark H. Cousens
        26261 Evergreen Road, Suite 110
        Southfield, Michigan 48076
        cousens@cousenslaw.com
        248-355-2150
        P12273

May 30, 2019

MARK H. COUSENS
ATTORNEY

26261 EVERGREEN ROAD
SUITE 130
SOUTHFIELD, MICHIGAN 48076
PHONE (248) 355-2150
FAX (248) 355-2170





**KEVIN M. SMITH**
Senior Forensic Examiner
888 Emerald Drive
Windsor, CO 80550
410-805-3541
*Kevin.Smith@Atlanticdf.com*
*http://www.linkedin.com/in/smithkevinm/*

### EXPERT WITNESS APPOINTMENTS

| | |
|---|---|
| U.S. v. McGee | October 2018<br>*Camp Humphreys, S. Korea* |
| U.S. v. Padgett | June 2018<br>*Caserma Ederle, Italy* |
| U.S. v. Reeves | June 2018<br>*Fort Hood, TX* |
| AFT Michigan v. Project Veritas, et al | October 2017<br>*Flint, MI* |
| State of Maryland v. Zeleny | October 2016<br>*Talbot County, MD* |
| U.S. v. Ross | September 2016<br>*Fort Bragg, NC* |
| U.S. v. Thompson | March 2016<br>*Ramstein AB, Germany* |
| U.S. v. Nelson | September 2014<br>*Fort Stewart, GA* |
| U.S. v. Aguigui | March 2014<br>*Fort Stewart, GA* |
| U.S. v. Alexander | September 2013<br>*Fort Bragg, NC* |
| U.S. v. Rowe | May 2013<br>*Fort Bragg, NC* |

### PROFESSIONAL CERTIFICATIONS

| | |
|---|---|
| AccessData Certified Examiner<br>*AccessData* | July 2016<br>*Elkridge, MD* |
| Certified Ethical Hacker<br>*EC-Council* | March 2015<br>*Linthicum, MD* |

| | |
|---|---|
| Lantern Certified Examiner<br>*Katana Forensics, Inc.* | August 2013<br>*Middletown, DE* |
| Secure View 3 Mobile Forensics Certification<br>*Susteen, Inc.* | March 2012<br>*Fort Bragg, NC* |
| Certificate of Recognition, Digital Forensic Examiner<br>*Department of Defense Cyber Investigations Training Academy* | September 2011<br>*Linthicum, MD* |
| Certificate of Recognition, Digital Media Collector<br>*Department of Defense Cyber Investigations Training Academy* | August 2011<br>*Linthicum, MD* |

## WORK EXPERIENCE

SENIOR FORENSIC EXAMINER　　　　　　　　　　　　　　　　　　　　　　　　　June 2016 – Present
Atlantic Data Forensics
Elkridge, MD 21075

- Assists civil and criminal investigations by providing digital forensic analysis, delivering written and oral expert testimony.
- Consults with clients on the technical details and practical implications of digital evidence.
- Prepares well written investigative reports, with responsibility for presenting necessary aspects of investigation in sufficient detail and with the highest degree of accuracy to aid in supporting Counsel and/or administrative or civil action.

ADJUNCT FACULTY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　January 2016 – Present
Utica College
Utica, NY 13502

- Assists in the evaluation, design and implementation of curriculum, testing and teaching methodologies.
- Makes administrative and procedural decisions and judgements on sensitive student issues.
- Applies relevant and current education methodologies and techniques to enhance learning experience.
- Courses:
  - CYB659 – Advanced Topics in Computer Forensics
  - CYB653 – Network Forensics
  - CRJ355 – Cybercrime Investigations and Forensics

DIGITAL FORENSIC EXAMINER　　　　　　　　　　　　　　　　　　　　　　　　　August 2014 – June 2016
General Dynamics Advanced Information Systems
Linthicum, MD 21090

- Assigned to the Defense Computer Forensic Laboratory (DCFL) and responsible for providing digital forensic support for counter-intelligence and major crimes investigations.
- Completed forensic examinations of physical and logical evidence in an American Society of Crime Laboratory Directors (ASCLD) accredited computer forensic laboratory.
- Prepared well written investigative reports, with responsibility for presenting necessary aspects of investigation in sufficient detail and with the highest degree of accuracy to aid in supporting prosecution and/or administrative or civil action.

SENIOR CONSULTANT                                                                December 2013 – August 2014
Booz | Allen | Hamilton
Annapolis Junction, MD 20701

- Assigned to government agency (non-disclosable) and responsible for providing digital forensic support for cyber counter-intelligence investigations.
- Completed multiple forensic examinations of physical and logical evidence including hard disk drives, cellular phones and other digital storage media utilizing industry standard tools including EnCase, FTK, Internet Evidence Finder (IEF) and Cellebrite.
- Developed strategies and provided experience-based training to improve the efficiency and consistency of service delivery.
- Prepared and conducted client training on XRY, EnCase v7, IEF, and Lantern 3.
- Conducted limited malware analysis utilizing virtual machines and Sandboxie.
- Prepared well written investigative reports, with responsibility for presenting necessary aspects of investigation in sufficient detail and with the highest degree of accuracy to aid in supporting prosecution and/or administrative or civil action.

DIGITAL FORENSIC EXAMINER                                                        September 2011 – December 2013
10th Military Police Battalion (CID), 3d Military Police Group
Fort Bragg, NC 28310

- Assigned to the 10th Military Police Battalion (CID) and responsible for providing digital forensic support to 5 CID field offices as well as assisting other federal and local law enforcement agencies with digital forensic support to include the Federal Bureau of Investigation and United States Secret Service.
- Completed 300+ examinations, consisting of over 35,000 gigabytes of data including search and seizure of physical and logical evidence, imaging of hard disk drives and other digital storage media, recovery of deleted files and folders, internet history, deleted emails, identification of attached devices, analysis of event logs while maintaining a strong focus on case logs, repeatability and chain of custody.
- Developed strategies and standard operating procedures to improve the efficiency and consistency of service delivery and maintained an awareness of industry standards and advancements in order to add value to existing technologies and processes used within the team.
- Prepared and conducted Cellebrite Universal Forensic Extraction Device (UFED) training, certifying over 100 Special Agents to use the UFED as well as the identification, preservation, and proper collection of digital evidence.
- Assisted agents in various aspects of criminal investigations including interviewing complainants, witnesses and subject interrogations, preparing affidavits, serving, and executing search warrant operations for the purpose of obtaining evidence, property, and documents relevant to the investigation, processing crime scenes, identifying, preserving, and collection of evidence.
- Prepared well written investigative reports, with responsibility for presenting necessary aspects of investigation in sufficient detail and with the highest degree of accuracy to aid in supporting prosecution and/or administrative or civil action including Expert courtroom testimony.

CID SPECIAL AGENT                                                                August 2010 – September 2011
Fort Bragg Field Office (CID)
Fort Bragg, NC 28310

- Assigned to the Fort Bragg (CID) General Crimes Investigations Team; Conducted felony-level criminal investigations under the supervision of a senior CID special agent.
- Planned and conducted significant and complex investigations involving violations of Title 18 U.S. Code and UCMJ, to include but not limited to fraud, rape, murder, false statements, sexual assault, arson, conspiracy, child pornography, and theft of government property.

- Performed a variety of law enforcement activities such as interviewing complainants, witnesses and subject interrogations. Administered the oath for affidavits and served, and executed search warrant operations for the purpose of obtaining evidence, property, and documents relevant to the investigation.
- Processed crime scenes, identified, preserved, collected, and maintained chain of custody of evidence, property, and documents relevant to the investigation.

## PROFESSIONAL TRAINING

Python Specialization — May 2017
*University of Michigan* — *Ann Arbor, MI*

Network Intrusion Techniques — March 2015
*Department of Defense Cyber Investigations Training Academy* — *Linthicum, MD*

Network Intrusion Basics — February 2015
*Department of Defense Cyber Investigations Training Academy* — *Linthicum, MD*

EnCase CE-E (EnCase v7) — September 2014
*Department of Defense Cyber Investigations Training Academy* — *Linthicum, MD*

Computer Forensic Examiner- Counterintelligence — July 2014
*Department of Defense Computer Forensic Laboratory* — *Linthicum, MD*

Managing Computer Crime Units — November 2013
*Department of Defense Cyber Investigations Training Academy* — *Linthicum, MD*

Advanced Digital Forensic Techniques — April 2012
*Federal Law Enforcement Training Center* — *Brunswick, GA*

Mobile Device Triage Training — April 2012
*Federal Law Enforcement Training Center* — *Brunswick, GA*

Windows Forensic Examinations – EnCase — September 2011
*Department of Defense Cyber Investigations Training Academy* — *Linthicum, MD*

Computer Incident Responder's Course — August 2011
*Department of Defense Cyber Investigations Training Academy* — *Linthicum, MD*

CID Special Agent Advanced Leaders Course — Dec 2010
*United States Army Noncommissioned Officer Academy* — *Fort Leonard Wood, MO*

CID Apprentice Special Agent's Course — July 2010
*United States Army Military Police School* — *Fort Leonard Wood, MO*

## PROFESSIONAL PUBLICATIONS/PRESENTATIONS

Overview of Digital Forensics and Considerations — March 2019
*Expert Symposium – TCAP/DCAP* — *San Antonio, TX*

Various Considerations Regarding Digital Evidence — March 2018
*Expert Symposium – TCAP/DCAP* — *San Antonio, TX*

| | |
|---|---:|
| Overview of Mobile Forensics and Considerations<br>*Expert Symposium – TCAP/DCAP* | March 2017<br>*San Antonio, TX* |
| Cross Examination of the Computer Forensic Expert<br>*Special Victim Prosecutor Conference - TCAP* | January 2017<br>*Pepperdine School of Law, CA* |
| Social Media Mining, co-written with Krystina R. Horvath<br>*eForensics Magazine – Social Media* | June 2014<br>*Online* |

## CONTINUED ACADEMIC EDUCATION

| | |
|---|---:|
| Master of Science Degree – Digital Forensics and Cyber Investigations<br>*University of Maryland University College* | November 2015<br>*Adelphi, MD* |
| Bachelor of Science Degree - Psychology<br>*Troy State University* | May 2013<br>*Troy, AL* |

## PROFESSIONAL LICENSES

| | |
|---|---:|
| Maryland Private Detective License – 106-5095<br>*Maryland State Police Licensing Division* | July 2017 |
| Colorado Private Investigator – CO PI2.0000457<br>*Colorado Department of Regulatory Agencies* | May 2016 |

# CURRICULUM VITAE

## NITIN V. PARANJPE, Ph.D.

**ADDRESS**

Thomson Econometrics and Employment Research
2350 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48302

Phone: (248) 292-0208
Fax:    (248)292-0211

**EDUCATION**

1984  Ph.D. Wayne State University
1980  M.A.  Eastern Michigan University
1978  M.A.  Poona University (India)
1976  B.A.  Poona University (India)

Ph.D.  Dissertation: Impact of the Change in the Operating Structure of the Federal Reserve System on Interest Rates.

Ph.D.  Fields:  Money & Banking
                Econometrics
                Computer Science

B.A.        Major:  Economics
            Minor:  Applied Statistics

**ACADEMIC HONORS**

Mendelson Research Grant, WSU, Summer 1983.
Levin Award in Economics, WSU, 1983.
Economics Prize in 1973 and 1976, Poona University.
Graduate Fellowship, WSU, 1980-1981.

**ACADEMIC EXPERIENCE**

2018 – Present   Part-Time Faculty
                 Eli Broad School of Management
                 Michigan State University

2015 – Present   Part-Time Faculty
                 Department of Industrial Engineering
                 College of Engineering
                 Wayne State University

2012 – Present   Sessional Instructor, Quantitative Studies
                 Master of Management Program
                 University of Windsor
                 Ontario, Canada

| | |
|---|---|
| 1998-Present | Lecturer, Quantitative Methods<br>Department of Economics & Decision Sciences<br>Oakland University |
| 2000-2001 | Lecturer, Quantitative Methods<br>Department of Decision Sciences<br>University of Detroit-Mercy |
| 1993-2005 | Lecturer<br>Dept. of Community Medicine, School of Medicine<br>Wayne State University |
| 1990-1998<br>2001-Present | Associate Member of the Graduate Faculty<br>Department of Finance and Business Economics<br>Wayne State University |
| 1984-1997 | Lecturer<br>Department of Economics<br>Wayne State University |
| 1978 | Lecturer<br>Department of Economics<br>Fergusson College, Poona University |

## PROFESSIONAL EXPERIENCE

1990-Present   Partner, Thomson Econometrics and Employment Research II

Thomson Econometrics and Employment Research is a firm that provides economic and statistical research services to its clients. We also provide computer programming and data processing services. Research has been conducted relative to a broad range of economic and statistical issues, ranging from sophisticated analyses of employment policies and practices (generally regarding discrimination claims), to economic calculations and projections of past and future damages. Damage calculations have included earnings and fringe benefits losses, pension and structured settlement evaluations, lost sales and profits, business valuations, education valuations, medical expenses, losses due to physical injury and/or disability, and economic losses in a few other areas. We also provide interested parties with a framework which is useful for evaluating "non-economic" damages, such as pain and suffering, society and companionship, and hedonic damages.

1984-1990   Program Coordinator and Research Associate,
Michigan Health Care Education & Research Foundation.

## OTHER PROFESSIONAL ACTIVITIES

April, 1998  Faculty (Economics), Institute for Continuing Legal Education.

April, 2004  Faculty (Statistics), 29th Annual Labor and Employment Law Institute, sponsored by the Institute for Continuing Legal Education, the Michigan Law Schools, and The Michigan State Bar Association and the FMCS.

Sept. 2006  Referee, Journal of Legal Economics
American Academy of Economic and Financial Experts.

## PROFESSIONAL MEMBER

The American Economic Association

## REFEREED PUBLICATIONS

1. "Appropriateness of Psychiatric Hospitalization", Strumwasser et al., Medical Care, 1991.

2. "Reliability and Validity of Utilization Review Criteria: Appropriateness Evaluation Protocol, Standardized MedReview Instrument, and Intensity-Severity-Discharge Criteria", Strumwasser et al., Medical Care, 1990.

3. "The Triple Option Choice: Self-Selection Bias in Traditional Coverage, HMOs, and PPOs", Strumwasser et al., Inquiry, Winter 1989.

4. "Efficiency Gains in Utilization Review", Quality Assurance and Utilization Review, 1989.

5. "Focused Utilization Review Strategies", Strumwasser et al., Quality Review Bulletin, 1989.

6. "To Hospitalize or Not to Hospitalize: HMO versus Fee-For-Service", Strumwasser et al., Group Health Association of America, 1988.

## NON-REFEREED PUBLICATIONS

1. "Determining Nonacute Hospital Stays", Strumwasser et al., Business and Health, 1987.