UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,

v.

                                          Civil Case No. 17-13292
                                          Honorable Linda V. Parker
                                          Mag. Judge Elizabeth A. Stafford

PROJECT VERITAS, and
MARISA L. JORGE,

    Defendants.
_____/

**ORDER REGARDING DISCOVERY**

In its June 14, 2019 Amended Opinion and Order Granting, in Part, and Denying, in Part, Defendants' Motion to Dismiss, and Granting, in Part, and Denying, in Part, Defendants' Emergency Motion Requesting Authorization for an Interlocutory Appeal (the "Amended Opinion and Order), this Court stayed all proceedings in this case and administratively closed the matter until the resolution of Defendants' interlocutory appeal to the Sixth Circuit Court of Appeals.

At this time, the Court seeks to clarify its Amended Opinion and Order to permit the parties to engage in limited discovery[1].  Considering the "economy of

---

[1] "Trial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined." *Hahn v. Star Bank,* 190 F.3d 708, 719 (6th Cir. 1999) (*citing Landis v. North Am. Co.*, 299 U.S. 248, 254–55 (1936) ("[T]he power to stay proceedings is incidental to the power

time and effort"[2] and the impact that delay might have on the availability of evidence, witnesses memories, and a timely resolution of the matter, during the pendency of Defendants' interlocutory appeal, the Court permits the parties to engage in discovery with regard to Plaintiff's remaining claims not appealed: Count I (fraudulent misrepresentation), Count II (trespass), Count V (civil conspiracy), Count VII (breach of duty of loyalty), and Count VIII (unlawful interception of oral communications).  Accordingly, the case is administratively **REOPENED** so that the parties may move the Court, if they so choose, to resolve any potential discovery issues that might arise; all other proceedings remain **STAYED**; and the parties are able to engage in limited discovery in accordance with this order.

    **IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: June 20, 2019

---

inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.")).
[2] *Supra* note 1.