# Exhibit B

*James O'Keefe's tweets mentioning Randi Weingarten:*

- . @rweingarten we are coming for you! @AFTunion @UFT  #tcot[1]
- Watch my banner to find out whose face or faces will be revealed in our new video tomorrow! Stay tuned! @rweingarten[2]
- @Project_Veritas has the attention @rweingarten pres of @AFTunion. She'll need a new PR team for what's coming next.[3]
- Hey @rweingarten @AFTunion, you have no idea what's coming next. Stay tuned![4]
- UNBELIEVABLE footage: Teacher Union President says "it's his job" to "reverse it onto the kid." "Bend the truth," "protect the worst teachers." Go ahead @rweingarten — defend this. Spin it. Go and ahead and try.[5]
- Oh no big deal just the fact that Randi Weingarten tried to prevent us from publishing abuses inside Teachers Union and a Federal Judge OVERRULED her.[6]
- First Union President suspended, another one featured in video tomorrow morning. Now that Veritas has drawn first blood, @rweingarten— what are you going to do?  Issue more restraining orders? We have so many tapes![7]
- What's wrong @rweingarten? Are you mad because we exposed @AFTunion too?[8]
- The legal action (we won) that @AFTunion took against us implies that @rweingarten really wants to keep something from the public. @washingtonpost @nytimes @cnn, care to investigate, or shall we?[9]
- This is the video that Randi Weingarten and @AFTunion tried to get the courts to stop us from publishing. (Why?) Fortunately journalism is protected by #1A, and their union's hidden conduct, getting an alleged child molester a payoff, can be exposed.[10]

---

[1] James O'Keefe (@JamesOKeefelll), Twitter (June 22, 2016, 2:48 PM), https://twitter.com/JamesOKeefeIII/status/745689999589376000
[2] James O'Keefe (@JamesOKeefelll), Twitter (June 21, 2016, 12:21 PM), https://twitter.com/JamesOKeefeIII/status/745290584827494400
[3] James O'Keefe (@JamesOKeefelll), Twitter (June 17, 2016, 6:03 PM), https://twitter.com/JamesOKeefeIII/status/743927072888885248
[4] James O'Keefe (@JamesOKeefelll), Twitter (June 17, 2016, 6:00 PM), https://twitter.com/JamesOKeefeIII/status/743926305499021312
[5] James O'Keefe (@JamesOKeefelll), Twitter (May 2, 2018, 10:49 AM), https://twitter.com/JamesOKeefeIII/status/991691228969304065
[6] James O'Keefe (@JamesOKeefelll), Twitter (Dec. 27, 2017, 7:54 PM), https://twitter.com/JamesOKeefeIII/status/946182465319825415
[7] James O'Keefe (@JamesOKeefelll), Twitter (May 2, 2018, 11:17 PM), https://twitter.com/JamesOKeefeIII/status/991879419491897344
[8] James O'Keefe (@JamesOKeefelll), Twitter (Oct. 22, 2016, 7:28 PM), https://twitter.com/JamesOKeefeIII/status/789971721579143168
[9] James O'Keefe (@JamesOKeefelll), Twitter (Dec. 27, 2017, 5:55 PM), https://twitter.com/JamesOKeefeIII/status/946152503695106049
[10] James O'Keefe (@JamesOKeefelll), Twitter (May 9, 2018, 7:55 AM), https://twitter.com/JamesOKeefeIII/status/99418402230486528

- Right now, @aftmichigan is trying to obtain a TRO to restrict our #1A rights by preventing us from disclosing unflattering video of their members. Two @NJEA union presidents have been suspended this week. Scared of the truth, @rweingarten?[11]
- AFT Michigan Motion DENIED by Federal Judge! Why exactly did @rweingarten and Michigan AFT work so hard to protect a wrongdoer and silence us at the expense of families who deserve to know what's really going on in teachers union's offices?[12]
- Power tends to corrupt and absolute power corrupts absolutely. Pay attention to what this Democratic Senate President is saying, @rweingarten. Covering up child abuse is anathema to all Americans.[13]
- Today is a great victory for @Project_Veritas and the First Amendment. The real question is, why does @rweingarten and @aftmichigan want to silence me so much? What are they hiding? - Read more:[14]
- Aren't you curious what Randi Weingarten is hiding, Ken? Would the NY Times investigate Michigan AFT?[15]
- Here's the short version of what we just filed in US District Court in order to halt @aftmichigan @AFTunion attempts to restrain our First Amendment rights. Hearing today at 1PM. In other words, @rweingarten is doing everything within her power to keep you from knowing the truth.[16]
- Hey @rweingarten, you lost last time you tried to restrain our #1A rights. Why are you trying again? Are you hoping that your union presidents won't be suspended, like happened with two @NJEA presidents this week?[17]
- Let this be a lesson to anyone who thinks they can make some frivolous claim to scare us–we are fearless and we will fight tooth and nail to expose the truth. We can not be silenced. @rweingarten @aftmichigan[18]
- Hey @rweingarten, tell your good friend @HillaryClinton we say hello. We're investigating her too. #BirdsofAFeather[19]

---

[11] James O'Keefe (@JamesOKeefelll), Twitter (May 4, 2018, 1:26 PM), https://twitter.com/JamesOKeefeIII/status/992455483243073537
[12] James O'Keefe (@JamesOKeefelll), Twitter (May 8, 2019, 3:03 PM), https://twitter.com/JamesOKeefeIII/status/993929362062929921
[13] James O'Keefe (@JamesOKeefelll), Twitter (May 7, 2018, 5:21 PM), https://twitter.com/JamesOKeefeIII/status/993601837679955968
[14] James O'Keefe (@JamesOKeefelll), Twitter (Dec. 27, 2017, 4:32 PM), https://twitter.com/JamesOKeefeIII/status/946131633077354501
[15] James O'Keefe (@JamesOKeefelll), Twitter (Dec. 28, 2017, 12:07 PM), https://twitter.com/JamesOKeefeIII/status/946427503291326465
[16] James O'Keefe (@JamesOKeefelll), Twitter (May 7, 2018, 10:04 AM), https://twitter.com/JamesOKeefeIII/status/993491690118885378
[17] James O'Keefe (@JamesOKeefelll), Twitter (May 4, 2018, 2:03 PM), https://twitter.com/JamesOKeefeIII/status/992464657406464002
[18] James O'Keefe (@JamesOKeefelll), Twitter (Dec. 27, 2017, 4:57 PM), https://twitter.com/JamesOKeefeIII/status/946137931240132608
[19] James O'Keefe (@JamesOKeefelll), Twitter (June 17, 2016, 6:12 PM), https://twitter.com/JamesOKeefeIII/status/743929383124099072

- Who would like to see what @rweingarten and @AFTunion are hiding 2018? I know I sure would![20]
- Hey @rweingarten Looks like the Democrat governor and Senate leader are both calling for investigations in NJ. Are you prepared for the same as we move from @NJEA to @AFTunion locations?[21]
- We must be effective at upsetting @rweingarten if you people are playing the debunked white supremacy card.  https://twitter.com/youranonglobal[22]
- So exactly why, @rweingarten @aftmichigan & @AFTunion, did you go to such great lengths in federal court to block our ability to publish this video? The public really deserves to know.[23]
- Here is our new video that exposes more corruption & abuse w/in teachers unions. http://projectveritas.com/2016/06/28/teachers-union-president-to-kids-i-will-kick-your-fg-ass/ @NEAToday @AFTunion @rweingarten[24]
- No doubt @rweingarten called @davidbrockdc , @EricBoehlert , said "release the oppo file" @pamela_vogel bc of THIS[25]

---

[20] James O'Keefe (@JamesOKeefelll), Twitter (Dec. 27, 2017, 5:37 PM), https://twitter.com/JamesOKeefeIII/status/946148170857418752
[21] James O'Keefe (@JamesOKeefelll), Twitter (May 13, 2018, 2:56 PM), https://twitter.com/JamesOKeefeIII/status/995739587933818881
[22] James O'Keefe (@JamesOKeefelll), Twitter (June 30, 2016, 2:01 PM), https://twitter.com/JamesOKeefeIII/status/748577297880408064
[23] James O'Keefe (@JamesOKeefelll), Twitter (May 9, 2018, 8:10 AM), https://twitter.com/JamesOKeefeIII/status/994187893001289728
[24] James O'Keefe (@JamesOKeefelll), Twitter (June 28, 2016, 1:03 PM), https://twitter.com/JamesOKeefeIII/status/747837907990355968
[25] James O'Keefe (@JamesOKeefelll), Twitter (June 23, 2016, 6:20 PM), https://twitter.com/JamesOKeefeIII/status/746105645649190912