# Exhibit C

```
1            IN THE DISTRICT COURT OF THE UNITED STATES

2              FOR THE EASTERN DISTRICT OF MICHIGAN

3                        SOUTHERN DIVISION

4

5   AFT MICHIGAN,

6                    Plaintiff,

7       vs.                      Case No. 17-cv-13292

8                                Hon. Elizabeth A. Stafford

9   PROJECT VERITAS, ET AL.,

10                   Defendants.

11  _____

12

13

14      The Video Recorded Deposition of DAVID B. HECKER,

15      Taken at 150 West Jefferson Avenue, Suite 100

16      Detroit, Michigan,

17      Commencing at 10:06 a.m.,

18      Tuesday, October 15, 2019,

19      Before Leisa M. Pastor, CSR-3500, RPR, CRR.

20

21

22

23

24

25
```

 1  APPEARANCES:

 2

 3  MARK H. COUSENS, ESQ.

 4  26261 Evergreen Road

 5  Suite 130

 6  Southfield, Michigan 48076

 7  (248) 355-2150

 8  cousens@cousenslaw.com

 9       Appearing on behalf of Plaintiff AFT Michigan.

10

11  JESSICA RUTTER

12  American Federation of Teachers, AFL-CIO

13  555 New Jersey Avenue, N.W.

14  Washington, D.C.  20001

15  (202) 585-4362

16  jrutter@aft.org

17       Co-Counsel Appearing on behalf of AFT Michigan.

18

19

20

21

22

23

24

25

```
 1   PAUL M. MERSINO

 2   Butzel Long

 3   150 West Jefferson Avenue

 4   Suite 100

 5   Detroit, Michigan 48226

 6   (313) 225-7015

 7   mersino@butzel.com

 8        Appearing on behalf of the Defendants.

 9

10   STEPHEN KLEIN

11   Statecraft, PLLC

12   1629 K Street NW

13   Suite 300

14   Washington, D.C.  20006

15   (202) 804-6676

16   steve@statecraftlaw.com

17        Co-Counsel Appearing on behalf of the Defendants.

18

19   ALSO PRESENT:

20   Bailey Wellman - Video Technician

21

22

23

24

25
```

```
 1                    TABLE OF CONTENTS

 2

 3    WITNESS                              PAGE

 4    DAVID B. HECKER

 5

 6

 7     EXAMINATION BY MR. MERSINO            7

 8

 9                       EXHIBITS

10

11     EXHIBIT                             PAGE

12     (Exhibits attached to transcript.)

13

14     EXHIBIT 10                           25

15     EXHIBIT 11                           69

16     EXHIBIT 12                           73

17     EXHIBIT 13                          102

18     EXHIBIT 14                          106

19     EXHIBIT 15                          116

20     EXHIBIT 16                          121

21     EXHIBIT 17                          121

22     EXHIBIT 18                          127

23     EXHIBIT 19                          128

24     EXHIBIT 20                          149

25     EXHIBIT 21                          153
```

AFT MICHIGAN vs PROJECT VERITAS, ET AL.                              Job 10221
HECKER, DAVID 10/15/2019                                                    5

| 1 | EXHIBIT 22 | 153 |
| 2 | EXHIBIT 23 | 161 |
| 3 | EXHIBIT 24 | 164 |
| 4 | EXHIBIT 25 | 167 |
| 5 | EXHIBIT 26 | 179 |
| 6 | EXHIBIT 27 | 181 |
| 7 | EXHIBIT 28 | 189 |
| 8 | EXHIBIT 29 | 195 |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AFT MICHIGAN vs PROJECT VERITAS, ET AL.                    Job 10221
HECKER, DAVID 10/15/2019                                        19

```
 1    Q.   Okay.
 2    A.   And then besides charters, there's -- we represent the
 3         Taylor Credit Union.
 4    Q.   I'm sorry?
 5    A.   We represent the Taylor Credit Union, which would be a
 6         private entity, other than that, they're all public.
 7    Q.   How many members are there of the credit union?
 8    A.   About 20 give or take.
 9    Q.   Can you kind of describe to me the -- I don't want to
10         say the pecking order, but if you had to list
11         president as the top of AFT Michigan, and then who's
12         underneath you as far as officers, if the masthead was
13         written out?
14    A.   If the masthead was written out, it would be me, it
15         would be Edna Reeves, secretary/treasurer.  I do need
16         to -- you didn't ask, but I'm just going to say, the
17         secretary/treasurer is not a -- is not a paid
18         position.
19    Q.   Okay.
20    A.   Okay?  So you know.
21              And then as far as the officers go, then
22         it's the 22 we also call vice presidents, people serve
23         on our administrative board.
24    Q.   And then as far as full-time employees of AFT
25         Michigan?
```

1   A.   Right.

2   Q.   Are there other -- are there any VPs or assistants to

3        yourself?

4   A.   So I have an assistant to the president, yes.

5   Q.   Do you have an administrative assistant?

6   A.   No, just an assistant.

7   Q.   Is that David -- is it Dobbie?

8   A.   Yes.

9   Q.   As president of AFT Michigan, was it ultimately your

10       decision to bring the lawsuit that we're here to

11       discuss today?

12  A.   That and at the end of the day it would be my

13       decision, yes.

14  Q.   Okay.  Did anybody else have authority to make that

15       decision other than you?

16  A.   No.

17  Q.   Did you consult anybody else about that?

18  A.   Yes.

19  Q.   And who did you consult?

20  A.   I'm, you know, and I'm -- I'm going to answer based on

21       non-memory, really, not specific memory of remembering

22       conversations, but a lawsuit like this where, you

23       know, I'm obviously going to talk to -- to Dave

24       Dobbie.  He undoubtedly talked about it at some staff

25       meetings, certainly talked to Randi Weingarten and

```
 1        David Strom about it, obviously our attorneys here.

 2        Kept our ad. board up to date what was going on with

 3        Project Veritas.

 4   Q.   You raise a point that you mentioned my attorney

 5        sitting here, again, don't want to know anything you

 6        discussed with them, but as president of AFT Michigan,

 7        do you understand that Mr. -- and I'm asking this, I

 8        don't know the answer.

 9   A.   Okay.

10   Q.   Is it your understanding that both Mr. Cousens and

11        Ms. Rutter represent AFT Michigan in this lawsuit?

12   A.   My understanding is that Mark Cousens represents AFT

13        Michigan and Jessica is providing tremendous and

14        helpful assistance with it because that's what unions

15        do.

16   Q.   Did you talk to -- well, you mentioned you talked to

17        Randi -- was it Weingarten?

18   A.   Yes.

19   Q.   And David Strom about, you consulted with them about

20        bringing this lawsuit.  They're both with AFT

21        National?

22   A.   Yes.

23   Q.   Other than of course talking to your VPs and your ad.

24        board, did you talk to any of your local unions about

25        whether or not to bring a lawsuit?
```

```
 1   A.   Well --
 2                  MR. COUSENS:  Regarding the decision to
 3        file?
 4                  MR. MERSINO:  Yes.
 5                  MR. COUSENS:  Okay.
 6   A.   The VPs are local leaders.
 7   BY MR. MERSINO:
 8   Q.   Right.
 9   A.   Right.  So we kept our ad. board up to -- up to speed
10        on everything, everything going on.
11   Q.   Okay.  Did you talk to any other organizations or
12        individuals around the country who had already started
13        lawsuits against Project Veritas?
14                  MR. COUSENS:  Regarding the decision to
15        file?
16                  MR. MERSINO:  We'll start there.
17                  MR. COUSENS:  Okay.
18   A.   I don't recall that.
19   BY MR. MERSINO:
20   Q.   Since you filed the lawsuit, have you talked to other
21        organizations or individuals around the country who
22        have started lawsuits or are involved in lawsuits
23        against Project Veritas?
24   A.   I don't recall conversations like that.
25   Q.   Did you ever talk to a woman named Lauren Windsor?
```

AFT MICHIGAN vs PROJECT VERITAS, ET AL.                          Job 10221
HECKER, DAVID 10/15/2019                                         23

```
 1   A.   Not that I recall.

 2   Q.   Have you ever heard that name before?

 3   A.   No.

 4   Q.   What have your discussions been -- and I'll start with

 5        before you filed the lawsuit and you're deciding

 6        whether or not to bring the lawsuit, what were your

 7        discussions with Randi Weingarten?

 8                  MR. COUSENS:  Objection, relevance.

 9                  You may answer.

10   A.   The discussions would have been is this strategy that

11        makes sense.

12   BY MR. MERSINO:

13   Q.   Do you recall what her position was on that?

14   A.   No, I do not.  I will say that if she felt -- if she

15        felt this wasn't the right way to go, that would weigh

16        heavily on my decision making, but I do not recall the

17        specific conversation at all.

18   Q.   Was she for bringing the lawsuit?  Was she in favor of

19        it?

20                  MR. COUSENS:  Objection, relevance.

21                  You may answer.

22   A.   She's -- to the best of my recollection, yes, she's in

23        favor of bringing the lawsuit.

24   BY MR. MERSINO:

25   Q.   Do you know if AFT Michigan -- excuse me, let me
```

AFT MICHIGAN vs PROJECT VERITAS, ET AL.                    Job 10221
HECKER, DAVID 10/15/2019                                         24

```
 1        rephrase that.
 2                    Do you know if AFT National has any
 3        lawsuits against Project Veritas or ever has?
 4   A.   Not that I know of.
 5   Q.   Do you know of any other state federations that fall
 6        within, underneath AFT National have ever had any
 7        other lawsuits against Project Veritas?
 8   A.   Not that I know of.
 9   Q.   Do you know of any locals around the country that
10        have?
11   A.   Lawsuit.  Not that I remember or know of.
12   Q.   Throughout today I'm going to be showing you some
13        exhibits.  Some of them may already be marked from
14        yesterday from Mr. Mickles's deposition.
15   A.   Okay.
16   Q.   Some of them we'll mark today.  Either way, as I hand
17        you some documents, we'll walk through some of them
18        and talk about some of them.
19   A.   Okay.
20                    MR. COUSENS:  Where are you -- are you
21        using sequential numbering?
22                    MR. MERSINO:  Yes, I believe we're at 10?
23        So I'm going ask the court reporter, Leisa, next to us
24        here to mark this as Exhibit 10, and then she will
25        hand it to you and I will hand copies to your counsel.
```

AFT MICHIGAN vs PROJECT VERITAS, ET AL.                    Job 10221
HECKER, DAVID 10/15/2019                                   89

```
 1   A.    Not to my knowledge.

 2   BY MR. MERSINO:

 3   Q.    Do you know of anyone who sent her any messages saying

 4         "you shouldn't come back"?

 5   A.    "You shouldn't come back" in like a threatening tone?

 6   Q.    Yes.

 7   A.    Not that I recall at all.

 8   Q.    Do you know of anyone, again, even if it's outside of

 9         AFT Michigan who sent messages saying "we know who you

10         are and we know you're not who you said you were"?

11   A.    I mean, did anyone say that to her directly?  Not that

12         I recall.

13   Q.    Asking you personally, David Hecker, president of AFT

14         of Michigan, what was your goal in filing the original

15         lawsuit against Project Veritas in September of 2017

16         or October of 2017?

17               MR. COUSENS:  Objection, relevance, and the

18         complaint seeks specific relief, so the goals are

19         articulated in the complaint itself.  Asking him to

20         speculate on how a court would view the complaint is

21         irrelevant.

22               I mean, you can answer to the best of your

23         ability.

24   BY MR. MERSINO:

25   Q.    Well, let me clarify.  I didn't ask you what he just
```

```
 1          objected to, so I'm not asking you to speculate.  I'm

 2          not asking you what you thought a court might do.  I'm

 3          asking you, David Hecker, what was your purpose in

 4          filing a lawsuit on behalf of AFT Michigan against

 5          Project Veritas?

 6    A.    To have the lawsuit in -- in any way possible stop

 7          Project Veritas from doing the kind of work that it --

 8          it does, and to, as part of that, to compensate AFT

 9          Michigan for -- for damages.

10    Q.    Were you hoping to stop Project Veritas from being

11          able to publish any videos they may have had of AFT

12          Michigan?

13    A.    The -- it's our firm belief that they did that in a

14          way that's a violation of the law, so yes.

15    Q.    And prior to that question, you said you wanted to

16          stop them from doing the kind of work that they do.

17          Did you hope them -- did you hope to stop them from

18          doing future work of a similar kind?

19                    MR. COUSENS:  Well, objection to relevance.

20          The lawsuit -- the litigation speaks for itself, and

21          you're getting into areas which are completely

22          unrelated to this -- to this action.  I'll let you go

23          a little ways with this and then I may tell him not to

24          answer any further questions.

25    BY MR. MERSINO:
```

AFT MICHIGAN vs PROJECT VERITAS, ET AL.                                    Job 10221
HECKER, DAVID 10/15/2019                                                        91

```
 1   Q.   Do you want the question read back to you?
 2   A.   No.  The number one thing was -- it was our recourse
 3        against what Project Veritas did to us.  That was a
 4        number one goal.  If the result of it was also in some
 5        way slowing down or limiting what Project Veritas
 6        does, that would have been a great outcome as well, or
 7        will be a great outcome as well.
 8   Q.   So you mentioned, and I want to just use your words,
 9        and if I misuse them, or if I use any words you didn't
10        use, you know, just let me know, but you mentioned
11        your recourse, AFT Michigan's recourse against Project
12        Veritas, and I believe you used the term being
13        compensated, or compensation for what was done.
14   A.   Right.
15   Q.   What do you believe AFT Michigan should -- how do you
16        believe AFT Michigan should be compensated?
17   A.   Well, there was a great deal of time among staff, and
18        myself, dealing with all this, time taken away from
19        trying to advance and enhance public education, to try
20        to support the people who educate our -- our children,
21        young adults, and it was an inordinate amount of staff
22        time spent on this, and that staff time should be
23        compensated for.
24   Q.   Now, when you say an inordinate amount of time was
25        used pertaining to this, that wasn't while Marisa was
```

AFT MICHIGAN vs PROJECT VERITAS, ET AL.                                Job 10221
HECKER, DAVID 10/15/2019                                                         191

```
 1          Michigan staff."
 2                    Do you know who that counsel is that's
 3          being referred to there?
 4   A.     AFT Michigan legal counsel were promptly engaged.  AFT
 5          Michigan legal counsel would be Mark.
 6   Q.     Do you know how it was discovered that Marisa was
 7          using an assumed name?
 8   A.     No, I do not know.
 9   Q.     Do you know how it was discovered that she went to
10          Liberty University?
11   A.     No.
12   Q.     Do you know how it was discovered that she had links
13          to James O'Keefe and Project Veritas?
14   A.     No.
15   Q.     Do you know who would know how that was discovered?
16   A.     If -- if someone from our shop knew, it would be Dave
17          Dobbie.
18   Q.     Okay.  If you look at the next bullet point, it says,
19          "After consultation with the officers of AFT Michigan,
20          and the AFT, a decision was made to pursue litigation
21          in state court against Marisa Jorge/Perez and Project
22          Veritas."
23                    Who ultimately made the final decision to
24          file suit, was that AFT Michigan or AFT National?
25   A.     Well, the suit is in the name of AFT Michigan, so AFT
```

```
 1           Michigan, but it was really a joint decision.
 2   Q.   And you -- did you -- as far as AFT Michigan is
 3        concerned, do you have final approval?
 4   A.   The lawsuits were brought by AFT Michigan, yes.
 5   Q.   Okay.  Was Randi Weingarten involved in those
 6        consultations with AFT National?
 7   A.   She would have been involved in those -- some of those
 8        discussions.
 9   Q.   Was she involved with the decision to pursue
10        litigation?
11   A.   I don't at all remember if I directly participated in
12        a conversation with Randi concerning -- concerning
13        that.
14   Q.   And then the next line says, "The purpose of the
15        litigation is to prevent disclosure of any improperly
16        made tapes or confidential AFT Michigan documents that
17        were improperly obtained by Jorge and/or Project
18        Veritas."
19               Do you agree with that statement?
20   A.   Yes.
21   Q.   Go to the following page.  Do you know who from AFT
22        Michigan was involved with or present at the hearing
23        at Judge Brian Sullivan's courtroom?
24   A.   No, I don't.
25   Q.   Were you present?
```

```
 1   A.   Not that I remember.  Where is Judge Sullivan's court?

 2   Q.   Wayne County.  Coleman Young.

 3   A.   Coleman Young Building, Wayne County Circuit.  I don't

 4        think so.

 5   Q.   To your knowledge, does anyone at AFT Michigan know

 6        Judge Sullivan personally?

 7   A.   To my knowledge, no.  I will say that if it's the same

 8        Brian Sullivan 30 years ago, I was in a car accident

 9        and he was an attorney, he wasn't a judge, and a

10        friend -- a friend said, you know, he'll give you

11        guidance and help you out.  So if it's the same Brian

12        Sullivan, but that is the sole interaction I had with

13        a lawyer named Brian Sullivan.  Put it that way.

14   Q.   Okay.  Did he represent you for that?

15   A.   We didn't end up in court.  I think, if I remember

16        correctly, I think it was just guidance and stuff.  I

17        don't really fully remember.

18   Q.   The last bullet point on the back page says, "AFT

19        Michigan and the AFT will use all resources at their

20        disposal to enforce this TRO and take other legal

21        action, including pursuing criminal charges, if

22        necessary."

23   A.   Excuse me.

24   Q.   What resources does AFT Michigan have at its disposal?

25             MR. COUSENS:  Objection, relevance, but you
```

```
1                    CERTIFICATE OF NOTARY
2    STATE OF MICHIGAN )
3                      ) SS
4    COUNTY OF MONROE  )
5
6            I, LEISA PASTOR, certify that this
7        deposition was taken before me on the date
8        hereinbefore set forth; that the foregoing questions
9        and answers were recorded by me stenographically and
10       reduced to computer transcription; that this is a
11       true, full and correct transcript of my stenographic
12       notes so taken; and that I am not related to, nor of
13       counsel to, either party nor interested in the event
14       of this cause.
15
16
17
18
19
20              Leisa Pastor
21
22              LEISA PASTOR, CSR-3500, CRR,
23              Notary Public,
24              Monroe County, Michigan
25              My Commission expires:  9/7/20
```

**DXEX10** 4:14 24:24 25:2
183:19,25

**DXEX11** 4:15 69:12,15 74:1

**DXEX12** 4:16 73:10,14

**DXEX13** 4:17 102:3,6

**DXEX14** 4:18 106:7,10,11

**DXEX15** 4:19 116:25 117:3

**DXEX16** 4:20 121:4 122:1,2
126:7

**DXEX17** 4:21 121:14 122:2,6

**DXEX18** 4:22 127:4,7

**DXEX19** 4:23 128:15 131:23
139:20 147:21

**DXEX20** 4:24 149:16,19

**DXEX21** 4:25 153:7,24

**DXEX22** 5:1 153:7,20 154:5

**DXEX23** 5:2 161:12,16,17

**DXEX24** 5:3 164:14,17

**DXEX25** 5:4 167:13,17

**DXEX26** 5:5 179:4,7

**DXEX27** 5:6 181:21,25

**DXEX28** 5:7 189:3,7

**DXEX29** 5:8 195:3,6 198:7

---

**$**

**$3** 95:17,19

**$50,000** 95:7,9

---

**0**

**0000** 73:16

**0000180** 189:8

**0000189** 69:16

**0000410** 161:21

**003855** 106:14

**0your** 10:6

---

**1**

**1** 26:1 162:1 164:21 166:18
183:13 184:15

**10** 24:22,24 25:2,22 54:25
67:25 68:16 182:10,11,12
183:9,19,25 185:15 187:3

**10-story** 84:4

**10:06** 6:3,6

**10:30** 25:3

**11** 58:5 69:12,15 73:7 74:1
133:6

**11:17** 60:23

**11:28** 68:25 69:2

**11:39** 69:13

**11:40** 69:3,5

**11:44** 73:11

**12** 73:10,14 74:25

**12:12** 94:9

**12:21** 102:4

**12:26** 106:8

**12:30** 8:11

**12:31** 110:16

**12:34** 113:16

**12:38** 116:12,14

**13** 30:15 102:3,6 187:3

**14** 32:9 106:7,11

**15** 6:2 34:9 116:25 117:3
188:16

**15th** 6:6

**16** 35:3 121:4,18 122:2 126:7

**16-A** 37:1

**17** 43:12 86:17 121:14 122:2,4,
6 159:24 162:14

**17's** 43:14

**17-CV-13292** 6:11

**18** 37:16 39:16 40:1 65:10
127:4,7 133:7 159:24 167:20
176:21 179:8 188:22

---

**18th** 102:12 169:21 176:9

**19** 40:2,8 128:15 131:23
139:20 147:21,22 176:21
177:3

**190** 73:18

**1:14** 116:15,17 117:1

**1:19** 121:5,15

**1:25** 127:5

**1:27** 128:16

**1:33** 133:1

**1:34** 132:24 133:2

**1:35** 133:4,20

**1:36** 133:21

**1:48** 134:20,21

**1:59** 143:3

---

**2**

**2** 26:18 184:24

**2-A** 185:8

**2-C** 185:15

**2-D** 185:24

**20** 11:7,15,18 19:8 129:15
149:16,19

**2001** 16:5

**2016** 31:4

**2017** 32:9,22 42:11,15,18
43:11 75:1 83:21,25 86:15
87:4 89:15,16 106:22 107:4
117:5,9 118:20 123:21 126:11
156:14 160:22 162:1 164:21
166:18 179:9 188:21,22

**2018** 31:2 50:21 59:11 60:3
102:20 104:19 127:11 129:15
159:23 176:17

**2019** 6:2,7 30:25 149:21
159:21

**20th** 139:23

**21** 153:7,8,24

**21-22** 153:3

**22** 19:22 41:14 42:9,20 44:14
153:7,20 154:5

**23** 161:12,17 183:3

**24** 44:20 164:14,17

**25** 45:21 167:13,17

**26** 46:18 179:4,7

**27** 47:10 121:18 126:11 181:21,25 186:12

**27th** 121:9

**28** 106:22 107:4 149:21 189:3, 7

**28th** 107:7

**29** 117:4,8 195:3,6 198:7

**29th** 69:23 73:23 118:9,18 153:9

**2:02** 146:8

**2:06** 149:17

**2:11** 152:15

**2:30** 152:17

**2:31** 153:4

**2:32** 152:19

**2:42** 161:13

**2:46** 164:15

**2:49** 167:14

**2:52** 171:1

**2:53** 170:24

**2nd** 121:20 122:2 123:20

**3**

**30** 59:13 193:8

**30th** 166:24

**34** 48:15

**35** 48:15

**36** 48:3 49:2,10 51:25

**3:03** 171:2

**3:04** 171:4

**3:14** 179:5

**3:18** 181:22

**3:27** 189:4

**3:35** 195:4

**3:36** 203:22

**3:40** 197:24 198:1

**3:48** 198:2,4

**3:56** 203:20

**4**

**4** 30:8 186:9 201:2

**40** 12:16 85:24

**401(k)** 181:6

**43** 52:8

**44** 53:25

**4:00** 203:23,25 204:8,10

**5**

**5** 28:10 30:9 188:21

**5-4** 54:24

**5-minute** 68:24

**501(c)(3)** 12:8

**501(c)(3)s** 12:4

**54** 54:23 56:3

**6**

**60** 57:25 58:8

**7**

**7** 199:17

**70** 14:20

**72** 58:2

**7:30** 199:18

**8**

**8** 48:3

**83** 15:19

**86** 15:20,21

**8th** 102:18 104:17

**9**

**9** 50:21 59:11 127:11 196:16, 17,24

**96** 13:22 15:25

**99** 65:11

**9th** 48:16

**A**

**a.m.** 6:3,6 25:3 60:23 68:25 69:2,3,5,13 73:11

**ability** 51:12 53:1,14 56:9 59:6 60:17 64:10 89:23 93:1 94:17 100:19 105:9 110:10 150:25

**able** 90:11 93:15 134:5,6 186:23 202:4

**about** 9:13 10:7 12:16 14:20 15:7,12 17:15,18 19:8 20:17, 24 21:1,19,24 24:18 29:24 32:20 33:10,23 35:18 38:4 40:11 41:4,6 42:13 44:9 46:10 50:23 58:23,24 60:3 61:8,23 64:12 65:1,8 70:12,14 74:11, 16 75:12,25 76:15 77:3 79:23 80:5,22 81:11,21 82:7,17,18, 20 84:2 86:13 87:13,18 88:1, 10 92:2,15 99:25 100:25 101:19 102:12,14 103:19 105:5,21,23 108:15 109:9 116:7 118:17 119:5 120:25 121:11 123:16 126:10 127:8 128:22 129:2,10,12 132:19 133:6 134:14 137:4 138:20 140:17 144:13 145:6,24 146:12,15,19 147:1,2,8 154:13 155:24 158:16 159:2,3 161:3 163:20 164:6 166:1 170:16 171:8,21 174:14 175:6 176:21 177:15 178:10 183:20,21,24 186:6 188:22 190:15 197:15 202:8

**above** 31:22 201:2

**absolutely** 34:23 61:17 71:11 102:13 117:19 119:25 124:17

**abused** 88:5,6,12

**abusive** 142:20

Case 4:17-cv-13292-LVP-EAS ECF No. 132-3 filed 02/27/20 PageID.2864 Page 22 of
54
AFT MICHIGAN VS PROJECT VERITAS, ET AL.                                    Job 10221
HECKER, DAVID 10/15/2019                                         Index: access..ahead

**access** 41:15,21 44:15,16 47:11,13 71:19,20 127:24 150:8 155:23 185:17,19 186:10 201:23

**accessed** 63:4,10

**accessing** 45:23 46:2,8,12,15

**accident** 193:8

**accountability** 130:3

**accountable** 132:1

**accuracy** 26:14 27:1,14 188:24

**accurate** 26:17 29:11 30:11, 18 32:25 34:17 37:22 44:24 45:24,25 46:21 49:10,18,20, 21,22 51:19 55:7 60:8 71:23 73:21 107:10 133:14 198:15

**accusations** 136:21

**acknowledge** 128:18

**across** 88:15 159:14

**Act** 111:10 144:20

**acted** 65:14

**Acting** 55:2

**action** 6:10 90:22 104:10 193:21

**actionable** 68:8

**actions** 65:25 66:11,21 75:12, 15,20 76:8 130:3

**activism** 200:14

**activities** 122:14,16

**acts** 65:15

**actual** 158:10,22 202:8

**actually** 30:12 49:18 53:4 60:7 81:4 88:15 130:24 147:25 156:21 172:6 183:5 190:20 198:11

**ad** 10:22 11:4 12:3 21:2,23 22:9

**added** 60:14 108:7 138:13

**adding** 109:9

**additional** 11:9 121:20

**address** 133:8 146:16

**addressed** 69:24 87:11

**addresses** 125:25

**administrative** 10:22 16:3 19:23 20:5

**admission** 25:20 182:5

**admissions** 26:21

**adults** 91:21

**advance** 91:19 154:10

**advised** 45:9

**advisory** 12:21,24

**affiliated** 48:10

**afford** 7:22

**AFL-CIO** 15:19,22,24

**AFT** 6:10 9:24 10:7,13,18 11:10,11 12:3,9 13:10,13,14, 16,18,21 15:25 16:1,4,8,9,12 17:6,8,9,19 18:3,11,15 19:11, 24 20:9 21:6,11,12,20 23:25 24:2,6 27:4 28:22,25 29:1 30:1,15,19 31:7 33:1 35:21 36:10,13 37:4 38:15 41:20 43:10 47:14,25 50:11 52:5,17, 24 53:4 55:10,16,19,25 58:16, 21 59:20 61:1,4,18,19 62:25 64:20,23 70:24 71:8,20 73:4 76:21,24 77:7,9 79:9 80:1 83:15 88:12,20 89:9,13 90:4,8, 11 91:11,15,16 92:7 93:5,10 94:13 96:22 97:9,13,16 98:11 101:11,16,18 102:12,25 103:2, 3,18 106:25 107:19 108:15 109:13 110:20 113:3,8,19 114:6,7,22,25 115:3,13,15,19, 22 117:6,7,17,18,20,22 118:9, 13,25 119:4,13,14,15,22 120:9,12,13,15,19 122:17 123:5 125:3,13 126:18,19 127:9,13,20,23 128:21,25 129:9,15 131:24,25 135:14,19, 20 137:19,23 138:5 141:7,9, 10,17 144:16 145:17,24 146:12,19 147:2,3,4,5 148:5 149:2,20 152:7 153:18 154:3, 11 156:11 160:4,14,21 161:3 162:15 165:15,16,20,22 166:5, 7,10,16,18,19 172:7,13 180:10 185:1,11,25 186:1 188:4,17,21 189:11 190:8,23,25 191:4,19, 20,24,25 192:2,4,6,16,21

**AFT's** 92:15 202:8

**after** 6:14 7:1 8:12 14:22 15:23 46:20,23 47:1 60:3,5 82:13 88:22 92:2 99:9 103:6,17,20 107:12 116:23 173:5 175:5 176:2 191:19

**AFTMI** 69:16 73:16 161:21 189:7

**aftmichigan.org** 122:9

**AG** 176:25 177:1

**AG's** 172:23 173:7,11,12,25 174:7,23 175:10,12 177:20

**again** 21:5 25:9 28:18 30:8,14 44:17 63:6,24 66:24 70:9 83:22 84:18 86:23 89:8 95:20 96:24 99:24 102:10 103:11 106:17 111:13 117:13 121:7 126:8 131:15 135:18 136:5 139:18 143:8 168:2 171:20 179:10 199:23 201:4

**against** 22:13,23 24:3,7 47:25 52:16 53:7 54:6,12,19 70:25 71:2 78:3,17 89:15 90:4 91:3, 11 98:13 103:2 108:16 137:1 191:21 197:7

**age** 131:9

**agenda** 154:10

**ago** 15:15 26:9 50:16,22 78:11 82:23 92:9,12 128:18 136:9 139:24 193:8

**agree** 27:14 30:11 32:19 62:1 69:25 70:18 72:1 73:22,25 74:6 98:15 108:22,23 109:1,3 113:11 117:5,8,20 122:8 127:9 129:14 136:17,20,25 137:8 138:14 149:23 161:23 164:24 188:3 189:8 192:19 195:25 199:7 202:1

**Agreed** 133:18

**agreement** 62:14 114:9,10, 14,23 115:4,11,18,21,22 181:8,14,16 188:4

**agreements** 114:25 115:8,16 116:1

**ahead** 17:7 28:12 68:18 88:8

93:9 99:13 145:2 148:7 169:7

**aliases** 200:16

**all-staff** 99:10

**allegation** 51:25

**Allegations** 59:25

**alleged** 65:25 186:11

**allied** 124:18,20,24 125:7

**allies** 124:9,12 169:12 179:20

**allow** 203:2

**allowing** 71:19,20 140:8

**alluded** 99:7

**almost** 43:15

**alone** 44:21 46:1

**along** 25:24 31:12 45:8 65:1 84:12,13 85:8

**already** 22:12 24:13 30:6 60:6 64:1 81:13 96:25 99:25 105:23 121:18 128:12 144:16 176:25 177:1

**also** 7:16 19:22 41:15 84:14 91:4 121:12 134:5,6 139:6 142:13 149:25 159:2 160:24 188:11

**Although** 72:11 133:23

**always** 123:9 189:24

**Alycia** 85:2,3

**ambush** 123:2,15,17 124:2,4

**amend** 60:14

**amended** 26:3,10 27:10 28:21 57:25 60:10 94:25 108:6 186:12

**amendments** 108:2

**American** 12:13 13:2 16:10 140:8

**Amherst** 14:8

**among** 44:3 52:23 61:9 91:17 142:16

**amount** 41:16 91:21,24 92:10 95:23 136:15 160:9,11 201:24

**and/or** 101:9 192:17

**Ann** 174:12,22 175:2

**announced** 162:13

**anonymous** 80:5

**another** 16:23 32:24 33:3 41:4,9 73:6 75:11 95:16 112:24,25 122:18,19 123:11 137:6 142:22 163:8

**answer** 7:14,25 8:9 9:1,5,6,9 20:20 21:8 23:9,21 28:18 31:20 37:8 43:16 50:14 51:12, 23 53:1,13 54:15,16,17 56:9, 16 57:9,15 60:16 61:3 63:14, 15 64:3,9 68:5 71:10 72:18 77:1,14,22 78:20 79:2 81:18 89:22 90:24 92:25 93:15,21,25 94:2,3 97:5 100:16,18 103:12 105:8 110:2,3,9 112:3,9,11,22 113:10,21 120:22 123:8 126:22,25 131:3,6,10,15,16 132:13 138:24 140:16 142:24 143:9,17 144:14 145:20 146:3, 24 150:24 155:7 156:18,23 157:5 158:1,4 159:6 164:9,10 166:4,23 169:10 170:13 178:16,23 185:6,13 187:18 194:1,2,25

**answered** 92:12 97:1 99:12 126:21

**answering** 70:9 184:16

**answers** 7:17 25:17,18 26:2, 10,19

**anti-public** 154:10

**any** 8:5 9:11,13,16,18,22,24 10:17 12:2,7,9,18 13:10 16:22 20:2 21:24 22:11 24:2,5,6,9 26:14,25 27:8 29:10,23 30:25 31:4 32:7 35:11,16 36:6,10 39:1 42:10,17,21 45:17 46:1 47:21,25 49:17 53:2 54:4,8 55:9,15,21,25 56:1 58:17 59:5 64:20,23 65:6,23,24 66:4,11, 12,17,21,23 67:9,12,15,17 68:3,15,16 75:20 76:17,21 77:7 78:25 80:4 86:16,22 88:12,21 89:3 90:6,11,24 91:9 92:7,17,18 93:9 94:12 95:8,18, 22,25 96:1,9,18,19,21 97:8,14, 16,17,21 98:7,20 99:2,3 100:8, 13,25 101:5,6,11,15 103:7 104:11,13,23 106:24 107:3 108:13 109:8,13 110:20,23 111:3,20,24 113:3,18 114:25

115:25 117:11 118:21,23 119:2,3,11 120:23 123:18 124:22 126:10 130:6 131:11 132:5 133:15 134:13,14 137:2, 8 139:15 140:12 142:19 144:9 145:23 146:10,18 147:7 148:21 151:22 152:5 154:16, 23 155:2,15,18 156:9,13,21 159:3 160:14,18,20,24 161:7,8 163:23 170:3,6,7,9,10 172:6 177:9 178:8,10 180:3,10 181:4,6 184:20 185:12,21,24 186:3,17,20,23 187:6,10,11, 17,23 188:3,21,23 190:1 192:15 195:13 197:12 200:6

**anybody** 10:11 20:14,17 27:12 36:10 47:16,18,19 83:5, 15 101:15 103:9 172:7 177:9

**anyhow** 54:5 75:3 184:15

**anyone** 9:24 10:6 36:13 39:2 55:19 76:19 80:20 88:20,21 89:3,8,11 97:13,16 98:4,6,7 100:13 101:16 104:25 105:16 108:15 145:23 146:11,18 147:3 156:9,11 157:3 163:12 164:6 169:25 170:5,10 172:13 177:20,25 178:9 179:25 180:8 187:9 193:5 202:14,18 203:1

**anyone's** 79:7

**anyplace** 53:23

**anything** 9:15 21:5 37:4,10 49:17 56:16 57:23 62:22 67:6, 8,9,20 80:20 81:12 87:18,24 88:10 98:4 110:22,24 114:8 115:25 116:3 118:17 123:16 134:14 135:1,2 138:8,20 139:1,2,11,14,15,16 142:1 143:24 161:3 166:19,21,24 167:5 180:14 184:23 188:13 190:11 201:9,21 202:8,18

**anyway** 198:24

**anywhere** 156:14 160:25

**apart** 53:22

**apologize** 71:6,7,13 79:14 201:12

**apparent** 199:6,8 200:2

**appears** 73:22 117:4 149:20 164:19 167:17 179:7 182:22 186:14 197:4

Case 4:17-cv-13292-LVP-EAS ECF No. 132-3 filed 02/27/20 PageID.2866 Page 24 of 54
AFT MICHIGAN vs PROJECT VERITAS, ET AL.
HECKER, DAVID 10/15/2019
Job 10221
Index: applicable..authorized

**applicable** 95:7 109:17

**application** 59:23 172:21,22, 25 173:22

**apply** 60:13 71:14 136:2,4

**appreciate** 171:23 180:22 194:14

**apprehend** 62:9

**approach** 32:6

**approached** 32:23 33:1,24

**approaching** 32:7

**appropriate** 119:25 141:4

**approval** 29:1,9 192:3

**approved** 126:15 129:17 150:1

**approving** 117:11 127:16,18

**are** 6:5,8 7:14 9:7 10:21,24 11:7,9,12,16,23,24,25 13:1 16:14,17 17:24 18:1,12,22 19:7 20:2 22:6,22 24:20 31:6, 20,21 32:4 33:18 39:12 41:3 43:17 44:1 45:9 48:14,21 53:25 54:4,8 56:10 57:19 59:25 60:1 61:13,25 62:16,24 63:3,8,20 65:25 66:6 69:1,4,7 72:7,13,21,23,24 73:1 80:4 83:16 84:21 85:6,17,25 86:1 89:10,18 90:21 92:7 94:14,22 98:11 107:25 108:5,8 111:4, 24,25 112:20,25 113:24 114:2 116:13,16,20 117:17 122:20 126:1 127:22 128:24 130:21, 23 131:25 133:3,6,14 137:16, 19 138:2 141:1 142:16 143:17, 20 144:24 150:22 152:16,18, 21 157:25 160:12,14,20 161:7 165:25 170:25 171:3,18 176:21 182:11,15 184:4,5,9 185:10 186:5 187:3 194:8 197:25 198:3,13 203:14,17,21 204:8

**areas** 90:21

**aren't** 47:2 83:16

**argument** 51:13 59:22

**argumentative** 51:11 60:18 131:3

**arise** 133:15

**around** 8:11 22:12,21 24:9 38:21,22 70:4 75:7 83:21 84:15 163:7 167:24

**arranged** 85:3

**arrested** 136:9

**articulated** 89:19

**aside** 9:18 10:6 121:11

**ask** 7:13,17 8:7,8 9:15 11:15 13:4 19:16 24:23 25:7,9,22 29:21 30:11 31:10 36:1,4,6,10, 14,21 38:12 46:9 63:5 64:9 67:3 76:8,21 81:6 84:2 89:25 98:4,7 102:8,11 107:24 109:23 113:13 121:12 131:11 132:18 134:14 156:11 157:22 161:4 163:23 170:10 177:9,25 178:3, 6 184:11 187:13,21 197:15 198:12 201:19 203:16

**asked** 26:8 40:18 45:1 46:3 67:1 82:2,14 87:8 98:6 99:12 103:11 112:23 120:1 126:21 139:1 144:2 147:1 156:24 158:5 159:2,3 175:6 177:16, 21,23 178:13

**asking** 7:24 9:12 21:7 29:24 38:4 45:4,10 50:13 51:15 52:24 53:4,5 66:2,4 76:7 84:6 89:13,19 90:1,2,3 92:19,24 93:19 97:17 100:17 105:5,12, 13,14,16,21 107:16,20 109:18 111:13,19 112:3,5,17 137:22 138:22 141:2,17,20 142:13,18, 23 143:19 144:9,24 145:6,7 178:4 180:3

**asks** 32:5

**aspect** 108:19

**asserted** 34:12 53:7

**asserting** 52:11

**assertion** 52:6

**assertions** 29:7,9,10 198:13

**assigned** 188:7

**assignment** 32:24 40:10,12 187:11 188:6

**assignments** 188:7,14 199:3

**assist** 64:10 76:24

**assistance** 21:14 40:17 48:9

50:7 76:22 77:8 114:12 163:23 170:11 180:4 200:3

**assistant** 15:17,18 16:3 20:4, 5,6

**assistants** 20:2

**assisted** 26:1,19 30:13 78:2 167:9 183:13 184:16

**assisting** 25:17 26:9 27:9 164:6

**assume** 37:15 72:4

**assumed** 191:7

**assumes** 114:17

**assure** 88:10

**Attached** 122:20

**attack** 148:14

**attacker** 128:1

**attempt** 95:11 98:21,22 148:14

**attempted** 95:13

**attempting** 174:1

**attend** 199:4

**attention** 61:19 76:1 79:22,24 80:11 197:1

**attest** 153:13 188:2

**attorney** 21:4 66:8 103:3 104:7 142:18 158:7,8 172:12, 14 173:20 174:23 175:14 176:24 177:10,17,25 178:9,25 193:9

**attorney's** 29:8 94:1 112:23

**attorney-client** 9:14

**attorneys** 9:13,19 10:6 21:1 27:12 98:11 101:7,17 108:14 141:22 142:2 144:11 145:24 146:11,19

**attorneys'** 95:7 144:19

**audio** 101:21 152:5

**August** 75:8 82:11 100:1 156:14

**authority** 20:14 187:15

**authorized** 187:8

**available** 56:17,20,21,23
57:19,21 63:13,21 64:14,15
67:13 68:3,4 111:17 185:19

**avoid** 130:2

**aware** 9:7 54:4,8 62:24 63:3,8
80:4 98:11 107:25 108:5 163:6

**away** 91:18 99:14

**awful** 128:24

---

**B**

**back** 17:13 32:10 34:6,20
36:25 43:23,24 49:2 50:15
60:19 64:15 69:3,4 74:10 75:1,
18 83:2 87:4 89:4,5 91:1 94:3,
5 99:7 110:5,11 112:24 113:14
116:15,16,19 124:24 133:2,3,
21 134:3,17,21 137:4 140:1
151:23 152:17,18 171:2,3,6
174:12,25 175:3,7 178:24
193:18 196:4,5 197:2,16
198:2,3 201:12 203:23,24

**background** 17:15 73:2
76:17 189:11 190:24 200:5,7

**bad** 144:17 145:10

**Bailey** 6:12

**bargaining** 41:10 58:13,24
62:13 114:9,23 115:4,8,11
116:1

**base** 44:11 138:14

**based** 20:20 51:23 52:1
138:15 159:17 160:5

**bases** 143:16

**basic** 7:12

**basically** 125:24

**basis** 54:20 143:11 147:10
155:15

**Bates** 69:16 196:1

**bathroom** 8:6

**bears** 189:7

**became** 190:9,12 199:6,8
200:2

**because** 11:9 21:14 27:14
47:19 50:4 62:17,21 64:21,24
65:7 71:14 74:13 77:23 82:23

86:19 100:21 102:10 105:21
107:9 109:15,21 111:8 112:15,
17 113:24 114:17 123:10
135:24 143:9 145:20 147:8
155:20 174:11 201:1,24
203:18

**become** 16:4 64:8 84:20,24
85:5 174:1

**becoming** 34:13 35:18 88:15
155:24

**BEE** 79:13

**been** 7:2,10 16:6 23:4,10 35:8
38:15,18,21,22 40:1,3 42:3
47:24,25 54:11 59:24 73:13
75:10 76:1 81:5 86:19 91:6
104:14 106:10 108:1,4 118:24
119:15 122:21 124:17,21
125:15 126:1 127:7 128:19
132:9 137:1,9,20 145:4 149:19
153:6,20,24 155:3 160:8
161:15,16 164:17 167:16
168:24 170:16 172:12 181:24,
25 183:1 189:6 190:3,4 192:7

**before** 7:9,10,23 8:12 9:25
23:2,5 25:10 28:24 29:2,4 31:4
32:10 36:1 48:16 54:14,17
60:1 71:19 93:13 94:6 97:19
98:2,6 100:5,7 108:20 116:5
126:15 131:10 145:4 155:3
159:22 160:7 162:7,9 163:4,20
168:16,17 169:21 173:6 175:4,
22 176:2 182:7 189:21

**began** 82:13 201:16,19

**beginning** 134:17

**behalf** 28:25 55:2 90:4 98:12
195:15

**behavior** 14:15

**being** 7:15 46:23 47:3 50:2,3
61:3 69:8 90:10 91:12 98:22
109:8 120:9 128:4 132:10
133:10 139:16 142:19 153:15
159:2 168:13 191:3

**belief** 49:24 50:9 56:5 90:13
109:12 110:19

**beliefs** 66:4,6

**believe** 7:9 24:22 32:25 43:17
44:23 45:24,25 46:21 48:23
49:10,17 53:5 55:7 59:19
60:25 67:25 71:23 72:7 81:2,4

88:12 91:12,15,16 92:7 93:10
94:13 105:25 106:1,10 107:18,
22 121:17 126:15 128:8
129:12 135:22 136:4 138:8
141:23 148:9,16,24 155:18,20
157:19 158:21,24 164:21
171:7 173:24 185:6 186:21
188:5 198:14

**believing** 155:15

**bell** 34:25

**below** 35:3 71:4

**benefit** 40:25 119:22 120:2,9,
12,13,14 135:25

**benefits** 181:4

**Benson** 167:18,25 168:4
169:5,20,23 170:10 172:6

**Benson's** 172:5

**besides** 19:2

**best** 12:25 23:22 33:23 41:22
51:12 53:1,13 56:9 59:2,3
60:17 61:10,22 64:10 75:7
82:12,16 89:22 93:1 94:16
100:19 105:9 110:9 136:13
150:24 174:4 185:7 188:9

**bet** 110:3

**better** 44:12 79:18 147:17

**between** 15:1,4,5 16:8,11
51:2 70:5,8 107:24 114:2,3,4,
6,10 115:11 156:14 174:16

**beyond** 40:10,12 160:16

**big** 147:20 165:11

**bind** 93:2

**Binghamton** 14:7

**bit** 9:11 30:4 41:19 48:3
134:17 140:2 177:15 197:21
202:6

**block** 70:19

**board** 10:22,24 11:2,4,9 12:3,
21,24 19:23 21:2,24 22:9

**boardroom** 87:10

**boards** 12:8

**body** 159:10

**both** 8:1,2 14:1 15:21 18:15
21:10,20 46:4 149:5

Case 4:17-cv-13292-LVP-EAS   ECF No. 122-3   filed 02/27/20   PageID.2868   Page 26 of
54
AFT MICHIGAN vs PROJECT VERITAS, ET AL.                                              Job 10221
HECKER, DAVID 10/15/2019                                                   Index: bottom..circle

**bottom** 35:22 129:21 163:3
197:2

**break** 8:5,6,10 37:24 68:20,22,
23,24 69:7 106:3 116:10 196:4
197:21 203:17

**Breaking** 41:19

**breaks** 8:12

**Brian** 99:1 192:23 193:8,11,13

**brief** 195:9

**briefly** 14:11

**bring** 20:10 21:25 23:6 31:12
52:16,21 54:12,20 70:13

**bringing** 21:20 23:18,23
71:15 86:19 141:8 144:18

**broad** 174:5

**broaden** 84:19

**brought** 53:9 76:1 79:21
84:22 118:3 143:22 145:7,9,13
192:4

**building** 12:6 82:15,21 84:4
99:15,25 166:12 193:3 202:9,
10,14,21,24

**bullet** 71:4 154:7 190:6 191:18
193:18

**bunch** 15:13 43:1 77:3,19
86:4 129:7 175:21

**Bureau** 15:6

**burned** 67:17

**business** 46:20,24 47:1,2
85:14 86:2 96:22 122:14,16
145:8,10,11

**busy** 174:24

**Butzel** 6:9

**buzz** 203:1,4,5

**buzzers** 203:14

**buzzes** 203:13

**bylaws** 17:23

---

### C

**calculation** 95:23

**call** 19:22 42:11 76:21 174:25

**called** 7:1 15:9 43:17 44:11
84:10 159:15

**calls** 135:15

**came** 15:25 74:17 75:11 76:14
79:24 80:11 84:13 88:15
100:22 157:6 199:11

**Camino** 77:2,9,11,16,18,23
78:2,9,15,23 79:5,9 165:4,5,
11,20,22,24 166:5,7,10,17,20
167:4,5

**camp** 44:11

**campaign** 162:5,6,16 163:5
169:12 172:5,8

**campaigns** 179:20

**can** 8:1 9:1,12,16 14:11 16:8,
10 17:19 19:9 25:23 27:18
29:21 32:19 33:18 34:20 41:14
43:9 45:8,13 48:13 50:14
51:12,16 52:9 53:1 54:15,23
56:9,12 60:16 62:22 63:4,9,14,
15 64:3,9,10,18 68:5,18,22
76:10 77:14,22 80:25 81:18
84:2 89:22 92:25 93:21,22
96:6 100:16,18 105:8 107:17
109:23,24 110:2,9,11 111:21
113:10,12 116:10 126:22
131:3,15 132:13 134:4,17
135:16 140:16 143:14 146:24
148:20 150:24 155:7 156:23
158:1,4 159:6 162:23 163:7
164:9,10 166:4 169:10 170:20
171:19 175:1,2 176:8 180:15
183:5,6 184:2 187:23 188:6
194:1,2 195:15 198:21 199:19,
20 201:7 202:6

**can't** 7:21 8:1 82:20,21 83:2
104:20 112:23 129:11 134:12
136:4 141:16 153:1 157:11
180:17

**candidate** 163:14 164:5,6
168:11,20,21,22 170:9 172:5,
6,8

**cannot** 104:20 143:9 157:11,
12 168:21 188:2

**capable** 142:19

**capacity** 96:1,19

**caption** 28:22 32:14 106:25
134:11

**car** 193:8 199:15

**care** 18:6 30:12 57:23 87:13

**case** 6:11 42:24 50:2,23,25
61:20 72:18 94:20 103:19,21
104:16 105:2,19,20 107:19,25
123:23 128:19 135:21,24
138:24 163:17 166:21 167:7
172:11 174:1 175:24 176:15

**cases** 110:23

**casual** 84:3

**catalyst** 201:10

**catch** 201:8

**category** 31:23

**cause** 58:10 65:24 66:11
141:8 145:25 146:13,20

**caveat** 9:16

**CD** 67:17

**ceased** 188:21

**Celia** 153:9,15,16,22 154:2

**center** 159:14

**certain** 39:8 47:8 63:18 75:23
108:1 113:9 160:9,11 200:25

**certainly** 20:25 40:2 47:4
79:22,23 92:11 134:3 201:7

**certification** 173:1

**challenge** 62:12

**chamber** 86:6

**chance** 25:15

**change** 29:16 56:16 74:3

**changed** 139:1,17

**changes** 57:15 60:12 70:16

**charges** 137:1 193:21

**charter** 18:18,19,21 37:18
40:15,16 41:25 44:10 188:11

**charters** 19:2 38:1

**check** 131:9,17 200:5,7

**chief** 17:21

**children** 59:8 84:17 85:21
91:20 154:13

**circle** 171:6

Case 4:17-cv-13292-LVP-EAS ECF No. 132-3 filed 02/27/20 PageID.2869 Page 27 of 54
AFT MICHIGAN VS PROJECT VERITAS, ET AL.
HECKER, DAVID 10/15/2019

Job 10221
Index: circuit..consult

circuit 70:24 98:16,21 99:1
106:21 193:3 195:10,17

circumstance 38:18

circumstances 39:7 64:11
112:16

City 136:1,2

civil 70:24 156:10 197:7

claim 108:7,16 109:9 145:3

clarification 30:9 176:16

clarify 53:3 89:25 118:6 147:1
171:16

classroom 85:4 154:13,18
155:18,24

clear 8:13,20 39:10 50:4 183:6
196:11

clearly 155:23,25 157:20
196:8

client 63:14

client's 145:11

close 124:9,12 199:17

closely 162:16,19

co 85:19

co-chaired 84:18

coalition 84:16 85:21 86:16

cochair 12:19

code 202:20

Coleman 193:2,3

colleagues 9:25

collective 62:13 114:9,22
115:4,8,11 116:1

college 14:4,6,21 31:21,25

color 200:23,24

Columbia 54:2,6

combat 163:24 164:7

come 33:21 34:6 43:1,21 44:3,
4 58:18 61:18 72:12 82:14,20,
21,25 83:2 84:11 89:4,5 95:23
128:24 157:9 165:14 196:4,5
201:16 203:2

comes 61:19 74:14

comment 129:11 163:21

commenting 129:2

comments 130:21,23

commerce 86:6

committed 131:25

committee 12:20

committing 65:15

common 109:18 115:20
129:9,11

commonly 150:22

commonsense 114:15

communication 32:16 52:14
157:18 158:21

communications 65:14
153:17 157:24 187:7,25

community 84:15 86:3,6
124:9,12

company 18:19,25

compensate 90:8

compensated 91:13,16,23

compensating 74:19

compensation 91:13 180:10,
13,20 181:1

complaint 26:3,10 27:10
28:21 29:19 45:10,16 50:21
57:25 59:13,22 60:11,14 62:21
70:24 71:1 89:18,19,20 94:25
95:3 106:20 107:10,18 108:1,
2,6,8,10,20 186:12 197:7

complaints 108:3

complete 185:6

completely 60:14 90:21
157:19

Computations 92:20

compute 94:22

computer 44:22 45:1 47:11,
14 150:18 151:1,4,7,9,14,17,
20 171:9 186:10 201:22

computers 150:9,12,13 151:4
186:21,25

conceivably 142:9 143:10
161:3

concern 62:16 63:24 64:6
88:4 100:22 172:1

concerned 123:24 134:5
140:12,17 145:13,16,18
183:24 192:3

concerning 17:13 41:24
171:13 192:12

concerns 170:3,6

concluded 204:10

concludes 204:7

conclusion 93:2 110:2
111:13 131:11 135:16

conclusions 92:20

concoct 147:14

conduct 190:25

confer 176:6

conference 43:4

conferences 41:18 42:9,10,
18,19,25 43:10

confidence 156:2

confidential 41:16,17 42:9,
10,17,19 43:5,8,20,22 44:4
57:20 109:25 112:1 113:5,20
114:13 141:20 142:15 143:20
144:5,9 185:18 192:16

confidentiality 115:1,17,23
116:4 181:14

confirm 37:5 72:24 201:7

confronted 123:1,15

confused 64:8 177:5

Congress 96:14

connected 33:14

conservative 140:9

consider 13:13 32:5

consideration 53:20

considered 52:24,25 59:24
92:22 199:5

consistent 122:3

constitution 17:23 65:16,23
66:9,12

consult 20:17,19

consultation 52:22 191:19

consultations 192:6

consulted 21:19 26:2,19 27:11 103:7,9 183:14

contact 58:18 77:2 158:10 174:7,8

contacted 124:10,13 174:9 177:21

contemporaneous 63:19

content 159:3

context 12:16 48:7 49:20,21, 23 50:1 56:8 106:1 137:18 138:11 165:25

continue 32:10 45:8,18 152:21 156:2

continuously 16:6

contract 18:24 116:7 188:3

contracts 113:9,25 114:2

contractual 113:3,7,18

contradiction 43:5

contributions 45:12

control 201:25 202:3

convention 11:8,10,16

conversation 23:17 48:7,14 49:3 51:1,6,9,20 82:6,8 103:12 128:13 135:10,12 147:7 157:7, 9 173:6 175:25 178:9,17,18 192:12

conversations 9:13,18 17:16 20:22 22:4 40:22 41:6 42:23 53:2 101:6,18 103:18 120:23 141:21 142:18 146:18 173:10 174:16 175:10

cooperation 204:3

coordinate 190:24

copies 24:25 182:16

copy 107:10 121:20 187:9,11

copying 188:1

corner 67:18 106:13

corners 67:19

correct 51:3 99:8 104:8 106:11 107:8 115:1 118:19

134:24 149:9 154:3 161:19 162:8 169:2 179:16 184:18

correctly 85:13,19 193:16 199:18

cost 136:15 147:8,12

costs 94:15 95:7,12

could 7:7 11:17,19 12:12 13:23 14:13 15:2 30:5,8 42:8 47:24 60:19 75:10 81:10,19 87:10 92:10 94:5 100:1 110:3, 4 111:5,23 113:14,21 133:22 134:18 139:20 142:10,25 145:5,25 146:5,13 147:14 151:14 153:25 155:24 160:8 161:2 176:7,8 182:10 187:16 201:12,20 203:18

couldn't 47:7

council 12:17 168:15

counsel 6:13 8:23 17:17 24:25 26:5,23 52:23 53:2 101:6 109:9 142:17 190:23 191:2,4,5 204:12

counter 123:12

country 22:12,21 24:9

County 98:16,21 99:1 193:2,3 195:10,17 201:7

couple 12:4 32:14 84:21 107:12 138:23 179:19

course 21:23 27:12 122:14,15 143:15 147:12 149:12 163:2 171:19 172:10

court 6:14,23 24:23 54:1,2,9 59:24 60:1 70:24 89:20 90:2 92:22 94:19 98:17,20,21 99:2 102:24 106:21 108:21 140:25 141:15,16 143:23 145:4,14 155:6 156:2 159:14 171:22 172:24 173:3,23 191:21 193:1, 15 195:11,17 198:10

courthouse 99:3

courtroom 192:23

courts 95:20

Cousens 6:20 21:10,12 22:2, 5,14,17 23:8,20 24:20 28:14 33:17 38:17,20 39:10 45:8 46:4,7 49:5 50:12 51:7,10,15 52:20 53:8 54:14,16,24 55:11

56:7,19 59:21 60:8 62:7 63:5, 11,15,17,24 64:4 65:3 66:1,6, 13,14,24 68:5 70:6 71:9 72:4 73:7 76:6,25 77:13,21 78:4,6, 18 79:1,13 80:14,16 81:16 83:4,22 88:25 89:17 90:19 92:19 93:12,17 96:5,11,24 97:3,19,22,25 99:12 100:16 101:8,20 103:4,9,20,23 104:4, 7,9,17,19 105:3,8 106:3 107:6, 9,14 108:18 109:15 110:6,9 111:7,16 112:2,8,12,15,20 113:6 115:3 117:23 118:2 119:5,9 120:2,20 121:19,23,25 123:7,18 126:21 131:2,14,16 132:12,21 133:13,19,22 134:2 135:3,15 137:10,22 140:15,24 141:10,13,18 142:5,8,12,15 143:8,13,15,18 144:4,25 145:3,12,19 146:2,22 149:10 150:19 151:8 152:12,21 155:5 156:17,23 157:4,18 158:2,4,20 159:6 160:1,23 161:2,15 162:18 163:25 164:8,11 165:25 166:4 168:6 169:6,9 170:12,20 171:16,25 172:19, 21,25 173:4,18 174:13,16 175:16 176:16,22 177:1,4 180:12,15 182:11,17,20 183:18,23 184:2,8,10,13 193:25 194:3,10,21,23 195:16, 23 196:1,7,12 200:20,22,25 204:5

Cousens' 60:20 94:6

Cousins 176:6

cover 198:18

covered 62:13

covertly 150:9

crack 142:22

created 189:23

credibility 144:15

credit 19:3,5,7

crime 158:22

criminal 65:15 156:10 160:20, 25 193:21

criminally 156:4,7,8

criticized 135:21,23

crucial 140:7

**curious** 40:11 42:21 57:15 95:8

**currently** 10:12

**cursory** 200:4,7

**customary** 46:20,23 47:1,2

**cycle** 122:24 123:4,6,9

---

**D**

**damages** 90:9 92:7,21 93:6, 10 94:12 95:6,17

**Dan** 26:24 27:3,6

**Dana** 172:8,9,12 173:20 178:17

**Dana's** 178:14,15

**data** 187:11

**database** 41:22,23 42:1,3,7 43:23 44:9

**databases** 27:7 41:17,20

**date** 21:2 71:1 83:12 112:25 167:21 188:18,19

**dated** 69:23 73:23 102:18 117:4,8 118:9 126:11 127:9,11 129:15 149:21 153:8 162:1 164:21 167:20

**dates** 156:19 188:17

**Dave** 20:23 26:6,24 33:23 34:3 35:6,8,9,17 69:20 70:9,12,14, 15 73:23 75:10,11 79:18,19,21 82:2,3 87:8 100:20 125:8 191:16

**David** 6:7,25 7:8 17:17 20:7 21:1,19 26:5,23 33:15,21 69:24,25 75:5 79:12,17 83:24 89:13 90:3 122:8 142:3 143:5 148:5 153:11 164:20 178:8 197:4

**day** 20:12 28:4 92:3 107:12 127:20,23 128:25

**days** 107:12

**deal** 91:17

**dealing** 42:5 91:18 92:2,4 170:11

**deals** 27:6 95:3 110:22

**dealt** 40:2 167:25

**dean** 168:16

**debate** 195:13

**deceive** 148:13,17

**deceives** 148:24

**December** 121:9 126:11

**deceptions** 130:2

**deciding** 23:5

**decision** 20:10,13,15 22:2,14 23:16 35:19,21 52:16,21 53:11 81:1,3 191:20,23 192:1,9

**decisions** 141:20 142:16

**deeply** 71:22

**defamed** 52:12

**Defendant** 25:18 32:20 34:9 35:4 37:1 40:9 41:15 44:21 46:18 47:11 48:6 49:3 53:7 55:2,3 72:5 182:3 184:6 186:9 187:8

**Defendants** 6:17,19 65:14,24

**Defendants'** 28:10

**defends** 149:2

**define** 13:4 96:6 144:2 180:15

**defining** 39:12

**definitely** 9:15

**definition** 109:16 131:8,9,18 135:18 150:17 199:10

**degree** 14:8

**degrees** 14:14

**delays** 130:4,19

**deliberate** 134:3

**deliberately** 62:18 148:13

**demand** 28:21 58:1 97:8 106:20 107:18

**demanded** 97:13

**Democrats** 86:3

**denial** 102:25

**denied** 60:4,5 103:6,17 136:21

**department** 153:17

**depending** 31:8

**deploying** 130:2

**depose** 141:16

**deposed** 7:10 10:7

**deposition** 6:7,8 8:25 9:20,25 10:1,4 24:14 30:9 69:15 112:24 153:7 179:7 189:7 204:8,10

**depositions** 8:23,24

**deputy** 173:17

**describe** 17:4,19,21 19:9 76:8 86:5 92:24 109:18

**describing** 64:11

**description** 51:19 133:14 147:5

**designed** 70:18

**desk** 56:12,24 203:13

**details** 34:7 39:4

**determine** 64:22 79:20

**Detroit** 6:1,9 15:22,24 56:24 57:24 84:17 85:21 86:5 114:3, 4 140:4 179:16,18

**develops** 59:1

**devious** 148:14

**diced** 132:6

**dicing** 132:2

**did** 9:19,22,24 10:3,6 15:8 16:4 20:14,17,19 21:16,24 22:11,25 26:12,13 30:25 31:2, 4 33:10,14,15,21 35:16,24 36:1,4,6,7,10 37:4 39:21 40:12 41:11 45:10 46:15 47:7,19 48:7 49:23 50:1,10 51:1 52:4, 18 59:10 60:13 71:7,13,14,18 72:1 74:3,7,9,12 75:5,9,24 76:3,4,17,19,21,24 77:18 78:9, 15,23 79:5,12,17,19 80:7,12 81:1,2,8,21,24 83:18,20,24 84:13 86:21 87:6,17,22 88:16 89:11 90:13,17 91:3 95:22 97:8 98:4,7,20 99:2,16 100:20, 24 101:5,11 102:11 103:24 117:11 118:14,21 123:22 124:5,16 125:13,18 127:16

136:5 145:23 146:10,18
148:19,20 154:20 155:15,18,
23 157:1,3,9 158:18 159:4
160:4,18 162:13,15,23,25
163:10,12,23 164:5 165:14,20,
22 167:23 169:4 170:5,9
171:23,24 172:18 173:10,12
174:3,7,10 175:14 177:9,25
178:5,22,25 179:17 180:6,10,
21 181:4,8,10,14,16 184:12
186:17,21 187:13 188:3,5
192:2 193:14 197:11 201:14

**didn't** 19:16 29:14 30:2 32:8
33:11,13 37:10 38:8 68:12
74:21 81:8 82:2 83:8 87:14
89:25 91:9 97:15 144:25
147:13 171:18 174:24 178:3,
16 193:15 199:15 203:3

**died** 200:23

**different** 26:8 32:15 44:11
116:2 121:7 183:2

**differently** 201:6

**difficulty** 133:24

**dig** 77:9

**direct** 100:24 101:5 120:13,14
157:3

**directed** 57:2 59:23 82:4
157:6

**directing** 80:20

**directions** 187:7,24

**directly** 89:11 163:18 175:14
179:1 192:11

**director** 18:4

**Directory** 15:10

**discern** 186:17,23

**discerned** 186:14,19,20

**discipline** 58:14

**disclosed** 58:22 59:10 195:18
200:15

**disclosure** 58:10 192:15

**discover** 77:6

**discovered** 191:6,9,12,15
200:9,11

**discovering** 87:20

**discovery** 97:24 130:5,14
141:5,24

**discredited** 127:25

**discuss** 20:11 34:6 45:10
99:17 103:12 123:22 141:2
160:15 164:5 174:3

**discussed** 21:6 30:6 50:2,3
63:9 99:11 100:15 120:17
121:1 123:22 139:5 142:1
163:17 167:25 174:5 185:9
190:12,16

**discussing** 32:12 44:15 62:2,
5,24 102:15 103:21 119:24
120:11 123:16 126:19 169:20
180:7 185:10

**discussion** 9:6 49:14,15 82:7
126:10,12,13 178:25

**discussions** 23:4,7,10
108:13 109:8 120:17 143:19
144:13 145:23 146:4,10
158:18 192:8

**dismissed** 108:20 109:2,4
145:4

**disparage** 130:22

**disparaged** 104:11,14
135:14,19

**disparaging** 131:1,8,10,18

**disposal** 193:20,24

**dispossessed** 55:19,25

**dispute** 195:13

**disrupted** 122:24

**dissemination** 117:24

**distort** 50:10 138:6

**distorted** 48:8 50:6 51:6,25
104:12,24 105:1,17,25 106:2
138:9 139:16

**distorting** 52:12

**district** 54:1,5 102:24,25
135:25 136:4,11

**Diversity** 168:15

**Dobbie** 20:7,24 26:6,24 33:23
34:4 35:7,9,10 69:20,25 70:6,8
73:23 79:12,17,19 82:2 100:9,
10,14,18,20,24 101:17 122:8
125:8 191:17

**Doby** 69:24

**doctored** 52:13

**document** 25:10,11 28:17,24
29:2 34:8 36:25 55:13,16,17
56:5,13 58:2 69:17 73:6,20
101:25 102:9,14 106:14,16
116:23 126:7 139:14 149:14
150:15,20 155:6 162:25 166:1
171:10,12 179:9,17 181:24
182:7 183:1 187:20 189:13,15,
17,21,23 190:2,3 195:15,16
198:6,10,17 201:9,13 202:7

**documents** 9:22 24:17 25:5,
19 26:22 27:17 29:10,20 55:3,
9,18,20,21 56:4,10,17 57:11,
12,16,17,20 60:6 63:20 65:1
68:1,4,7,15 98:7,8 111:3,5,21,
25 113:4,20 114:13 119:3
121:7 122:20 139:6,8,11,16,18
150:9,14 160:14 171:8,17,22
182:4 185:19 192:16

**dodged** 130:10

**dodging** 130:4,7

**DOE** 79:13

**dollar** 92:10 95:9,14,19

**dollars** 94:20

**doubt** 26:12,13,14,17,25
34:25 47:19 106:18,24 107:3
124:21 136:5 160:19 165:2
167:23 168:2 182:9 184:20,21
189:18 197:12

**doubts** 75:13,15,21 76:3
79:24 82:13,24

**down** 7:17 8:1 27:16,25 37:25
41:19 71:4 74:9 91:5 94:16
101:13 104:2 124:7 129:20
133:9 138:23 139:3,4 147:14
175:22 189:24

**DPS** 85:2 114:7

**Dr** 14:18

**draft** 45:11 70:2,5,18 74:10
154:1 189:17,19 195:19 196:9
198:10

**drafted** 126:13 153:22 189:15

**drafter** 45:16

**drafting** 26:2,10,20 27:9,10
30:2 117:11,13 127:16 183:14,

Case 4:17-cv-13292-LVP-EAS ECF No. 132-3 filed 02/27/20 PageID.2873 Page 31 of 54
AFT MICHIGAN VS PROJECT VERITAS, ET AL.
HECKER, DAVID 10/15/2019
Job 10221
Index: drafts..ever

21

**drafts** 70:10,14,15

**drastically** 197:22

**draw** 92:20 197:1

**drive** 199:19

**driver's** 36:19

**drives** 31:18

**driving** 199:22

**dues** 194:13,16

**Duggan** 179:8,11,13,15,22 180:3,8

**duly** 7:2

**duplicate** 183:23

**during** 30:17 42:11,18 43:11 86:15

**duties** 13:18 17:20,21 18:7,9

**duty** 36:13

**E**

**e-mail** 69:21 168:3

**earlier** 104:6 139:5 147:16 171:7 184:7,12 190:12,16

**ears** 163:9 169:14 179:21

**ease** 32:16

**ECF** 58:2

**ecstatic** 182:24

**edited** 48:6 49:3,13 50:4 128:12 132:10 137:6,7,9,19

**Edna** 11:7 19:15

**educate** 59:8 91:20

**educated** 44:17

**education** 14:3 74:16 85:16 86:3 91:19 96:4,19 127:24 148:15 188:12

**educational** 14:1 96:10

**educator** 62:6,25 63:2,4,9

**educators** 37:19 38:9,16 39:1 104:10,13 128:2 175:21

**effect** 147:17

**effective** 59:2

**efforts** 79:19

**eight** 136:9

**eighties** 15:24

**either** 8:19 24:16 57:19 65:6 83:9 100:9 101:7,16 104:14 105:1,17 117:20 119:2,13,23 124:13 131:4,21 148:16 154:17 159:24 180:4,7 201:17

**elected** 11:8,10,12,16 96:14 162:10,24 163:20 168:25 170:16 172:12

**election** 176:22

**eliciting** 154:13

**Elizabeth** 164:20 165:3,14 166:17

**elongated** 136:14

**else** 10:11 11:4 20:14,17 27:12 29:13,15 35:1 37:11 47:18,19 53:22,23 62:22 85:23 88:21 105:22 108:15 124:25 136:2 143:24 153:25 163:8 187:9 202:14

**else's** 57:1

**elsewhere** 57:21

**email** 69:19,20,23 73:22 122:2,4,6,8,13,19 124:8 125:6, 7,11,19,25 153:8,12,15 161:23 163:3,10 164:20 165:1 167:17, 22,24 168:19 169:4,20,22,23 170:2 179:8,10,23 180:1 196:25 197:4,10,13

**emails** 122:17,18 125:2 126:1, 3 172:4

**embattled** 140:10

**emergency** 103:1

**employed** 47:12 186:11

**employee** 13:13,16 27:4 181:10,11,12,13

**employees** 18:13,19,22 19:24 33:8 36:17,20 41:25 44:22 45:2,22 47:14 56:1 58:15 64:12 73:4 88:13,14 101:12,18 150:10 154:15

**employees'** 57:4

**employer** 114:3 115:5,12

**employers** 115:23

**end** 20:12 28:4 38:2 42:15 75:3,8 76:4 82:11 87:4 100:1 112:24 190:8 193:15 200:1

**ended** 83:13 199:18

**ending** 82:17,19 188:19

**enforce** 193:20 194:5

**enforcement** 156:14,25 157:1,3,13,17,19 158:11,13, 19,21 159:5,18

**engage** 166:5

**engaged** 17:24 37:20 38:10 40:9 190:24 191:4 198:25 199:2

**engaging** 96:21

**engineering** 130:4,18

**enhance** 91:19

**enough** 184:8,10 202:5

**ensure** 104:10

**entire** 51:1 109:21 138:3

**entirety** 37:24 132:10 152:3

**entities** 16:18

**entitled** 6:10 143:24

**entity** 19:6

**equivalent** 143:24

**especially** 88:5

**essentially** 118:11 147:17

**etcetera** 16:19,20 25:14 73:3 75:24 85:18 203:14

**even** 7:24 15:14 53:22 57:7 89:8 111:14 155:8 175:25

**evening** 46:19

**ever** 7:10 22:25 23:2 24:3,6 25:7,10,17 36:23 38:15,18 40:20,23 45:1,5 46:15 47:7 51:1 55:19 77:18 78:2,9,15,24 79:12,19 80:7 81:7 82:14 83:2, 15,18 95:13,22 97:8,13 99:2 119:6 120:16 124:4 126:18,19 130:7 136:4,5 137:14,19,23 139:18 151:6,13,16,19,22 156:21 163:23 164:5 170:6

Case 4:17-cv-13292-LVP-EAS ECF No. 132-3 filed 02/27/20 PageID.2874 Page 32 of
54
AFT MICHIGAN VS PROJECT VERITAS, ET AL.
HECKER, DAVID 10/15/2019
Job 10221
Index: every..finding

175:14 177:25 178:5,22,25
180:3,7 181:8,10,12,14,16
182:7 188:13 189:20 202:20,
23

**every** 125:20 127:20,23
128:25

**everyone** 87:16 114:16,17

**everything** 22:10 25:13 29:4
74:20 133:10 148:19 162:23

**evidence** 142:10 154:16,23

**ex-parte** 195:7

**exact** 25:11 135:18

**exactly** 64:16 95:12 190:17

**exaggeration** 128:25 129:1

**EXAMINATION** 7:5

**examined** 7:4

**example** 94:19

**exceeded** 187:14

**excellent** 25:15 70:16

**excess** 95:7

**exchange** 153:12

**excluding** 53:1

**excuse** 9:2 23:25 26:22 58:8
69:24 102:24 121:19 125:13
126:18 153:8 160:4 161:15
174:11 193:23

**exec** 12:17

**executive** 12:20 17:21

**exhaust** 45:13 157:22

**exhibit** 24:24 25:2 28:10 30:9
68:18 69:10,12,15 73:10,14
74:1 102:3,6 106:7,10 116:25
117:3 121:4,14 122:1,2,6
126:7 127:4,7 128:15 131:23
139:20 147:21 149:16,19
153:7,19,20,24 154:5 161:12,
16 164:14,17 167:13,17 179:4,
7 181:21,25 183:19,23,25
189:3,7 195:3,6 196:16,24
198:7

**exhibits** 24:13 152:23 153:3

**exist** 17:2,25

**existing** 60:15

**exists** 92:25 154:25

**exit** 65:9

**expense** 180:25

**experience** 14:1,2 31:13
84:13,20,23 154:18

**experienced** 199:24

**experiences** 73:3

**expert** 93:18

**expertise** 137:11

**explain** 8:24 142:9

**explaining** 50:23

**exploited** 150:5,8

**exploring** 39:15

**exposed** 199:4

**extent** 76:9 134:4 135:3,5

**eyes** 163:9 169:14 179:21

───────────

**F**

───────────

**Facebook** 125:10,14

**fact** 29:14 92:2 93:2,5 125:14
147:13 153:23 181:2 186:17

**factor** 53:15

**factory** 84:11

**facts** 29:13 60:12,14 66:2,11
104:15 105:2,18,20 120:11
189:25

**factual** 29:9,10,12 131:1

**factually** 131:6

**faculty** 114:5

**fail** 62:9

**fair** 9:22 29:6 51:23 182:10
184:8,10 196:10

**fairly** 38:23 39:18

**faith** 144:16,17 145:10

**fall** 24:5 147:5

**false** 37:2,3 48:8 50:6,11 51:5
52:1

**falsely** 104:11,14 135:14

**familiar** 34:14,24 43:17 44:12,
13 48:21 67:23 86:14 108:8

**family** 71:20 154:14

**fan** 147:18

**favor** 23:18,23

**February** 13:22 153:8

**fed** 12:21 16:17

**federal** 140:7 157:17 158:14,
15,16

**federation** 12:13,24 13:2
16:10,14 38:18 114:3 140:8
199:5 201:24 202:2

**federation's** 38:21

**federations** 17:2 24:5

**fee** 194:11

**feel** 45:18 82:6 118:11 195:12

**fees** 95:8 144:19 194:8

**felt** 23:14,15 41:5 88:4

**few-minute** 197:21

**figure** 43:9 59:1 61:10,22
94:15,16 95:9,11,13,14,19,20
202:4

**file** 22:3,15 136:3 191:24

**filed** 22:20 23:5 28:22,24 29:2,
5 53:23 60:2 70:24 71:2 98:12,
16 100:6,7 106:20 107:4,6,19
108:6,7 113:24 137:1 141:1,19
160:7 171:22 186:5 195:10,14,
16,19,20 196:8 198:10 201:1,
5,7

**files** 45:23 46:2,9,12,16 56:18
124:25 185:18 197:7

**filing** 53:15 58:2 89:14 90:4
97:19 98:2,6 195:9

**filings** 25:13 29:7

**final** 29:1,9 170:2 191:23
192:3

**financial** 140:10,13,22 141:8
142:3 143:6 146:1,14,21

**find** 11:17 75:9 80:24,25 87:5
112:25 144:17

**finding** 76:5 88:22

**fine** 16:21 25:8 29:17 30:3 35:25 45:14 46:7 49:6 87:16 88:1 167:1 168:24 175:8 196:12

**finish** 7:23 8:9 64:4 78:12 143:14

**firing** 18:1

**firm** 90:13 122:21

**first** 7:2 14:3,4 16:1 25:23 33:21 38:21 46:25 47:10 56:25 57:6 60:4 70:23 75:6 88:9 102:22 107:24 108:5,6 117:21 119:18 122:6,20,24 123:3,4,5, 9 125:13 126:20 140:4 142:21 147:1 148:3,4,11 150:3 163:25 169:16 175:19,20 182:12,13 183:3 188:18 190:20

**firsthand** 149:8

**five** 30:22

**Florida** 54:2,9

**flowing** 94:4

**focus** 17:24 57:10 66:16 134:23

**FOIA** 64:13,18 111:12,15

**follow** 17:24

**following** 103:4 192:21

**follows** 7:4 60:24 94:10 110:17 113:17 143:3 146:9

**force** 112:22

**forgotten** 50:16

**form** 33:17 36:6,11 55:11 62:8 63:11 66:25 76:7 96:6,25 111:8 113:7 160:1,24 162:19 180:12 194:10

**Fortz** 6:12

**forward** 13:5,24 14:2 48:3 52:8

**forwarded** 33:25 34:2 74:10 187:9

**forwarding** 188:1

**found** 75:23,25 80:21 82:10 87:8 97:7 99:10

**foundation** 12:6 86:11,13,14 87:1

**founded** 165:9

**fourth** 198:22 201:13

**frame** 70:4 75:2,23 167:24

**frames** 74:13

**Frank** 159:16

**frankly** 29:20 145:7

**Fred** 159:17

**free** 45:18 56:24 57:24 118:11 195:12

**Freedom** 111:9

**frequently** 201:17

**Friday** 69:23 73:23 124:9 153:9

**friend** 193:10

**friends** 88:15,17 169:12

**front** 36:25 121:22 158:5 187:21

**full** 49:14,15 50:2,24 51:6,9 99:16 135:10,12 150:3

**full-time** 19:24 168:22

**fully** 193:17

**function** 33:24

**fund** 12:5

**funds** 194:6

**Funny** 111:14

**further** 90:24 190:11 204:1

**future** 74:24 84:16,17 85:21 90:18

---

**G**

---

**G-U-R-E-W-I-T-Z** 158:8

**gather** 140:8 199:3

**gave** 29:14 37:8,9 47:16 56:16 79:24 85:9 117:16 151:6,8,13, 16,19 199:25

**general** 17:17 31:20,23 70:14 77:4 166:1 172:13 175:14 176:24 177:10,15,17 179:1 180:19 188:12

**general's** 172:14 177:10,25

178:10

**generally** 17:17 31:6,21 34:5 36:21 39:5 175:12 178:1 185:18

**gentleman** 62:10 136:9

**George** 14:5

**girlfriend** 39:9,19,20

**give** 9:8 19:8 51:16 72:17 84:8,19 104:20 107:23 112:18 135:17 148:6 155:10 178:16, 22 193:10 198:15

**given** 75:12 98:18 121:10 126:3 181:12 186:22 187:1,11 199:2

**giving** 25:17 75:15 77:7 84:12

**goal** 87:20,22 88:3,4 89:14 91:4 155:25

**goals** 89:18

**good** 6:5 12:5 48:15 83:6 116:9 122:10 123:9 144:15 145:10 155:25 177:6,7 189:24

**gotcha** 127:22

**governor** 162:6,7,11,14,22 163:12,17,20 164:3

**governor's** 163:24

**grab** 28:3

**grad** 31:22

**grade** 34:15,22 74:15 84:21, 25 85:4 154:12,17 155:17

**graduated** 14:6,19

**graduation** 13:24

**Granholm's** 173:20

**Grant** 95:6,16

**granted** 41:15,21 44:14,16

**grass** 86:5,7,9,10

**great** 68:9 77:23 91:6,7,17

**Gretchen** 162:16,22

**grievance** 61:8,19 62:2,5,11, 12,21 111:11,25 113:4,20 114:12

**grievances** 41:18 58:13,23 110:23 111:3,4,6,20,21 113:24

**ground** 7:12

**group** 77:2,9,11,16,18,23 78:2,9,15,23 79:5,10 84:9,22 85:13 140:9 154:9 165:4,5,11 166:11,17,20 167:5

**groups** 125:7,8

**guess** 29:6 38:13 39:14 42:8, 25 44:17 49:2 118:6 125:17 126:5 163:14

**guessing** 168:8 183:14

**guidance** 193:11,16

**Gurewitz** 158:7,8

**guy** 136:1

**guys** 99:11

---

**H**

**hack** 150:8

**hacked** 150:12

**hacking** 150:18

**hair** 200:24

**half** 50:22 154:22

**hallway** 84:5

**hand** 6:24 24:16,25 25:6 27:17 28:9 101:25 116:23 152:23 196:15,18

**handbook** 181:10,12

**handed** 73:13 102:6 106:10 127:7 149:19 153:6,20 161:16 164:17 167:16 181:24 189:6

**handle** 61:22 72:19

**handled** 135:24

**handling** 114:11 174:23

**Hang** 184:22

**hanging** 106:5

**happen** 8:14 35:23 83:12 97:15

**happened** 41:7 68:12 81:5,7 87:9,24 99:14 101:12 123:23 125:4 135:21

**happening** 179:21

**happens** 137:16

**happy** 37:25 133:7 174:20 176:5

**hard** 64:22 65:8 100:21

**harm** 58:11

**harmed** 58:17,21 59:20 61:1,4

**harmless** 182:20

**harms** 61:17,18

**Harold** 158:7

**he** 8:19,20,22,24,25 9:5 20:24 29:4 33:13 42:4,5 45:10,15 47:19 49:18 53:1,2 63:15 64:3 68:5 70:10 76:10,11 79:19 80:1 82:4 89:25 92:25 100:16 105:4 109:23,24 110:2,6 111:19 112:6,13 113:9 135:2 136:2,4,5,11 137:10 138:12,13 141:18 145:18 146:3 156:23 157:23 158:9,10 161:2 162:5 173:17,19,20 175:8 176:5 178:15,16,17,22,24 193:9,14

**he'd** 136:12

**he'll** 9:1,4 93:15 193:10

**he's** 9:1,2 27:4 51:15 67:1 96:25 112:8,15 156:24 158:7 173:19

**head** 7:20 144:10 178:14

**headed** 15:12

**heading** 189:10

**headquartered** 98:19

**heads** 149:11,12

**health** 181:4

**hear** 9:11 79:18 134:18

**heard** 10:21 23:2 87:12 133:23

**hearing** 192:22

**hearsay** 77:21 78:18

**heavily** 23:16 84:14 128:1,5,8, 10 135:9 137:5

**Hecker** 6:7,25 7:8 14:18 26:6, 24 33:15,21 53:5,10 60:20 62:17 69:7,25 70:5 75:5 83:24 89:13 90:3 106:10 110:4,7 116:19 133:12 142:2,3 143:5

144:22 148:6 153:11 171:6 178:8 183:20 197:4 198:6 204:1

**heinous** 149:2

**held** 112:1 156:4,8,9

**hello** 84:6 175:22

**help** 27:16 31:9,13 77:24 84:19 85:5 162:23 172:17,18 190:24 193:11 194:16

**helped** 138:24 158:9,10 189:17,18

**helpful** 21:14 122:25

**helping** 77:4,9 86:24 122:21 194:19

**helps** 134:13

**her** 23:13 32:17 33:4,25 35:5, 14,17,18,19 36:2,4,6,10 37:2, 5,9,10 40:10,12,18 41:9 44:16 46:10,12,15 47:7,16 48:1 71:19,20 80:24 81:6,9,11,12, 14 82:3,6,17,24 83:8,9,12,15, 18,20,25 84:6,12,19,22,24 85:4 86:19,23,24 89:3,11 94:2 97:17 98:8 119:4 148:18 150:8,10 151:6,8,13,16,17,20 153:23,25 154:19 155:23,25 162:23 165:5 169:25 170:5,10 175:2,23 176:14,15 178:6 180:11 187:14 188:18,19 190:8,12 199:22 200:23 203:1, 2,4,5,7,13

**here** 9:10 20:10 21:1,5 24:24 28:13 30:10,14 31:14 32:16 39:16 41:23 42:20 44:17 57:17 79:18 83:3 88:2 92:3 104:16 110:25 112:24 116:10 118:7 124:15 127:22 128:5 131:20 132:17 133:6 142:3 143:5 147:25 148:18 149:14 152:24 154:22 177:14 184:1 188:6 201:10

**here's** 125:4

**herein** 7:1

**hereto** 204:12

**herself** 34:10 87:6 170:6 172:6,9 187:10 202:21

**hesitancy** 37:8

hesitate 102:10

hey 56:11 175:1

high 13:24 14:2,19 127:24

highly 189:18

him 48:1 50:13 53:12 64:2
66:25 67:1 74:10 76:7,8 89:19
90:23 100:17 105:5 109:23
111:13 112:3,9,10,17 137:1
141:2 142:23 143:8 145:20,21
146:3 173:24 175:7

himself 100:17

hire 35:19 36:17,20 51:17
71:15 72:11,15

hired 18:20 185:2

hiring 18:1 74:18,23

his 10:3 27:5 39:8,19 42:4
45:13 47:19 48:1 50:13 53:1
66:6 76:9 93:1 105:25 106:1
108:23 148:12 150:24 151:13,
14 157:23 171:14 173:17
179:25 180:8 183:21 188:10

history 105:22 130:1 200:14

hit 140:9

Hmm 68:21

Hold 127:22 183:22

holding 131:25

home 199:20

honest 51:17 138:18 171:24

honestly 177:14,18

honorable 138:18

hope 90:17

hoping 90:10

horizons 84:19

hotel 44:7

hours 46:20,24 47:1,2,8 94:17

house 171:14

HR 18:3,7

human 18:7

hundred 27:13

hurt 147:9

hurts 59:6,7

---

## I

Ian 33:4,5,6,7,10,11,24,25
34:2 37:9

ID 36:15

idea 47:21 94:18 165:11

identical 183:19 184:9

identification 25:1 36:6,11,
18,19 69:11 73:9 102:2 106:6
116:24 121:3,13 127:3 128:14
149:15 153:2 161:11 164:13
167:12 179:3 181:20 189:2
195:2

identify 6:13 26:1,18 183:13
186:9 187:6,23 188:16

identity 37:2 79:20 166:8,11

illegally 58:20 155:9,11

image 55:13

immediate 87:20,22 88:9

important 123:5

importantly 59:7

imposed 58:14

improperly 192:15,17

inaccurate 137:16 139:12,14

inadvertent 171:19

inadvertently 8:3

inartfully 62:18,19

include 194:8

included 63:20 154:11 195:9

includes 52:22

including 41:17 130:3 141:21
142:17 150:14 187:10 193:21
198:18

incur 146:21

incurred 93:6,11 94:13
180:25

indeed 71:7 74:9 179:14
200:14

indicated 101:10 106:22
136:25

individuals 22:12,21 30:16
45:13 52:12 167:9 194:12

industrial 14:17

infiltrate 163:7

infiltrated 163:7 169:19

infiltration 154:11

infiltrations 132:2

influence 123:10

inform 62:14 87:6 170:6

information 17:15 30:14
40:10 41:17 42:6 54:18 58:10,
12,17,20,23,25 61:23 63:3,8,
12,13 64:12,13,14,15,17 77:3,
7,11,19 81:19 88:18 93:19
97:9,14 111:10 130:17,20
140:9 142:20 143:10 144:9
148:20 154:13 166:12 186:1
187:9,11 188:1 199:3 201:20,
24

informed 17:14 32:4 152:2
163:4 169:16

informing 160:11

injunction 59:23 60:4

injury 59:22

inordinate 91:21,24

input 73:2 117:16 129:17
189:18

inquire 145:5 158:24

inside 80:8 119:15 154:11

instance 61:11

instances 37:19,21 38:7,9,11,
15 39:1 46:1

institution 53:10,11

instruct 76:19 112:3

instructed 187:8

instructing 64:2

instructions 92:22 187:6,23

intend 74:19 134:14

intended 65:24 128:1 130:21,
23 150:22

intentions 190:9,13

**interaction** 193:12

**interactions** 83:20,24 87:18 101:3 170:3,7

**intercepted** 65:13

**interest** 31:8 37:18 38:1 175:23 176:14,15

**interested** 31:18 32:4

**interesting** 131:5

**interim** 85:1

**intern** 31:24 32:1,24 35:18,20 40:6,12,24,25 41:1,3 58:19 71:16 74:14 75:2 92:1 118:4 125:4,15 180:21 187:12 188:8 199:2

**internal** 52:22 141:2 143:19 144:13

**internally** 147:2

**interning** 41:2 117:22 118:24 185:25

**interns** 30:17,19 31:7 74:22 185:1,9,10,17,18,24 186:6

**internship** 75:17 82:17,18,25 83:10,12 118:13 119:4 120:19 160:21 180:11 181:8 188:17, 18,19 190:8 199:9

**interrogatories** 25:19 26:20 27:11 182:4 183:11,16 184:17

**interrogatory** 25:23 187:3

**interrupt** 145:1

**interrupting** 127:12

**intervene** 176:8

**intervened** 176:3,10

**intervention** 172:18 175:5,7, 8

**interview** 35:14,16 72:21 124:4

**interviewed** 35:4 37:7 188:20

**interviewer** 123:2,15

**interviewers** 123:17

**interviews** 65:9 190:25

**introduced** 33:22 79:9

**introducing** 35:17

**invade** 141:20

**investigate** 37:4 52:5 76:4 178:2,4,6

**investigation** 155:2

**invited** 44:1 86:23 199:3

**involve** 54:18

**involved** 15:13 18:1 22:22 35:14 38:15,16,18 40:4,15 61:15 62:10 63:1 78:25 84:14 85:23 86:11 102:15 114:11 177:11,17,22,24 188:12 192:5, 7,9,22

**involving** 42:23 61:16 62:10

**irrelevance** 51:10

**irrelevant** 60:17 89:21 109:21 140:24 141:19 157:21 158:23 164:1

**irreparable** 58:11 59:22

**irreparably** 58:16,21 59:20 61:1

**issue** 63:25 94:14 129:9 182:19,21

**issued** 103:4 140:7

**issues** 85:17 96:4,10,19 188:12 199:5

---

**J**

**jail** 159:14

**James** 148:11 149:6 191:13

**January** 162:13

**Jennifer** 173:19

**Jessica** 6:22 21:13 101:9,10 122:21

**job** 14:2 29:8 87:16 88:11 136:2,6 168:12

**jobs** 12:10 185:25

**Jocelyn** 167:18,25 168:4 169:4,20,23 170:10

**John** 11:14

**Johnny** 10:3 48:22 49:14 50:23 51:2 59:14 61:21 63:1 67:22 81:6,21 82:4,7 105:24

128:7 132:8 134:8 196:25

**Johnny's** 67:4

**joining** 31:19

**joint** 192:1

**Jorge** 32:14 37:1 44:21 55:3, 15 58:17 75:6 107:1 148:12 150:5,8,12 167:3 180:10 186:10 187:8 188:7 190:10,25 192:17 198:25 199:2 200:9 201:14,19,22

**Jorge's** 182:3 184:6 188:14, 17

**Jorge/perez** 191:21

**jot** 138:23

**judge** 98:25 99:1,3 102:25 103:6,17 109:22 140:7 145:19 192:23 193:1,6,9

**judicial** 93:20

**July** 16:5 60:2 129:15 139:23

**jump** 7:23

**June** 175:19,20 176:9

**jury** 28:22 58:1 92:22,23 106:20 107:19

---

**K**

**Keenan** 161:24 162:3,4,25 163:10 169:11 173:13,15 174:3

**keep** 34:7 74:20 113:4,20 122:17 163:9 169:14 179:21

**keeps** 25:12 44:10

**Kelly** 173:13,15 174:3,25 175:11,12 178:13,19,20

**Kelly's** 173:16

**kept** 21:2 22:9 42:3 114:13 122:13,15 126:1,2

**key** 202:23 203:3

**kind** 9:10 13:4,23 14:25 19:9 31:6 34:7 39:8,15 42:6 90:7, 16,18 131:2 142:19 162:4 182:17

**kindly** 85:3

**Klein** 6:18 203:17

**knew** 42:4,5 46:13 74:17 81:13 87:23 100:25 101:19 102:14 179:20 187:15 190:18 191:16

**know** 7:24 8:8,14,17,19 9:12 12:7 13:6,25 14:20 15:20 16:18,19,21 17:1,3 19:20 20:20,23 21:5,8 23:25 24:2,4, 5,8,9,11 25:13 29:14 30:1,2, 20,22 31:14,17,20 33:2,22 34:2 35:1,11 36:12 38:1 39:14 40:24 41:3,6,10,11 42:1,6,8 43:9 45:16,19 46:1,8,9,12 47:5,6,13,16,23 51:5 53:21,22 54:19 55:9,15,17,18,19,25 60:11 61:10,13,21 64:20,23 65:6,18,20,23 66:11,21 67:6,9, 12,15,17,20 68:3,15 70:15 72:23 75:3,25 76:2 77:3,12,14, 15 78:2,7 80:22,23 82:18 83:10,12,15,16 84:4,6,12 86:25 87:10,12 88:2,14,17,20 89:3,8,9,10 91:10 92:9,11,17 93:6,9 94:11,15,21 95:8,10,11, 18,20 97:13 98:6 99:15 100:3, 5,20 101:15 102:10 104:13,16, 25 105:14,16 107:10,13 109:12 110:3,10,18 111:23,24 112:25 113:3,18 114:10 115:25 116:1,3,5 118:20 119:18,20 120:12,14 121:6 122:25 124:8,23 125:5,7 129:3,8,11 131:5 137:10,12,14 138:13 139:5,11 142:1 143:24 144:11,12,14 145:5,16 149:5, 8,12 151:4,6,11,13,15,16,18, 19,21 153:22,23,25 154:1,19, 22,25 155:1,8,10,12 157:16 158:9,13,16 159:1,18 160:14, 20 161:3 163:4 165:5,7,8,13, 24 166:2,5,7,9,10,14,15,23,24 167:8,11 168:12 169:12,19,22, 23,25 170:3 171:21,23 172:7, 13 173:19,25 174:5,24 175:1, 24 176:7 178:13,17 179:22 181:2 182:24 184:12 186:15, 17,19,20,23,25 188:15 189:15, 17,20,23,25 190:3 191:2,6,8,9, 12,15 192:21 193:5,10 194:4 195:19 196:11 198:14 199:10, 12,15,23,24 200:11,17,20 201:5 202:20,22,23,25 203:1

**knowing** 130:10

**knowledge** 29:21,24 34:16 37:10 41:22 49:12 55:24 67:11,14,16 76:3,9 89:1 95:25 96:3,9,17,18,20,21 97:16 101:23 103:14 107:16 109:17 111:20 112:6 115:2 118:21,23 119:1,2,11 124:5,6 128:7 130:6,8,9,13,18 135:4,5 139:15 150:11,13 161:8 180:19 185:7 193:5,7 200:6

**known** 117:21 118:24 119:14, 16 175:1

**knows** 80:22 112:13 145:17 166:3

**Korima** 203:6

**Kukuk** 26:24 27:3

─────────────

## L

**label** 189:7

**labeled** 58:2 73:16 108:9 161:21

**labor** 14:16,17 15:7,11,12 48:10

**Lake** 136:1,2

**large** 201:23

**larger** 137:20 195:8

**last** 12:23 14:5 30:22 94:6 104:2 106:22 124:7 131:23 147:25 148:2 164:22 188:19 193:18 201:2 202:1 203:17

**late** 15:23 40:1 46:19 201:17

**later** 34:6 154:23

**Lauren** 22:25

**law** 17:23 31:21 53:22 54:19 90:14 92:25 109:18,19 156:5, 9,13,25 157:1,3,13,17,19 158:11,13,19,21,23 159:4,18 168:17,18 178:15

**laws** 65:16 66:9,23,25

**lawsuit** 17:10 20:10,22 21:11, 20,25 22:20 23:5,6,18,23 24:11 52:16 53:16,24 54:12,20 65:25 66:18 89:15 90:4,6,20 92:4 100:5,7 107:3 140:21 141:1,8,19 145:7,12 146:15,20 147:10,14 160:7 176:3 177:11,

18 180:7

**lawsuits** 22:13,22 24:3,7 52:11 53:6 78:3,16 167:9 192:4

**lawyer** 112:8 131:6 193:13

**lay** 130:24

**layperson** 92:24 93:19 109:18 110:25

**lead** 142:10 143:10

**leaders** 11:25 22:6 70:2,13 86:2,3

**leadership** 43:18

**leading** 142:19

**leads** 50:5

**learn** 74:16 75:6 155:24

**learned** 38:4

**least** 35:6,8 86:20 129:17 151:5

**leave** 92:10

**Lecturers** 33:8

**led** 75:20

**left** 15:18 200:19

**legal** 6:12 16:22 29:7 45:11 66:2 92:20 95:10 110:1 111:13 112:18 115:14 130:3,14 131:5, 11,17 135:16 140:10,13 148:22 160:12 178:10 190:23 191:4,5 193:20 194:12

**legally** 17:3

**legislature** 96:13

**legitimate** 141:24

**legs** 8:6 123:12

**Leisa** 7:15 24:23 27:21 28:7 101:25 102:6 113:13 116:23 133:17

**Leisa's** 73:13

**lengthy** 60:20

**less** 129:3

**letterhead** 11:22

**letters** 144:16

**level** 12:15 71:5 88:7 159:11

**Liberty** 191:10

**license** 36:19

**lie** 37:15

**lied** 72:13

**lies** 130:2

**like** 8:25 9:15 13:23 18:3 20:22 22:24 36:19 38:4 52:18,19 57:10 61:13 72:18 84:5 89:5 92:2,4 93:6,25 94:2 95:1 96:13 102:8 116:5 120:23 125:20 149:2 153:24 168:16 171:21 175:3,24 182:13 187:20 197:11 199:16,17 202:18

**likely** 65:19 74:6 154:12,20,21 203:6

**limited** 187:13

**limiting** 91:5

**Linda** 102:25

**line** 35:22 45:9 52:4 68:6 70:23 74:11,12 109:21 120:21 122:20 123:3,14 164:22 169:16 170:2 192:14

**links** 191:12

**list** 11:17,19 12:12 19:10 93:18 124:17,24 175:2

**listed** 171:18 185:10 187:22 198:13

**listening** 142:22

**litigation** 52:25 53:9 78:23 90:20 93:3 103:21 107:6 129:10,13 136:8 140:25 141:4, 14,22 143:21,22 157:20 158:24 191:20 192:10,15 194:9,17,19

**little** 9:11 30:4 31:10 41:19 48:3 90:23 94:3 134:17 140:2 158:6 177:15 197:21,23 199:21 202:6

**live** 37:13,15

**lives** 154:14

**lobbies** 96:10

**lobby** 96:3,7,12

**lobbying** 96:13,18

**local** 11:16,23,25 16:15,16

18:11,12 21:24 22:6 61:20 64:23,25 65:7 114:2,11 115:12,16 124:8 158:17,19

**locals** 12:1 24:9 33:7 42:2 65:9 115:1

**logic** 160:9,11

**long** 6:9 10:12 13:21 15:15 38:22 40:7 94:1 129:5 130:1, 25 175:2

**longer** 55:22 82:14 136:1,11

**look** 25:6,8 28:12 30:15 36:25 37:12 41:14 49:2 54:23 72:16 74:9 102:7,22 104:2 106:13 118:11 123:3 124:25 126:4 127:19 128:23 131:23 132:16 135:18 139:20 149:1 153:19 154:5 155:22 156:1 164:18 176:7 178:1,6 183:3,9 184:24 188:16 190:19 191:18 195:13 202:7

**looked** 74:1 135:9 139:23 150:14 172:4

**looking** 18:11 30:14 33:19 37:16 58:3 85:15 102:13 117:3 139:18 144:22 147:21 179:7 198:6

**looks** 197:11

**Lose** 153:10,11,16,22

**lost** 64:20,23,25 65:6

**lot** 27:6 31:12,16 46:25 108:4 128:19,24 129:2,9 147:9,15

**louder** 83:22

**lower** 106:13

**lunch** 8:11 81:6,7,9,22 82:5,8 116:10,19 122:11

---

**M**

**made** 35:19,21 60:12 64:1 67:12,21,23 68:3,4,16 74:3 75:19 95:11 98:22 117:21 118:24 119:14,16 138:3 142:16 157:18 158:9 174:25 190:17 191:20,23 192:16

**Madison** 14:9

**main** 88:3

**maintaining** 27:7

**major** 84:15

**make** 8:23,25 9:4 13:7 20:14 29:10 37:11 39:11 58:12 70:16 80:23 81:1 87:23 92:13 98:18 99:8 114:19 140:21 144:7 147:15 149:1 154:2 158:10 163:6

**makes** 23:11 56:5 94:19

**making** 9:2 17:22 23:16 44:17 52:15 53:11 59:19 60:25

**management** 14:16

**manager** 162:5

**manipulated** 52:13

**manner** 96:12

**many** 19:7 30:20,22 94:17 116:2 136:7,22,24 164:20

**marathon** 8:7

**March** 149:21

**Marcus** 126:13

**Marisa** 31:4 32:12,14,17,19,22 33:14,22 40:3 41:20 42:13 47:13 51:2 55:9,25 58:17 66:19 72:8 74:11 75:2,6 77:6 80:5,11 82:14 85:3 86:22 87:5, 18,20,24 88:6,12,22 91:25 97:7 98:13 99:10,11 100:15 101:1,3,19 104:15 105:1,18 107:1 108:16 109:13 110:19, 22 117:21 119:3,14,21 124:13 148:17,18,19 151:19 154:17 155:10 156:22 167:3 171:8 178:5 180:4,10 181:8 185:9 187:25 188:3,14,17 191:6,21 202:20

**Marisa's** 36:1 79:20 120:19 149:5 160:21 166:8,11 199:9

**Marissa** 32:15 75:6 118:12,23 188:20

**mark** 6:20 8:19 21:12 24:16,24 25:12 26:16 27:14 28:13 29:3, 13 63:23 97:2 101:9 103:4 104:7 110:8 121:12 172:18 174:25 175:3 191:5 194:4,6 195:12

**marked** 24:13 25:1 28:9 69:11 73:9,13 102:1,2 106:6 116:24

121:3,13 127:3 128:14 149:15
153:2,6 161:11,15,16 164:13,
17 167:12,16 179:3 181:20,24,
25 189:2,6 195:2,18 196:15,24
198:6

**marks** 116:23

**Martin** 11:14

**Massachusetts** 14:8 15:5

**massive** 15:11

**master's** 14:7,13,16 15:1,4

**masthead** 19:12,14

**match** 181:6

**material** 63:19 111:11 132:3
187:14

**materials** 132:6

**matter** 32:11 38:22 52:22
62:10,13 92:21 93:5 99:4
109:10,19 119:24 120:11
129:10,13 149:6 152:6 156:15
158:23 198:12

**matters** 59:25 160:20,25

**maybe** 9:6,7 10:22 29:8 31:22
81:19 88:2 92:15 163:21

**mayor** 179:11,13,16,17,22
180:3,8

**mayor's** 86:4

**Mcconer** 203:6

**Mccully** 197:1

**Mcdonald** 11:14

**me** 8:14,16,19 9:2,15 12:12
14:13 16:8,10 17:13 19:9,14
23:25 25:12,13,15,24 26:22
28:19 32:7,10 33:11,13,23
35:17,18,25 43:24 50:1 51:18
52:17 57:12 58:8 69:20,24
70:11,13 75:11 76:14 88:10
89:25 91:10 97:10 98:2 99:6
100:22 102:11,24 103:11,14
106:17,18 107:23,24 121:19
125:13 126:18 138:24 142:9,
22 144:2 148:2 151:23 152:2
153:9,15 155:10 156:11 158:6
160:4 161:15 170:2 172:17,18
174:11,13 178:16,24 179:10
184:12 187:4 188:6 193:23
198:12,15 199:22 202:6

**mean** 8:16 27:13 32:7 39:4,14
42:19 55:12,13 56:20,21 58:20
63:12 65:19 67:8 89:11,22
92:25 93:21 96:7,13 97:15,19
101:21 108:10 113:9 115:5
117:24 118:3 122:15 130:9
144:25 149:10 155:8,9 160:2
162:19 168:6 175:16 180:13
182:20 194:13 202:15

**meaning** 101:6 103:21 194:12

**means** 12:17 43:8 49:25 50:1
112:21 144:21 180:20

**meant** 9:3 65:19 74:6

**media** 122:24 123:4,5,9

**meet** 80:24 87:10 100:1
101:10

**meeting** 43:20 81:9 86:20,25
99:10,14,16,20,24 103:12
159:13,15,25 160:5,7,13,15,16
199:14,16

**meetings** 20:25 84:21 86:16,
22 99:3 100:9,14,23,24 199:4

**Melissa** 148:12

**Melvoin** 62:3

**member** 11:2 44:3 194:8,13,
16

**members** 11:23 18:11,12
19:7 44:3 64:21 65:6,8 85:25
87:17 100:25 125:24 126:3
154:14

**memory** 12:25 20:21 33:13,23
46:17 50:15 54:7,10 82:12,16
102:13 139:15 157:23 174:4
188:9

**men** 59:8

**mentioned** 21:4,16 69:22
77:11 82:23 85:19 91:8,10
92:9,14 111:15 136:17 147:16

**mentions** 184:17

**Meriweather** 85:3

**Mersino** 6:16 7:6,10 22:4,7,
16,19 23:12,24 24:22 25:4
28:2,13,16 33:20 38:19,25
39:13 45:20 46:6,11 49:9
50:18 51:8,22 53:3,17 54:22,
25 55:1,14 56:15,22 60:2,19
61:5 62:20,23 63:7,14,16,22

64:1,11,19 65:4,5 66:3,10,15
67:5 68:9,14,22,24 69:6,14
70:7 71:12 72:6 73:8,12 76:12
77:5,17 78:1,8,22 79:4,14,16
80:19 81:20 83:6,11,23 89:2,
24 90:25 93:4,14,24 94:23
96:8,15 97:4,21,23 98:1 99:18
101:22,24 102:5 103:10,16,22
104:1,18,22 105:7,10 106:9
107:8,11,15 108:22,25 109:3,7
110:3,13 111:2,14,18 112:5,
10,13,19,21 113:2,11,13,22
115:6,7 116:9,18 117:2,25
118:5 119:7,10 120:4,6,8
121:6,11,17,21,24 122:1,5
123:13,19 126:24 127:6
128:17 131:19 132:15,22
133:5,16 134:10,13,22 135:6
137:13 138:1 140:18 141:6,11,
16,25 142:6,11,14,25 143:11,
14,16 144:1,6,8 145:2,9,15,22
146:17,25 149:13,18 151:3,10,
12 152:14,20 153:5 155:14
156:20 157:2,8 158:12 159:1,9
160:3 161:1,6,14 162:20
164:2,16 166:2,6 167:15 168:7
169:15 170:15,22 171:5,21
172:1,3 173:9,21 174:19
175:17 176:1,19,24 177:6,8
179:6 180:14,17,18 181:18,23
182:15,22 183:1,5,8,22,25
184:4,9,11,14 189:5 194:7,14,
15,24 195:5,12,22,25 196:2,
10,13,14 197:19 198:5 200:21
201:4,11 203:16 204:1

**Mersino's** 133:13

**message** 70:2,5,18 123:11,12
125:9 138:6

**messages** 80:7 89:3,9

**met** 7:9 74:18 101:9

**Metro** 15:22,24

**Michigan** 6:1,9,10 9:24 10:7,
13,18 12:3,9 13:13,16,21
15:19,21,25 16:2,4,9 17:8,19
18:3,15 19:11,25 20:9 21:6,11,
13 23:25 27:4 28:22,25 29:1
30:1,16,19 31:7 33:1,8,25
34:11 35:22 36:10,13 37:4
41:20 43:10 47:25 52:5,17,24
53:4 55:10,16,20,25 58:16,21
59:20 61:2,4,18,19 62:25
64:20,23 65:17 66:12 71:8,20
73:4 80:2 83:15 88:13,21 89:9,

14 90:4,9,12 91:15,16 92:8
93:6,11 94:13 97:13,17 98:11
101:12,16,18 103:3 104:10,13
106:21,25 107:19 108:15
109:13 110:20 111:9 113:4,8,
9,19 114:6,7,22,25 115:3,15,
19,22 117:18,21,22 118:13
119:4,14,15,23 120:9,12,13,
15,19,25 122:17 123:5 124:21
125:3,14 126:18,20 127:20,23
128:22 129:9 131:25 135:14,
19,20 137:19,23 138:5 141:7,
9,10,17 144:16,19 145:17,24
146:12,19 147:2,3,4 148:5
149:2 152:7 154:11 156:5,11
160:4,21 161:4 162:15 165:20
166:18,19 168:10,13 169:2
172:7,13,14,23 173:2,22
180:11 185:1,11,25 186:2
188:4,17,21 189:11 190:9,23
191:1,4,5,19,24,25 192:1,2,4,
16,22 193:5,19,24 197:7
200:3,10 202:12 203:9

**Michigan's** 50:11 91:11 92:15
96:22 97:9 98:12 103:1 160:15
195:15

**Mickles** 10:3 48:22 49:18 52:2
67:22 81:21 82:4,7 105:24
128:7 132:8 134:24 135:1
138:10,15 151:22 196:25

**Mickles'** 52:6

**Mickles's** 24:14 138:8,16

**middle** 198:24 200:22

**might** 13:6 18:21 25:7 30:10,
11 34:5 47:17 58:16 90:2
93:24 97:9,18 98:8 118:1

**Mike** 179:8,14,15

**million** 95:17,19

**mind** 110:25

**mine** 184:2

**minute** 34:20

**minutes** 133:6

**misappropriated** 109:13
110:20

**misrepresented** 37:2

**missed** 140:1

**missing** 201:1

**mission** 17:24 96:22

**mistaken** 183:19

**misuse** 91:9

**Mm-hmm** 32:13,21 49:16
54:3 65:12 66:20 95:5 104:3
107:2 124:11 134:25 152:1
156:6 182:6 185:16 199:1

**moment** 26:9 66:16 68:19
82:23 93:25 107:23 121:12
128:18 133:23,24 137:5
139:20,24 148:6 152:13
170:21 172:2 183:22 184:3,23
195:22 196:2,3,18 198:15

**Monday** 125:11,19,21,22
151:16,19

**Monday's** 151:20

**money** 136:15 147:9,12,15

**months** 30:17 40:8 60:3,5

**moral** 114:16

**more** 29:8 34:6,13,24 41:1
59:7 74:16 75:16 81:19 84:12,
19 94:4 128:21 136:15 139:20
155:24 173:14 197:21,22
198:21

**morning** 6:5 69:8 116:21

**mortgage** 171:13

**most** 11:24 16:13,14 40:25
65:19 74:6 94:6 188:10 203:6,
13

**motion** 98:12 103:1 195:6,9

**mount** 141:9 142:4 143:6

**mounting** 140:14

**mounts** 140:11

**mouthful** 84:18

**move** 9:7 175:2

**moving** 34:7

**multiple** 182:11,16

**Murphy** 159:16,17

_____

**N**

_____

**name** 6:12 7:7 11:15 12:7
15:10 23:2 33:4,25 37:2,5,9,10

70:21 148:18 164:22 168:14
173:14 184:17 191:7,25

**name's** 7:9

**named** 22:25 32:20 62:3
185:24 193:13 196:25

**namely** 18:18

**names** 79:7 104:20 185:1

**narrative** 48:8 50:6,11 52:1

**narrow** 161:5

**Nate** 26:6,24 40:14,18,20,21
41:23 42:2,3 43:23 44:9,12,18,
19 47:17,20 151:5,6,13 171:13
188:10

**Nate's** 47:21

**national** 11:10,11,12,13
12:15,19,21,22 13:1,10,14,19
16:9,13,17 17:3,6,9 21:21
24:2,6 76:21,24 77:7 79:9
103:19 117:7,17 120:24 125:3
126:19 147:5 153:18 154:3
165:16,17,22 166:7,10 191:24
192:6 194:19 200:3

**nature** 42:1 62:9 93:20 143:20
150:21

**necessarily** 128:23

**necessary** 193:22

**need** 7:21 8:5 19:15 25:7,8,9
31:10 61:10 68:20 70:12 94:25
106:3 115:21 181:19 189:1

**needed** 74:22 101:10

**needs** 27:21 49:5

**negatively** 131:7

**Nessel** 172:12 175:15 177:17

**Nessel's** 172:8,9

**never** 111:14 135:12 178:24

**new** 14:7 36:17,20 38:23
136:3 159:14

**news** 137:14

**newscast** 137:8

**next** 24:23 27:19 40:8 71:18
86:21 104:23 123:14 126:4
139:21 190:19 191:18 192:14
200:1,15

nice 84:7

night 199:18

nine 60:3

nod 7:20

Nods 151:10

non-memory 20:21

nondisclosure 181:16

none 31:22 145:8,10 152:10

nonetheless 62:19

Nope 118:6 170:18 187:19 188:25

normal 122:24

normally 70:10

note 93:17 108:19 133:15 150:19 164:19 183:18

noted 60:9 94:1 136:20 195:23

notes 118:12 138:19,21 160:18

nothing 7:3 9:21 10:1 53:22 141:3,23 143:21 144:21 154:10

notice 173:5

notifying 144:17

number 34:9 43:14 45:13 69:16 88:3 91:2,4 94:20 95:10 106:14 196:1 201:2

numbering 24:21

numerous 52:11

---

**O**

O'KEEFE 133:25 134:7,12,15 148:12,16 189:11 191:13

O'Keefe's 134:18 149:6

oath 7:15 69:8 116:20

obfuscation 130:2

object 33:17 52:20 53:8 62:7 68:6 76:6 96:5,25 105:3 109:15 111:7 112:2 113:6 158:20 160:1,23

objected 90:1

objection 8:21 9:2,4 23:8,20 50:12 51:7,10 54:14 55:11 56:7,19 59:21 60:21 63:11 64:2 66:1,13,24 71:9 76:25 77:13,21 78:4,18 79:1 81:16 88:25 89:17 90:19 93:12 94:1,7 96:12 108:18,23 120:20 123:7 131:14 132:12 135:15 140:15,24 141:13,14 142:5,11,12 143:12 146:2,23 155:5 156:17 157:4 162:18 164:8 169:6,9 170:12 180:12 193:25 194:10,21

objections 8:22 9:8

obligation 36:14 113:7

obligations 113:3,19

observed 201:22

obtain 98:22

obtained 111:5,22,23 132:3 171:9 192:17

obviously 7:20 17:14 20:23 21:1 59:6 61:12 72:16 84:3 88:17 94:22 112:23 135:20 162:9 163:5 174:23 175:22 194:6 202:5

occasion 139:8

occurred 181:2

October 6:2,6 89:16 121:20 122:2 123:20 162:1,9 164:21 166:18 167:20 169:21 179:8

odd 43:14

office 46:5,8,15 56:10,12,13 57:1,2,7,13,22,23 86:4 87:9 163:24 172:10,14,23 173:7,11, 12 174:1,7,23 175:10,13 177:10,21 178:1,10 179:25 199:17 201:16,18

officers 19:12,21 191:19

offices 6:9 44:21 45:22 46:2, 12,19 57:3,4 87:2 180:8 202:8

official 27:22

officials 96:14

okayed 36:2

once 72:12 80:20 173:24

one 16:18,22 30:9 32:10 33:7 39:18 45:17 46:13 48:22 59:12,14 61:16 67:23,24 70:16 74:3 75:16,17 82:3 86:20 87:15 88:3 91:2,4 93:24 95:6 107:23 121:22,25 122:18,19 124:21 126:4,5 128:6 133:8 135:8,17 139:20 140:1 141:7 150:15,16 151:5 163:5 164:22 166:1 169:21 171:10 172:17 173:14 174:22 181:9 183:22 184:23 189:24 190:19 195:22 196:2,18 198:15,21 199:12 201:18 203:12,17

one's 87:15

one-on-one 100:8,13,24 101:5

one-story 202:9

ones 116:2 119:16,18

ongoing 129:10,12

only 13:16 29:21 40:20 43:8 52:1,18 61:9 67:3,23 119:16 128:6 143:11 156:23 161:2

open 163:9 169:14 179:21

operate 114:16,18 117:14 120:24

operates 114:17 130:24

operative 148:12

operatives 154:9

opine 111:9

opinion 50:10,13 51:15 112:18 128:10 131:12,21 132:5 135:17 138:14 144:10

opinions 66:5,6

opposed 86:9 132:10

opposite 96:2

options 160:12

order 19:10 27:25 66:22 98:13,23 103:2,7 145:20 156:3 195:7

organization 11:3 17:22 33:9 41:1 48:10 59:1,2,7 61:18,25 71:17 163:8 165:12 200:4

organizational 14:15

**organizations** 16:11 22:11, 21 78:3,10,16,24 124:18,20

**organized** 42:4 197:23

**organizing** 12:19 31:16,17 40:15

**original** 89:14 98:25 107:25

**originally** 30:12 98:16

**other** 7:22 8:3 10:17 12:2,7,9, 18 13:10,11 15:13 16:19 19:6 20:2,15 21:23 22:11,20 24:5,7 27:7,12 39:2,12 40:22 41:12 44:22 45:2,22 52:23,25 53:6 62:17 64:7 67:6,21 68:3,15 75:10,20 76:11,15 78:2,10,16 85:6 92:7 94:18 95:12 96:19 109:8 110:23 124:16,17,18,20, 22 125:6 138:12 146:18 151:22 152:5 155:15 167:6,9 179:19 185:10,24 186:17 187:7,10,24 190:14,16 193:20 195:10 199:24 201:23 203:14

**others** 28:23 35:8,11 46:10 76:8 105:6,13 124:22 145:24 146:12 163:4,5 164:21 184:23 186:14

**otherwise** 198:11

**our** 6:14 11:5,8,9 17:23,24 19:23 21:1,2 22:9 33:7 51:20 59:5,8 70:13 71:6 79:22,24 85:16 87:25 90:13 91:2,20 93:18 94:17 110:23,24 125:24 129:4 144:18 191:16 196:3 199:17

**ourselves** 133:11

**out** 15:9 19:13,14 28:3 31:14, 17 43:9 49:20 55:9,12 57:23 59:1 61:10,12,22 70:13 74:3,7, 11,12,20 75:9,23,25 76:5 80:21,24,25 82:6,10 85:4 87:5, 8 88:18,22 94:15,16,25 95:11, 13,20 97:7 99:10 100:22 102:11,14 103:8,14 106:1 112:25 117:6,15 120:10,25 123:11 124:8 125:10,19,23,24 126:9,16,19 128:24 130:24 137:18 138:11 148:13,17 156:13,25 157:1,3 158:5,19 169:13 172:8,14,17,18 184:5 193:11 200:19 202:4 203:18

**outcome** 91:6,7 159:25 160:2

**outfit** 140:11

**outlines** 174:5

**outside** 10:7 12:9 55:16 80:7 89:8 101:6 125:3 144:10 145:23 146:11,19 147:3,4,6,7

**over** 7:12,22 8:2 38:2 40:8 43:21 75:17 82:25 83:10 85:9 97:17 98:4,7 120:18 124:10 126:14 128:12 129:4 169:17 201:10

**owned** 202:12

**owns** 16:22 165:7,8

---

## P

**p.m.** 94:9 102:4 106:8 110:16 113:16 116:12,14,15,17 117:1 121:5,15 127:5 128:16 132:24 133:1,2,4,20,21 134:20,21 143:3 146:8 149:17 152:15,17, 19 153:4 161:13 164:15 167:14 170:24 171:1,2,4 179:5 181:22 189:4 195:4 197:24 198:1,2,4 203:20,22,23,25 204:8,10

**page** 9:10 13:8 25:22 30:8 48:3 54:25 58:5,8 65:10 92:14 106:22 148:3,4 150:3 182:10, 12,13 183:9 185:15 187:3 190:20 192:21 193:18 197:2 198:16,18,21,22,24 200:1,22 201:13

**pages** 67:25 68:16 182:11 183:3

**paid** 19:17 36:20 73:4 180:21 185:8,11

**pain** 94:21

**paper** 189:25

**papers** 141:1,15,17 143:23 145:14 195:10

**paperwork** 108:4

**paragraph** 30:13,15 32:9 34:9,16 35:3 37:1,12,16 39:16 40:8 41:14 42:9,20 44:14,20, 23 45:21 46:18 47:10 48:3,15 49:2,10 51:25 52:8 53:25 54:23 55:5 56:3 57:25 58:8

59:13 65:11 95:16 102:22 104:2 122:23 124:7 127:19 129:20 131:23 140:4 147:25 148:2 150:4 154:7 155:22 156:1 184:24 185:15 186:9,12 187:3 188:16 190:19,21 198:24

**Parker** 103:6,17 109:22 145:19

**Parker's** 102:25

**part** 10:21,24 30:2 35:16 37:23 40:11 43:11 45:4 82:23 90:8 94:18 95:21 99:2 108:14 109:8 113:8 120:16 125:13 140:1,21 148:13 195:8

**part-time** 114:5

**participate** 130:5,14

**participated** 161:4 192:11

**participation** 183:21

**particular** 61:8 116:7 138:20

**parties** 80:7 167:9 204:12

**partner** 137:24

**party** 52:11 113:9 114:22 115:4,13,14 174:1

**pass** 84:5

**passing** 163:21

**password** 47:16,21,23 48:1 151:13,20 186:13 187:1 201:25 202:3 203:3

**passwords** 47:11,14 186:10, 15,18,19,20,23 202:5

**past** 32:8 39:11 47:7 62:17 64:7 185:4 198:21

**patience** 204:3

**Paul** 6:16 7:10 183:19

**pause** 93:24 133:22 199:25

**pay** 194:6,8,16,19

**pecking** 19:10

**pending** 8:9 52:25 53:25 54:5, 9 60:1 108:20 160:20,25

**penetrate** 142:13

**people** 11:7,9,12,15,18 19:22 31:18 37:15 40:16,22 41:12

43:1,8,21 44:1 46:25 51:17
52:23 59:3 61:7,10,11,13,24
72:11 75:15,20 76:3,11,14
77:23,24 82:13 84:5 85:14,24
86:2,5 91:20 92:11 100:8
104:21 125:3 137:24 138:7
142:17 155:16 163:6 199:24
203:13,14

**people's** 71:21

**percent** 27:14

**Perez** 32:15 75:6 118:13,23
187:15 188:20 190:10,25
200:16

**performed** 200:5,7,18

**perhaps** 30:7 64:10 87:19

**period** 129:5

**permission** 151:7,8,17
186:22 187:14

**permitted** 41:8,9 185:17

**permitting** 94:2

**person** 18:6 26:1,18 32:24
33:3,4 41:4,5,10 48:9 50:7
51:20 56:11,13,18 57:7 61:20
71:19 72:2,4 74:18 105:13
136:10,15 138:18 155:13
162:4 168:8 183:13 200:4
201:18

**person's** 57:1,2 73:2

**personal** 29:21,24 49:12 50:9
71:5 88:7 111:19 112:6 118:23
130:6,8,13,18 131:12 144:10
150:11,14,17 161:7 171:10
200:6

**personally** 33:21 45:11 49:24
51:1 52:5 54:4,8 56:4 75:5
76:17 83:2,20,24 89:13 95:13,
22 97:10 98:20 101:11 105:16
109:12 110:18 112:13 125:2
142:2 143:4 156:12,13,16
158:18 173:10 178:8 193:6

**personnel** 136:3

**persons** 47:12 58:11 186:11

**perspective** 85:16

**pertain** 59:25 117:18 119:4

**pertained** 62:1 150:15

**pertaining** 58:13 63:3,8 91:25
99:3 100:14 111:3,21 115:1,
16,23 116:3 139:2 152:7
160:21 172:10 187:25

**pertains** 144:15 155:17
156:22 178:5

**pertinent** 25:14

**Ph.d.** 14:9,14,17,23

**phases** 108:1

**phone** 39:17 72:20 174:10

**physical** 55:13,15,17 202:9

**physically** 88:6

**pick** 7:21

**picture** 39:8,16,19 50:24,25

**pictures** 55:18 98:8

**piece** 11:22

**pieces** 136:7

**place** 11:17 42:11 43:21 44:5,
6 84:10 85:9,10 86:25 116:9
124:4 176:20

**places** 40:25

**Plaintiff** 6:21 26:5,23 28:23
32:23 34:12 35:4 37:18,23
47:12 48:9,11 50:7 55:4 58:11
93:2 95:6,17 186:11

**Plaintiff's** 25:18 40:9 46:19
182:3

**plan** 122:25

**play** 31:7 35:16 127:16 134:3

**pleading** 58:1 60:10,12,15

**pleadings** 45:12

**please** 6:13,23 41:14 42:16
45:6 63:6 65:10 83:22 109:6
113:23 120:7 123:1,14 143:1,
16 146:6 170:2 180:16 182:10
195:12

**plight** 85:16

**plus** 95:7 162:18

**podium** 175:21

**point** 12:25 15:14 21:4 25:16
27:8 29:23 46:13 54:5 75:25
76:23 85:2 87:7,12,17 88:21
98:20 99:9,15 111:10,12

118:16 119:19 131:12 132:5
133:8,14 138:4 140:12 144:13
156:21 157:24 162:5,11 170:9
174:22 177:9 178:8 184:5
190:6 191:18 193:18

**points** 71:5 201:10

**policies** 187:6,24

**policy** 47:25 188:12 199:4

**political** 127:25 162:4

**Pontoni** 161:24 169:11

**portion** 60:22 94:8 95:3,6
104:23 110:15 113:15 137:15
143:2 146:7

**portions** 49:15 137:21 138:2

**portrayed** 148:1

**posing** 175:8

**position** 10:15 19:18 23:13
71:17 130:25 165:5 168:12
203:7

**positions** 12:10,18 13:10

**positive** 107:17

**possession** 98:9 160:15

**possible** 59:2,4 90:6

**possibly** 81:11 155:13 201:20

**post** 125:14

**potential** 81:21

**PPS** 124:7,16

**PR** 122:21 166:17

**practice** 30:16

**practiced** 122:11

**pre-rally** 176:13

**prefer** 14:18,22 39:14

**preliminary** 60:3

**premises** 55:10,16

**prepare** 9:19

**preparing** 58:24

**prepped** 190:3

**present** 57:5 99:6,21 123:21
192:22,25

**presentation** 84:9 85:8,12

**president** 10:16 11:3,11 12:2, 13 16:3,4 17:19 19:11 20:4,9 21:6 29:1 30:1 33:7 52:5 53:10 89:13 93:5 103:3 119:22 131:24 141:7,17 145:16,17 148:5

**presidents** 11:24,25 12:16 19:22 124:9

**press** 56:24 57:24 102:11,16 103:8,13 117:4,5,12,17,25 118:7 119:6,23 120:10,18 121:24 122:1 126:10,19 127:9 128:19,21 129:4,9,14 135:8 139:22,23 149:20,25 150:21 155:4,6

**pressure** 140:10,13,22 141:8 142:4 143:6 146:21

**pressures** 146:1,14

**presuppose** 9:16 29:23

**presupposes** 63:17 113:8

**pretended** 88:17

**prevent** 192:15

**previous** 126:5

**previously** 169:16

**primary** 188:9

**prior** 60:20 90:15 118:16,18 166:7,11,18 167:3 168:12 169:20,22 173:22,24,25

**privacy** 71:21

**private** 18:13,16,19,25 19:6 55:3,18 56:4,6,13 57:11 58:25 61:9,23 109:25 142:13 150:9

**privilege** 9:14

**privileged** 157:25 158:23 159:2

**proactive** 104:9

**probably** 11:19 12:5 31:17 34:3 43:14,15 53:20 76:20 85:6,15 136:14 181:1 195:21 196:7

**probing** 201:19

**problem** 134:3

**problems** 133:15

**procedural** 130:4,19

**procedures** 187:7,24

**proceed** 134:4

**process** 35:14,16 72:14,21 130:5,15 136:14

**produce** 137:19,24 171:18,19

**produced** 66:18 67:2,20 132:10 137:20,23 138:2 139:6, 9,12 152:6 171:17

**producing** 119:3

**product** 45:12

**production** 25:19 182:4

**professional** 14:25

**professor** 168:18

**program** 31:25 32:2

**Progress** 124:21

**prohibited** 41:12 46:23 47:3

**project** 6:10 15:17 17:13,16 21:3 22:13,23 24:3,7 25:18 28:23 31:10,14 52:10,16,18 54:6,12 70:25 71:2 77:3,12,19 78:3,17,25 84:15 89:15 90:5,7, 10 91:3,5,11 95:25 96:3,9,21 103:2 104:15 105:1,18 106:25 108:16 118:14,16 119:2,21 122:22 123:24 124:13 127:13 129:25 130:1,7,10,13,22,24 131:25 139:9 140:9,14,23 141:12 142:4 143:7 145:25 146:13,20 147:12,18 149:5 154:17 155:16 156:3,7 160:4 163:6,24 164:7 166:12 167:10, 25 169:13,20 170:4,7,11 175:23 178:2,4 180:4 184:7 188:10 189:11 191:13,21 192:17 197:8

**projects** 15:13 34:13,24

**promptly** 190:24 191:4

**pronounced** 79:13

**proof** 154:16,23

**proper** 12:6

**properly** 17:23 71:18 72:1 74:4,7,11

**property** 55:4 56:1

**proposals** 58:13

**proposed** 58:14

**propriety** 41:16

**protected** 157:20

**provide** 36:6,10 40:19 41:2 48:1,7 49:23 50:1,11 56:8 93:18 136:3

**provided** 26:2,19 48:8 50:6 51:5,25 183:14 189:18,20 190:4

**providing** 21:13 26:9 40:17 48:9 50:7 114:12

**provision** 157:25

**proximate** 119:5

**public** 18:13,15,17,18,21 19:6 34:11 43:10 56:23 57:19 58:12,14 59:19 61:1,3 64:12 67:21,23 68:16 85:16 91:19 114:4 115:5,23 120:25 127:24 132:3 138:3 148:13,14,17,25 150:23 185:20 199:4

**publication** 15:9

**publicly** 56:17,20,21 58:22 61:12 63:4,10,13,20 67:12 68:4 111:5,16,22,23 117:21,23 118:17,24 119:14,16

**publish** 90:11

**published** 48:17 59:11 60:6 67:10 138:3

**pull** 16:19 94:25 195:15

**punitive** 95:17,20

**pure** 114:15

**purport** 150:20

**purpose** 34:13 65:14 81:8,12, 14 88:18 90:3 140:21,25 141:14,22 149:1,3,6 187:10 190:1 192:14

**purposes** 50:19 86:23 141:7 166:12

**pursue** 108:16 191:20 192:9

**pursuing** 193:21

**put** 12:16 15:9 41:23 67:15 71:17 77:2 95:14,22 107:17 117:5 121:7 125:9 132:17

133:7 140:22 188:13 193:13

**putting** 155:3

**PV** 52:9,11 55:2 106:14 122:24 176:15

---

### Q

**quality** 127:24

**quantified** 92:10

**quantify** 92:17 93:10 94:12

**question** 7:23,24 8:8,9,10 9:17 26:8,16 33:18 38:17 42:16 44:12,18 46:4 48:15 49:8 53:19 55:12 56:8 60:16, 20,25 61:25 62:8 63:5,12,17 64:9 65:3,4 66:25 68:10,12 69:21 72:25 76:7 77:16 86:21 90:15 91:1 93:25 94:3,5,6,11 96:6,25 99:19 105:11 109:6 110:5,12,14,18 111:8 112:22 113:7,12,18 115:3 119:17 120:7 131:5,10 132:21 138:25 142:7,22,25 143:4,9,18 144:14 145:20 146:6,10,23 156:24 158:4 159:7 160:2,24 161:5 162:19 178:5 180:13,15 182:13 184:12 185:12,21 186:3,8 187:17 188:23 194:11 198:9

**question's** 8:13

**questioning** 35:2 52:4 120:21

**questions** 7:14 9:12 25:7 29:21,23 38:4 72:18 90:24 105:15 132:18 133:12 134:14 137:23 138:22 139:1,2 161:7 175:6 178:10 183:20 201:19, 20 204:2,5

**quick** 195:1 196:4

**quickly** 199:6,7,10 200:9,11

**quite** 195:17

**quote** 148:1,2,9

**quoted** 105:4

---

### R

**raise** 6:23 8:22 21:4

**rally** 175:20 176:11,12,20

**Randi** 20:25 21:17 23:7 103:3, 18 104:7 126:14 129:2 131:24 148:2 192:5,12

**rapid** 200:15,17

**reach** 157:1,3 181:19

**reached** 136:13 156:13,25 158:9 172:8,14

**read** 25:22,24 29:4 30:10 38:12 42:25 52:9 60:19,23 65:22 91:1 94:2,5,9,24 110:4, 11,12,16 113:14,16 132:7 143:3 146:8 148:7 163:1 182:9

**reading** 49:4 187:20

**ready** 123:23 152:21

**real** 14:11 174:24

**realizing** 28:4

**really** 17:1 20:21 38:3 42:13 43:8 46:14 47:1,4,6 50:13 57:9 74:21,22 88:5 115:20 157:11, 12 158:15 160:12 178:12 192:1 193:17

**reason** 7:21 26:25 45:4 49:17 77:19 82:24 106:24 107:3,5 141:18 143:22 145:12 155:18, 20 166:23 169:8,11 179:19 184:20,21 185:12,21 186:3,8 187:17 188:23 197:12

**reasonable** 72:23

**reasons** 17:25 26:14 141:1 144:24 151:1

**recall** 7:11 10:11 22:18,24 23:1,13,16 25:17,21 26:9,11 27:8,11,13,15 32:7 35:12,13 38:24 39:4 42:10,17 47:9 56:2 62:4,5 68:13,17 69:18 70:4 71:1 75:15,16,22 76:14,15,16, 20 77:7,9,10 78:11,21 79:3,6,7 80:10,18,20 81:4,7 82:9,20,22 83:17 84:1 85:1,7,13 86:15 87:19 89:7,12 97:12,15 98:24 99:5,17,21,23 100:8,13,23 103:6,17,24,25 108:9,11 109:8,11 120:16,23 124:12,15, 16 126:10,12 128:4 147:7 152:11 153:12,13 159:10 165:1,2 167:22,24 168:2 171:7 176:2 177:20 178:8,22 179:22,

24,25 180:2,3,7 189:16 190:1, 5,11,14,18 197:10

**recalls** 157:23

**receive** 80:7 145:25 146:14 180:10 181:4

**received** 17:15 80:4 136:16 165:2 173:5 187:25

**receiving** 69:19 165:1

**recent** 39:18 94:6

**recess** 69:2 116:14 198:1 203:22

**recipients** 197:5

**recognize** 28:17 69:17,18,19 73:20 102:8 106:16,17 126:7,8 142:17 179:9 189:13

**recollection** 23:22 45:14 75:7 108:13

**recommendation** 32:23 33:2

**reconstruct** 178:12

**record** 6:6 7:7 9:4 13:6 27:22 28:20 39:10 45:15 60:9,22 64:7 69:1,3,5,15,23 73:16 94:8 101:20 106:19 108:19 110:15 113:15 116:11,13,15,17,20 117:3 126:1 132:22,25 133:1, 2,4,5,8,17,20,21 134:20,21 141:2 143:2 144:7,23 146:7 149:20 150:10,19 152:12,16, 17,19 164:19 170:23,25 171:1, 2,4 181:18 182:2,22 183:7 197:25 198:2,4 201:4 203:21, 23,24 204:9

**recorded** 66:22 101:15,17 137:15

**recording** 82:7

**recordings** 152:5

**records** 45:23 46:2

**recourse** 91:2,11

**recover** 27:21

**Reeves** 11:7 19:15

**refer** 16:9 17:6 32:16 38:7 62:22 66:8,14 101:20 132:7,8 165:18

**reference** 10:21 45:17 48:16

**referenced** 59:13

**references** 36:23 72:20

**referred** 41:22 44:10 128:4
184:6 191:3

**referring** 13:1 38:8 45:17
52:10 62:2,11 72:5,7,8 118:12
125:20

**refers** 32:14,15 42:9 128:5

**refine** 33:18

**reflect** 45:15

**reflects** 131:7

**refusing** 130:5,14

**regard** 17:10 62:12 104:15
105:18 124:13 133:12 180:4
194:11 199:9 200:4 201:25
202:2

**regarding** 22:2,14 59:22
120:19 156:15

**regardless** 87:23

**regards** 105:2

**regular** 122:14,15 125:22
201:14

**regularly** 40:9 202:15

**reimbursed** 181:1

**rel** 143:12

**related** 138:13

**relations** 14:16,17

**relationship** 16:8,11,22

**relax** 87:13 88:1

**release** 102:11,16 103:8,13
117:4,5,12,25 118:7 119:6,23
120:10,18 121:24 122:1
126:11,19 127:9,17 128:22
129:14,18 131:4 139:22,23
148:22 149:21,25 150:21
155:4,6

**released** 50:17 63:19 64:21,
24 65:1 66:17 118:17 119:8,24
128:1,6

**releases** 117:18 120:18
128:19,21,24 129:4,7,10,12
135:8

**releasing** 52:13 117:17

119:23 120:10 149:7

**relevance** 23:8,20 50:12
52:20 53:9 56:7,19 59:21 66:1
68:6,11 71:9 76:25 78:6,19
81:16 89:17 90:19 105:4
108:18 120:21 123:7 131:14
132:12 135:15 140:15 142:11,
12 143:13,19 155:5 156:17
157:4 160:24 162:18 164:8
169:6,9 170:12 193:25 194:21

**relevancy** 88:25

**relevant** 52:15,17 53:5,6,15
54:11 60:1 66:7 131:3 142:9,
10,20 143:10 144:20 201:21

**relief** 89:18 95:4,16

**relook** 64:16

**remainder** 183:6

**remember** 15:14 24:11 25:11
28:19 31:5 34:3 35:17 39:18
46:13,14 67:4 75:20,22 80:6,
16,17 82:16 84:8,24 85:15
86:19 87:8 98:5,10,14 99:6
101:4 103:11,13 117:14
119:12,20 123:16 125:2
138:24 139:3,10,13,14,18,19
157:10,11,12,14 158:6 159:20,
24 160:6,8,12,17 163:11,13,16
168:21,23 169:24 170:1,8
172:11 173:6,8 174:2 177:13,
14,16,19 178:4,7 189:22
190:16 192:11 193:1,15,17
199:11,12,18,23

**remembering** 20:21

**reminder** 116:20

**remove** 183:6

**rent** 202:18

**repeat** 42:16 109:5 113:12
120:7 146:5,23 184:23

**repeatedly** 44:21 45:5,22
46:18 201:22

**rephrase** 24:1 142:21

**reporter** 6:15,23 24:23 28:1
60:23 94:9 110:16 113:16
143:3 146:8

**reporting** 158:22

**reports** 111:4

**represent** 6:14 18:15,17 19:2,
5 21:11 52:9 59:3,9 61:13 96:1
106:19 128:2 193:14 195:8

**representation** 62:25

**representations** 132:1

**represented** 34:10 40:16
48:10 50:8

**representing** 40:16 87:6
201:6

**represents** 18:11 21:12 58:12

**Republicans** 86:4

**reputation** 92:15

**request** 26:22 182:3

**requested** 60:22 94:8 97:23
110:15 113:15 143:2 146:7
200:3 204:11

**requests** 25:19,20 26:21
182:4 183:16 184:6,7,16

**requires** 66:25 109:17 111:9

**reread** 142:25

**research** 15:17 31:10,11

**residence** 37:3,5

**resource** 15:11

**resources** 18:7 193:19,24

**respect** 7:23 65:13

**respected** 74:18

**respectfully** 62:8

**respective** 204:12

**respond** 99:13 145:21
163:10,12

**responded** 169:23,25 179:22,
25

**response** 25:23 26:5,15,21,
23 27:1 73:25 102:24 127:13
184:15 185:18,22 186:1,4,13
187:12

**responses** 26:20 27:10 182:3
183:11,15 184:4,5,7 188:24

**responsibilities** 187:13

**responsible** 17:22 156:4,8,10

**restraining** 98:13,23 103:2,7
156:3 195:7

**result** 48:7 91:4

**resulting** 50:4

**resumé** 36:1,14,21 72:17

**retain** 165:20,22

**retained** 165:24

**retrospect** 74:23

**return** 97:8,14,17

**reveal** 81:11,15

**revelation** 166:8,11

**revenue** 194:11

**review** 9:22 36:21 139:8

**reviewed** 117:15

**reviewing** 103:14 139:13

**right** 6:23 10:17 20:1 22:8,9
23:15 29:5 32:1 35:3 38:20
48:15,18,20 49:10 50:5 51:23
57:14 60:13 70:17 71:4 77:24,
25 78:12,14 83:1 84:3,7 85:20
87:4 91:14 92:6,13,25 97:3,15
99:14 101:2 102:19,21,22,23
103:22 106:14 108:5 112:12
114:15,20,24 115:2,15 118:10,
15,17 121:2,22 125:12 126:4,6
128:20 131:20 135:22 137:3
138:4 139:25 141:18 147:13
152:4,23 160:9 162:12,21
163:16 164:23 167:4,19,20
168:15 169:4 172:20,23 173:3,
4 174:15,18 176:23 182:1
183:25 184:15,22 187:20
194:23 197:12,19,20 198:8
199:6,8 201:3 202:20 203:16

**right-hand** 106:13

**rigor** 71:14

**ring** 34:25

**Robinson** 33:5

**role** 16:1 17:20 27:5 48:9 50:7,
11 117:11,13 127:16 173:16

**roles** 12:2,10 13:18 31:6

**roots** 86:9,10

**Ross** 168:15

**routinely** 203:1

**rule** 158:16

**ruled** 59:24 109:22

**rules** 7:13

**ruling** 94:19 140:7

**running** 126:20 162:11,14
172:9

**runs** 17:22

**Rutter** 6:22 21:11 68:20 101:8

---

**S**

**safe** 119:13

**said** 29:12 30:10 34:23 35:1,2,
22 37:11 46:10 49:18,19 56:11
64:16 75:14,18 78:23 79:25
80:12 81:13 83:16 84:11 85:5
87:14,21 88:2,23 89:10 90:15
97:8 104:4,9 105:14 111:16
116:5 131:24 133:10 134:15
135:1,2 137:1 138:10,12
139:13 147:11 148:6 154:20
159:4 162:21 171:7,9,22
175:1,8,22 178:15,16 193:10
199:19,20

**sake** 13:6 198:11

**salary** 185:8,11

**same** 7:21 13:8 28:18 44:6
54:14,17 65:3,4 66:13 71:14
79:1 92:14 93:12 141:14
142:5,7 146:2,22 147:21 168:8
169:8,11 178:5 179:19 182:16
183:1 184:12 193:7,11 195:20
196:8

**sat** 27:16

**save** 196:2

**saw** 41:15 46:12 104:6 117:15
134:23 135:8 136:17,20,25
138:19 148:23,24 149:7

**say** 9:3 13:1 17:13 18:6,8
19:10,16 23:14 25:5,12 30:22
32:19 35:9 38:6 41:10 42:22
51:24 64:25 65:8 66:17 70:14
72:11 74:3 76:10 80:1 81:11
83:18 85:19 87:14 89:11 91:24
93:9 94:11 101:7 105:21,23
108:9 109:24 116:7 117:23
119:13 123:20 130:21,23
138:7 147:4,14 155:10 156:21
159:4 163:14 173:14 180:25

182:8 189:22 193:7 196:7
202:4

**saying** 29:15 49:7 72:24,25
80:8 84:6,24 89:3,9 125:4
133:25 134:7,12 143:14 144:4,
22,23

**says** 26:1,18 30:15 32:9 33:2
34:9,19 35:3 37:1,18 38:9
40:8,11 41:14 44:14,20 45:4,
21 46:18 47:10 48:6 49:3,23
50:5,21 52:8,11 53:25 55:2
56:4 65:13,18 70:2,23 71:5,18
74:14 80:9 104:4,9,23 106:14,
25 111:25 122:20,23 123:4,14
124:8 125:9,19 127:20 129:23
131:24 140:4,7 148:5,11 150:8
154:9 156:1 163:3 169:16
170:2 183:11,13 185:8,11,17,
24 186:9 187:6,12 188:16,20
189:10 190:8,23 191:18
192:14 193:18 198:25 200:9,
14 201:14,16

**schedule** 201:14

**scholarship** 12:4,5

**school** 13:24 14:2,16,20
18:20,21 34:14,24 36:4 39:21
41:25 75:18 84:17 85:21
135:25 136:11 154:10,12,18
155:18 168:17

**schools** 18:15,16,17,18 34:11
37:19 40:15,17 44:10 84:15
114:4 132:4 188:11

**screen** 132:17

**sealed** 171:17

**search** 76:17 190:25 200:15,
17

**sec** 32:10

**second** 26:3,10 27:9 28:21
34:15,22 57:25 60:5,10 74:15
84:20,25 85:4 94:24 122:23
127:19 129:20 132:23 150:3
153:19 154:7 155:22 156:1
164:1 174:11 186:12 190:6

**seconds** 132:16 133:7

**secret** 108:7,10,16 109:9,20,
25 110:1 111:1 143:25 144:1,
3,20 147:20

**secretary** 11:5 168:10,11,13,

25 170:16 203:8

**secretary/treasurer** 19:15, 17

**secretly** 154:12,19 155:9,13

**secrets** 109:14,16 110:21 145:3 171:18

**secured** 47:11,13 118:13 186:10

**see** 14:19 29:4 36:1,4 42:22 43:14 46:15 48:4 51:9 55:5 61:11,14 64:16,17 65:11 81:10 100:25 104:4 119:22 120:9 124:25 127:22 129:23 134:18 137:8 140:4 148:2,18 150:4 153:1 164:25 175:2 198:25 201:13

**seeing** 25:11 67:4

**seek** 36:23 144:18

**seeking** 201:20

**seeks** 89:18

**seem** 82:20,22

**seemed** 128:18 199:21

**seen** 25:10 28:3 44:21 45:5,22 46:1,5,8,18 67:2 129:12 135:12 137:14 151:22 152:2,5 154:23,24 171:9 182:7,9

**seize** 123:5,9

**seized** 122:23 123:4

**send** 122:18 125:10,19 126:19 162:25 169:4 179:17 187:14

**sending** 39:16 125:2 167:22, 24 197:10

**sends** 25:13

**sense** 23:11 75:19 80:23 98:18 110:6

**sent** 25:15 28:18 39:8,19 70:19 88:22 89:3,9 106:17,18 124:25 126:9 144:16 146:16 154:1 168:2,19 169:11,21 172:4 179:19 197:13

**sentence** 47:10 71:18 78:12 148:11 200:15 201:2

**separate** 16:17

**September** 42:15 69:23 73:23

75:1,4 89:15 106:22 107:4 117:4,8 118:9,18 123:20 153:9 166:24 188:22

**sequential** 24:21

**seriously** 200:2

**serve** 12:17 19:22 30:17

**services** 166:7 188:21

**set** 9:10 68:18 99:8 113:21 121:11 132:16 148:13,17

**setting** 105:15

**settlements** 95:21

**several** 60:4 133:24 200:16

**sexting** 37:20 38:5,10,16,23 39:1,12

**shake** 7:20

**share** 61:7,9 101:25 121:23 129:4 184:2

**shared** 18:8 42:2

**she** 7:20 8:1 23:14,18 24:24 33:1,24 34:12,14,22,23 35:1 37:7,9,11 38:1,4 39:21 40:7, 12,13,14,17,18,20,21,23 41:3, 12 44:14,18 45:1,5,21 46:1,2, 4,8,23 47:3,7,20 55:17,18,19, 21,22 58:18,20 75:13,14,18,24 76:5 79:24,25 80:9,12,22 81:11,13 82:19,20,21,25 83:2 84:13,24 85:1,8 87:5,21 88:14, 22,23 97:7,8,9,14,18 98:4,7,8 109:19,24 113:13 118:3,14,24 119:1 134:16 148:19,20,21 150:13 151:1,2,14 153:17,25 154:1,19,20 155:21,23,24 162:9,11,13,14 163:20 164:3 165:4,7,8 168:11,12,14,16,19, 21,24 170:9,16 172:9 174:24 175:20,21,22 176:12,24,25 177:1,12 180:21,25 181:4,10, 12,14,16 186:13,14,15,17,19, 20,21,22,23,25 187:8,12,13, 14,15 188:5 191:9,12 192:7,9 199:2,15,20,22 200:12,14,23 201:16,17,21,23 202:4,23 203:3,8,11,12

**she'd** 57:3

**she's** 7:16 23:22 82:19 84:6 102:1 154:3 165:8,9,10 168:5, 8,10

**Sherman** 174:22

**shop** 154:1 191:16

**short** 69:7

**short-circuit** 203:18

**should** 25:5 29:6 45:15 57:22 70:14 71:16 91:15,16,22 108:15 120:17 148:21 157:14 163:8,14

**shouldn't** 56:25 57:6 89:4,5 151:2

**show** 36:17 69:10 73:6 122:3 137:21 149:14

**showed** 37:18,23 134:23

**showing** 24:12 67:21 131:9

**shown** 138:10

**shy** 8:19

**sic** 34:12 102:12 148:12

**sic]** 65:17

**side** 68:18 147:16

**sign** 181:8,10,14,16

**signature** 70:19 204:11

**signed** 98:25

**significance** 95:9,18

**similar** 90:18 96:22 125:9 196:5

**similarly** 45:21

**simple** 7:13

**simply** 134:2

**since** 10:3 13:22 16:6 22:20 66:16,21 105:4 108:5 123:20 164:3 167:5 168:24 170:16 172:12

**single** 18:6

**sir** 7:7 10:19 36:8 58:4 69:17 147:23 150:6 180:22

**sit** 45:1 84:22 94:16 147:13

**sitting** 21:5 44:22 124:15 131:20 142:3 143:4 154:22 188:6 201:22

**situation** 17:14,18 50:2,3 61:8 72:12 122:22 189:25

**Skillman** 86:11 87:1 199:14, 16

**skip** 30:6 44:20 48:3 52:8

**slicing** 132:7

**slowing** 91:5

**small** 70:16 85:13

**smartphone** 150:10

**smear** 132:3

**social** 88:16

**sold** 67:17

**sole** 88:18 149:3 193:12 201:17

**solution** 66:2 136:8,10,13

**some** 7:12,13 8:22 13:18 17:15,16 18:9,12,13,17 20:24 24:12,13,16,17,18 25:15 30:6 31:11,17 34:5 36:21 60:12 64:13,14 72:21 75:12,13 76:9, 23 84:8 88:5 91:4 92:20 99:9 100:22 124:20 132:18 133:11 134:24 137:9 138:12,19 139:6 172:4 175:6 186:13 187:21 188:12 192:7 194:5 198:9,13 199:24 202:4

**somebody** 29:13,15 57:12 62:3 72:24 74:19 118:12 131:7 163:8

**somebody's** 56:10

**somehow** 121:7

**someone** 32:4,5 35:1 37:8 51:17 54:18 56:25 64:13,18 71:15 72:12,14,25 74:13,17,23 80:8,24 81:5,6 82:24 83:8,9 84:20 85:5 94:20 105:22 153:25 166:16 191:16 196:25 203:3

**someone's** 56:24 57:4,23 114:8

**someplace** 136:2

**something** 8:16,20 30:3,10 40:3 41:4 42:2 43:9,17,20 44:11 52:18 61:15 62:2 68:12 70:10,13 88:2 92:14 93:20 94:24 108:9 120:24 122:17 126:13 130:25 131:6 168:16 171:6 175:3,24 181:19 196:5,

15 199:6,8 200:2 201:6

**sometime** 15:23 75:7 82:10 175:19

**sometimes** 13:5,6 32:4 44:7 137:16 138:2 158:7

**somewhere** 126:2

**sorry** 19:4 32:21 35:10,24 37:14 45:3 49:4 70:8 71:22 78:13 82:1 88:8 93:8 97:2 100:3,11 112:20 120:5 121:6 127:12 136:23 144:25 148:5 160:10 184:15 194:22 198:21

**sort** 15:10 36:21 38:2 65:9 76:17 85:14 95:22 110:24 131:11 200:7,17

**sorting** 75:12

**sought** 32:24 40:10 41:20 44:14 95:4,16 136:8,10

**sounds** 44:12,13 153:24

**source** 130:9,12,16,20

**space** 202:18

**speak** 61:17 64:3 175:14

**speaking** 175:20

**speaks** 90:20 114:9

**specific** 20:21 23:17 31:24 40:13 89:18 104:21 190:1 194:12

**specifically** 27:15 28:19 36:16 40:18 45:17 46:10 69:18 77:6 80:17 101:7 117:14 123:24 155:17 177:16 199:13

**specifics** 76:16 77:10

**speculate** 67:1 77:15 80:14 89:20 90:1 100:17 105:5,12 112:4

**speculation** 77:13 78:4 81:17

**speculative** 76:10 92:18 132:13

**speed** 22:9 25:13 153:1

**spellings** 32:15

**spend** 147:15

**spent** 91:22

**spliced** 128:1,5,8,11 132:6

135:9 137:5

**splicing** 132:2

**spoke** 115:10 134:9 144:11 175:6,12 176:12

**Sports** 168:15

**spring** 32:9,22

**stack** 27:18

**staff** 20:24 40:9 41:4,5,9 51:20 61:20 71:6,8,15 74:4 75:10,11 79:21 80:1,2 87:7,11,17,23,25 88:4,10 91:7,21,22 94:14,15 95:12,14 99:16,20 100:22,25 101:5,9,10 122:9 123:23 191:1 201:19,23

**staffers** 150:15,16

**stage** 9:11 99:8 113:21

**stake** 87:16

**stamped** 195:24

**standing** 87:25

**stapled** 183:2

**stapling** 182:19,21

**start** 7:25 13:23 14:1,22 15:2 22:16 23:4 27:18 83:6 96:16 98:2 110:13 122:6 130:11 153:8 155:8

**started** 14:25 22:12,22 165:7, 9 166:5

**starting** 13:24 15:21 75:13 188:18

**state** 6:14 7:7 12:21,24 14:6 16:14,17 17:2 24:5 54:2,9 69:22 96:13 106:21 114:5,7 117:3 143:16 149:19 157:16 158:13,17,18 168:10,11,13,17, 18,25 170:17 178:15 182:2 191:21

**stated** 30:13 42:20 140:25 141:15 143:22 145:13

**statement** 64:5 71:24 103:4 104:6 105:4,15 134:18 192:19 202:1

**statements** 52:13 101:11,15 104:11,24 105:1,5,12,17,25 106:1

**states** 16:13,14 54:1 65:16 195:6

**statistics** 15:7,14

**status** 41:18 42:5

**statute** 109:17 111:24 112:7, 14,16

**statutes** 113:1

**statutory** 157:25

**stay** 75:19 201:17

**steal** 150:9

**stem** 160:15

**stenographer** 133:9

**stenographically** 7:16

**step** 32:10 203:17

**stepped** 175:21

**steps** 72:23

**Steven** 6:18

**stick** 190:20

**sticking** 52:4 56:3 57:16

**still** 9:1,5,8 69:7 82:25 116:20 122:25 185:15 203:11,12

**stock** 16:23,24

**stole** 55:3

**stop** 9:15 14:11 45:6 46:3,5 90:6,10,16,17 104:12 112:23 154:9

**stopped** 168:21

**straight** 100:12 177:7

**strange** 199:21

**strategies** 110:24

**strategist** 162:4

**strategizing** 58:24

**strategy** 23:10 61:11 141:3 142:15

**street** 67:18,19

**stretch** 8:6

**strict** 201:25 202:2,5

**Stroh's** 84:9,10 85:9

**Strom** 17:17 21:1,19 164:20

**structured** 16:12

**student** 34:10 39:9,20 75:18 135:25 200:10,12

**students** 31:21,22,25 34:15, 22 37:20 38:10,16,23 39:2 127:21,23

**stuff** 27:6 84:3,5 92:11 193:16

**subject** 70:2 111:11 128:22 157:20,25 175:16 197:7

**subjective** 149:6

**submit** 72:16

**submitted** 26:16 27:15

**subsidiary** 16:25

**substance** 10:2

**substantial** 41:16

**Subtitles** 134:10

**such** 29:1 37:21 38:6,11,18 124:4 146:3 154:25 155:3 158:21 161:8

**sudden** 61:24

**sue** 98:25 147:8

**suffered** 92:8

**suffering** 94:21

**suggest** 63:18

**suggestive** 39:17

**suit** 52:21 97:20 98:2,7,16 178:11 191:24,25

**suits** 53:25 54:4,8,11 144:18

**Sullivan** 99:1 193:6,8,12,13

**Sullivan's** 99:3 192:23 193:1

**summer** 30:17 31:15 38:2 42:11,18 43:12 75:2,3 83:21, 25 86:15,17 87:4 169:17 200:1

**summit** 43:18

**Sunday** 162:1 164:21

**superintendant** 85:2

**supplement** 96:11

**supplemental** 58:1 60:10,11

**supplementaries** 108:2

**support** 6:13 16:19 91:20 127:20,23

**supported** 162:22

**supposed** 40:13 159:15 183:15

**supposedly** 37:20 38:10

**Supreme** 172:24 173:2,23

**sure** 8:3,13,16 12:7 13:7 15:3 17:22 28:18 29:10,17 33:16 37:11 38:3 39:11 41:6,11 42:17,22 43:15,25 60:11 73:21 79:15 87:23 92:13 96:16 97:11,16 99:8 104:18 109:22 113:13 114:19,21 129:6 130:11 154:2 173:18 182:8 194:14 195:17 197:17

**surprised** 35:13 100:21 103:24

**surrounded** 188:11

**suspect** 194:12

**suspected** 158:22

**suspicious** 190:9,12,17

**swear** 6:15

**swore** 7:15

**sworn** 7:2 69:8

**system** 34:14,24

---

## T

**take** 8:1,5,10,11 18:9 19:8 25:6,9 28:12 44:5 54:23 55:12 57:22 68:24 72:16,23 74:12 101:11 102:7 128:23 132:15, 16 133:9 135:18 142:22 153:23 160:18 164:18 193:20 196:4 197:20 199:19,20

**taken** 49:20,21 58:20 66:18, 21,22 69:2 91:18 106:1 110:22 116:14 137:18 138:11 198:1 203:22

**takes** 18:6 137:15 158:6

**taking** 6:8 7:16 8:11 68:6,7 111:1 138:16,19,21 171:14

**talk** 7:22 9:24 10:3,6 20:23 21:16,24 22:11,25 24:18 33:11,13 41:4,6 70:12,14 81:21 82:3 100:22 121:1 137:4 159:4 170:20 173:12 174:13

**talked** 20:24,25 21:16 22:20 29:13 31:18 35:18 79:22,23 80:22 82:2,18 99:25 101:19 105:23 146:15 157:13 163:4 173:24 177:13,14 190:14

**talking** 8:1 13:7 17:18 21:23 32:19 39:11 41:12 42:13 44:9 61:22 62:17 64:7 82:20 92:2 119:5 147:2 166:1 171:8 176:21 186:6

**tape** 87:14,15 155:9

**taped** 132:14

**tapes** 155:11 192:16

**taping** 155:13

**tapings** 75:24

**Taylor** 19:3,5 151:16,19,20

**teach** 34:11 136:5

**teacher** 34:15,22 39:8 74:15 84:21,25 85:6 136:18,19,21 155:25

**teachers** 12:14 13:2 16:10 96:1 114:4 127:21,24 132:3 140:8 148:14 149:2

**teaching** 136:1,11

**team** 163:12,15 164:6 169:25 170:5,10

**technical** 17:1 132:21 150:20

**TECHNICIAN** 6:5 68:25 69:4 116:12,16 132:24 133:3 152:15,18 170:24 171:3 197:24 198:3 203:20,24 204:7

**technological** 27:6,7

**tell** 9:1 14:13 16:8,10 33:10 47:7 77:18 78:9,15,24 79:12, 19 83:8 87:17 90:23 93:15 98:25 112:9,10 126:8 142:23 143:8 157:24 176:8 184:11 188:6 202:6

**telling** 51:20 138:15 143:17 145:21

**tells** 9:5 51:18

**temporary** 98:12,23 103:1,6 195:7

**tendencies** 122:25

**Teresa** 197:1

**term** 62:18,20 86:7 91:12 137:5 180:19

**terminal** 44:22

**terminals** 45:2 201:23

**terminated** 136:18,19

**terms** 17:2 150:21 177:15

**Terrence** 11:14

**test** 8:7 14:22

**testified** 7:4 82:10

**testify** 7:2 77:15 80:16

**testimony** 63:22

**texts** 39:17

**thanked** 175:23 176:14

**thing** 12:23 40:13 84:7 88:9 91:2 111:14 161:2,8 182:16 188:9 199:12

**things** 13:5 15:12 27:7 29:12 30:6 31:13 34:5 38:4 42:5 44:15,16 63:18 72:21 75:23,24 76:15 77:4,10,24 79:22 85:6 88:16 92:4 129:3 138:12,23 149:3 175:3 194:5 197:22 199:11,24 203:19

**think** 10:21 12:24 13:12 14:20 15:10 25:14 31:3,23 38:3,8 45:15 47:5 51:5 57:22 61:3 62:8 74:21 76:10 77:4 80:22 82:17,23 85:1,14 88:16 92:14 93:15,21 94:14 99:7,12,24 100:1 110:2 112:20 113:6 116:9 120:13 123:1,14 134:2 135:16,19,20 141:4 142:20 143:23 146:15,22 147:11,16, 20 149:1,3 157:6 158:15,16 159:13,17 162:21 163:21,22 165:8,9 171:8,17 174:4 177:12,23 180:6,9 181:9 183:5 184:6 189:1 193:4,15,16 199:17 203:18

**thinking** 43:1 100:21 175:4 178:15

**thinks** 8:20 53:4

**third** 106:21 190:19 198:16,18

**thought** 84:18 90:2 109:25 148:21 182:18 183:20

**threatening** 89:5

**threats** 88:22

**three** 16:16,17 40:8 86:2 185:4 186:6

**threshold** 95:10

**through** 8:4 13:24 18:12 24:17 25:8 29:19,20 30:4 34:7 77:4 118:11 121:1 123:1,14 165:15 175:11 195:13

**throughout** 24:12 29:7 32:11 83:25

**tight** 184:22

**time** 8:5,14,22,23 15:15 25:6,9 37:7 40:14 44:6 52:18 54:5,9 60:4,5 68:25 70:4 74:13,21 75:2,17,23 80:4 82:17 84:14 87:7,9,17 88:22 91:17,18,22, 24 94:14 95:12,14 97:21 98:21 99:9 102:7 105:22 108:11 116:12 118:16 119:8,19 123:18 124:19 129:5 132:24 133:8 137:2 139:21 140:12 144:13 147:1 152:15,24 155:12 158:6 162:11 163:25 164:18 167:24 168:19,24 170:9,24 172:6,7,17 173:14 174:24 177:20 185:25 190:18 196:3 197:24 198:11 203:6,20 204:2,8

**times** 8:2 13:4 27:16 31:12,16 133:24 136:22,24 183:2 203:15

**timing** 38:3 76:2

**tip** 80:5

**title** 11:1 173:17 189:10

**titled** 28:20 127:13 182:2

**titles** 10:17 12:2

**today** 9:12 10:8 20:11 24:12, 16 25:6 27:17 125:20 127:25 154:22 156:14 188:6 196:17

**today's** 9:19,25 57:24 204:7

**together** 16:19 41:24 43:1
95:22 121:8 132:18 151:25
183:2

**told** 29:3 33:23 40:20,21 45:6
46:5 52:2 57:12 76:14,16 83:2,
9,15 87:11,12 101:12 108:10
175:7 186:13,15 187:15

**Toledo** 164:20 165:3,14
166:17 167:8

**tomorrow** 100:12

**tone** 89:5

**top** 19:11 48:4 150:4 183:11
189:10 195:6 196:24

**tops** 86:5,7

**tortious** 65:19

**tortuous** 65:15,18

**totally** 25:12

**touch** 34:5 165:14

**towards** 38:2

**trade** 108:7,10,16 109:9,13,
16,20 110:1,20 111:1 143:25
144:1,2,19 145:3 171:18

**transcribe** 133:17

**transcript** 36:4,14 49:6

**treasurer** 11:5

**tremendous** 21:13

**trial** 28:21 58:1 106:20 107:18

**trip** 8:2

**TRO** 98:23 103:17 193:20
194:5

**trouble** 87:15

**true** 52:6 60:7 81:12 105:14
131:7 159:1 190:9,13 198:14

**trust** 61:7 71:21 92:15

**trustworthy** 51:17 138:18

**truth** 7:2,3 51:21

**truthful** 114:16 131:1

**Tuesday** 6:2,6

**turn** 25:22 30:5,8 65:10 97:17
98:4,7 150:3 182:10 198:16
200:1

**turned** 134:16

**turns** 197:2

**twenty** 153:23

**two** 11:9,12 12:8 14:4,5 15:7
16:11 50:16 70:16 78:11 86:1
121:7 122:20 129:7 137:22
152:23 174:17 201:18

---

### U

**U.S.** 65:23 102:24,25

**Uh-huh** 139:7 149:22 190:7

**ultimate** 35:19

**ultimately** 20:9 27:21 92:21
156:3 191:23

**unclear** 56:20

**under** 7:14 51:24 69:8 92:25
112:16 113:4,8,19 116:20
144:19 154:7

**undergraduate** 14:6,13,15

**undermine** 128:2

**undermining** 59:5

**underneath** 19:12 24:6

**understand** 21:7 62:12 68:11
105:11 134:6,12 144:21

**understanding** 21:10,12
45:14 48:25 49:24 51:24 56:5
57:11 98:15 133:25

**understands** 109:24

**understood** 76:10,11 115:20
150:22

**undisclosed** 197:5

**undoubtedly** 20:24 80:13

**unfairly** 135:20,22

**Uniform** 144:19

**union** 12:19,21,22 13:1 15:9
16:13,18 17:3 19:3,5,7 31:19
61:20 85:25 86:2 114:2,5,11
115:12 116:2 150:10 154:14

**unions** 15:11 16:15 18:12
21:14,24 64:23,25 65:7 86:1
115:16 124:16 125:6 128:2

**unique** 53:11

**United** 54:1 65:16

**university** 14:5,7,8,9 15:4,6,
16,18 33:8,25 34:10 44:8
114:6 168:17,18 191:10
200:10

**unknown** 186:1

**unlawfully** 132:2,14

**unlawfulness** 132:1

**unless** 9:5 64:2 95:1 96:6
102:14 117:15 120:25 183:18

**unrelated** 90:22

**untrue** 135:2

**unusual** 46:25

**up** 7:21 15:12 17:13 21:2 22:9
25:12 34:20 43:24 72:12 76:5
82:19 99:7 105:15 112:24
125:10 132:16 133:14 134:16
151:23 153:1 157:6,9 165:8,10
173:19 175:2,22 183:6 193:15
195:15 196:11 199:11

**update** 70:13

**uphold** 156:2

**upon** 32:23 33:2 59:24 87:20
143:17

**URL** 133:8

**use** 62:20 91:8,9,10 135:7
148:21 151:7,8,14,17 187:10
193:19 194:16 202:14

**used** 62:21 84:11 86:7 91:12,
25 148:21 151:1,2,5 166:7
186:25 194:8 196:20 200:16

**uses** 150:21

**using** 24:21 37:2 62:18 191:7
201:9

**usually** 40:25 70:15 72:17
128:22

**utterly** 141:19

---

### V

**variety** 142:16

**various** 15:12 34:13,23 199:3

Case 4:17-cv-13292-LVP-EAS  ECF No. 132-3  filed 02/27/20  PageID.2895  Page 53 of
54
AFT MICHIGAN vs PROJECT VERITAS, ET AL.     Job 10221
HECKER, DAVID 10/15/2019     Index: vent.'..wires

**vent.'** 74:4

**verbal** 7:18

**verify** 179:10

**Veritas** 6:10 17:14,16 21:3
22:13,23 24:3,7 28:23 52:10,
16,18 54:6,13 70:25 71:2 77:3,
12,20 78:3,17,25 89:15 90:5,7,
10 91:3,5,12 95:25 96:3,10,21
103:2 104:15 105:2,18 106:25
108:17 118:14,16 119:2,21
122:22 123:25 124:14 127:13
129:25 130:1,7,10,13,22,24
131:25 139:9 140:9,14,23
141:12 142:4 143:7 145:25
146:13,20 147:12,18 149:5
154:17 155:16 156:3,7 163:6,
24 164:7 166:13 167:10 168:1
169:13,21 170:4,7,11 175:23
178:2,4 180:5 184:7 189:12
191:13,22 192:18 197:8

**Veritas's** 25:18

**version** 51:18 57:24 128:13

**versus** 28:23 106:25 189:11

**vet** 71:18 72:1,11 74:7,8,22,23

**vetting** 72:14 74:11

**vice** 11:11 12:13,16 19:22

**video** 6:5 48:16,21 49:12 50:4,
10,15,24 51:19 52:13 59:10,
17,19 61:1,3,16,24 62:1,5,24
63:9,20 64:16,17,21 65:2
66:17 67:3,21,25 68:7,25 69:4
101:21 105:24 116:12,16
127:14 128:1,4,5,6,7,8 132:8,
9,17,24 133:3,6,10,11 134:23,
24 135:1,7,14 136:17,20,25
137:6,8,20 138:3,10,20,21
139:5 148:23,24 149:1,4,7
151:25 152:3,5,15,18 154:24,
25 170:24 171:3 197:24 198:3
203:20,24 204:7

**video's** 64:24

**videoed** 51:18

**videos** 66:17,21 67:2,7 90:11
97:18 137:14,19,23,24 138:2

**videotape** 155:3,16

**videotapes** 155:16

**view** 50:9 51:1,6 89:20 131:12

132:5 133:6,12,17

**viewed** 59:17 133:23 135:2

**violate** 54:19 66:23 71:21

**violates** 156:9

**violating** 156:4

**violation** 53:21 65:15,23 66:8
90:14

**violations** 66:12 113:24

**visit** 44:5

**vita** 72:17

**volume** 134:16

**VPS** 20:2 21:23 22:6

---

**W**

**Walbridge** 86:13,14

**walk** 13:23 24:17 28:3 29:19,
20 30:3 57:3

**walked** 67:19

**Walker** 26:6,24 40:14 41:23
43:23 44:9 151:5,6,13 171:13
188:10

**walking** 57:3

**wanted** 29:3 34:11,14,22 41:4
64:13 75:19 82:25 84:24 85:5
90:15 138:23 140:1 163:6
169:12 171:6 177:21,23 197:1,
15

**warrant** 130:10

**warrants** 130:4,7

**Washington** 14:5

**waste** 196:3

**watch** 59:10 132:18 133:11

**watched** 151:25

**watching** 50:15 138:19

**water** 8:6

**Wayne** 98:16,21 99:1 114:5,7
168:17,18 193:2,3 195:10,17
201:7

**ways** 17:12 90:23 94:14,22

**website** 11:18,20 125:10,14

**Webster's** 131:9

**weekend** 124:10

**weeks** 129:7

**weigh** 23:15

**Weingarten** 20:25 21:17 23:7
103:3,18 104:7 131:24 192:5

**welcoming** 30:16

**well** 8:12 10:12,24 12:6 14:1
15:1 16:12,16 17:8,13 21:16
22:1 37:23,24 38:21,22 42:22
49:20 53:8,9,15 55:11 58:23
60:2 61:16 62:7 63:24 67:3
68:3 74:13,17 76:6 81:10
82:16,18 84:3 85:15 87:19,22
88:14,15 89:25 90:19 91:6,7,
17 92:9,19 93:17 94:4 96:5,24
97:22,23 99:6,24 100:16
103:20 105:3,20 107:9,24
110:6 111:7 112:2 120:20
125:5 128:6,12 129:18 130:8
131:2 132:7 134:8 137:10,22
138:10 141:13 142:8 143:13
145:19 148:18 151:23 155:5
156:11 160:23 173:7 176:4
189:24 191:25 194:4 196:17
202:4 203:3

**Wellman** 6:12

**went** 14:4 31:13,17 53:22
75:11 84:25 85:8 103:8 124:8,
23 125:6,7 126:14,16 128:12
129:3 150:13 151:1 154:17
186:21 191:9 199:16

**whatsoever** 86:1 141:3,23
143:21 147:8

**Whitmer** 162:6,7,16,22 163:5,
17 164:5 169:12

**Whitmer's** 163:12,14 164:6
172:5

**whole** 7:3 86:4

**wide** 117:24,25

**widely** 127:25

**wife** 10:9

**willing** 34:12

**Windsor** 22:25

**wires** 106:4

**Wisconsin** 14:9 15:6,17,19

**wishes** 176:5

**witness'** 135:4

**witnesses** 28:3 93:18

**woman** 22:25

**women** 59:8

**wondered** 138:22

**word** 42:25 111:15 120:2
137:6 138:16 194:11 200:19
201:1

**words** 49:21 91:8,9 132:7
135:8 138:9

**work** 8:23 10:13 14:10,19
15:25 16:18 18:19,23 34:12,23
39:21 40:13,20 41:24 42:4
70:10 79:5 90:7,16,18 162:15
188:11 201:14

**worked** 13:21 15:6,16,19,21,
24 17:5,9 78:9,16,24 79:21
80:1 124:18 157:15 162:23
166:10,18,20 167:4,5 168:14

**working** 31:9 40:14,21 44:18
47:20 58:23 61:21 70:4,23
84:7 118:14 119:15 125:15
168:21 188:10 201:21

**workplace** 116:8

**works** 74:20 127:20,23 153:17
165:4 173:20 203:12

**world** 37:13,15 67:9 77:25
88:21

**worry** 87:13 88:1,10

**worth** 155:11

**wrap** 82:19

**write** 38:8 139:4

**writing** 188:13

**written** 19:13,14 39:15 72:18
114:13,14 115:18,22 125:17
134:20,21

**wrong** 100:2 148:18 200:2

**wrote** 101:13 139:3

---

**Y**

---

**year** 31:4 39:24 43:14 50:22
154:22 162:9

**years** 14:4,5 15:7,20,23 30:22
50:16 78:11 136:9 175:1 185:4
193:8

**yesterday** 10:4,21 24:14 28:9
41:10 196:16,20,21,24

**yoga** 88:16

**York** 14:7

**young** 91:21 193:2,3

**Youtube** 48:19 59:10 61:24
67:15,21 133:7 151:25