# Exhibit D

 A Union of Professionals

 **Member Benefits**    **Find your Local**    **How to Join**    **En Español**    Search

**ABOUT US ▾    OUR MEMBERS ▾    OUR COMMUNITY ▾    TAKE ACTION ▾    PRESS CENTER ▾    OUR NEWS ▾**



**PRESS CENTER**

▸ Press Releases (/press/releases)

▸ New York Times columns (/press/nyt)

▸ Blog (https://aftvoices.org/@rweingarten)

▸ Speeches (/press/speeches)

▸ Media Kits (/press/media-kits)



**FOLLOW RANDI**

🐦 **@rweingarten**

(http://www.twitter.com/rweingarten)

Press Release

# AFT Responds to Latest in Project Veritas Case

**For Release:**
Tuesday, May 8, 2018

**Contact:**
**Oriana Korin**
202-374-6103
Oriana.Korin@aft.org
http://www.aft.org (http://www.aft.org)

**WASHINGTON**—In response to U.S. District Judge Linda Parker's denial of AFT Michigan's emergency motion for a temporary restraining order against Project Veritas, AFT President Randi Weingarten and AFT Michigan attorney Mark Cousens issued the following statement:

Weingarten said: "It's ironic that on national Teacher Appreciation Day, while the AFT is in Puerto Rico as part of our Operation Agua work delivering water filters to ensure that thousands of children and families have safe, reliable drinking water, Project Veritas is promoting its work to try to smear teachers and their unions. We are disappointed in this ruling, but we'll keep pursuing every possible legal avenue to protect Michigan students and teachers from Project Veritas' unethical and unlawful smear campaigns against educators. While the group notorious for doctoring videos continues to promote footage of our teachers that it gained in direct violation of Michigan law, we'll continue fighting for the safe, well-funded classrooms that Michigan's kids deserve."

Cousens said: "This proactive action was to ensure that no Michigan educators would be falsely disparaged, or have any of their statements distorted. While the federation did not prevail in this effort, we will continue to pursue legal remedies against Project Veritas and seek damages for its illegal activity if and when they release footage of our members obtained unlawfully. AFT Michigan believes that material unlawfully obtained by Project Veritas could be appropriate lines of inquiry for an action for damages or contempt criminal prosecution."


Defendants
EXHIBIT NO. 13
FOR IDENTIFICATION
DATE: 10-15-19
Leisa Pastor, CSR, CRR

# # # #

The AFT represents 1.7 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.