United States of America
In the District Court for the Eastern District of Michigan
Southern Division

AFT Michigan,             Hon. Linda V. Parker, District Judge
    Plaintiff,              Hon. Elizabeth A. Stafford

v             Case No.: 17-cv-13292

Project Veritas, a foreign corporation,
and Marisa L. Jorge, a/k/a Marissa Jorge,
a/k/a Marissa Perez,
    Defendants.

---

MARK H. COUSENS
Attorney for the Plaintiff
26261 Evergreen Road, Suite 130
Southfield, Michigan 48076
cousens@cousenslaw.com
248-355-2150
P12273

PAUL M. MERSINO
BUTZEL LONG
150 W Jefferson, Suite 100
Detroit, Michigan 48226
mersino@buztel.com
313-225-7000
P72179

STEPHEN R. KLEIN
Attorney for Defendants
Statecraft PLLC
1629 K St. NW, Suite 300
Washington DC 20006
202-804-6676
steve@statecraftlaw.com

ANN M. SHERMAN
Deputy Solicitor General
Attorney for Intervening Party
State of Michigan
Michigan Department of Attorney General
POB 30212
Lansing, Michigan 48909
517-335-7628
ShermanA@michigan.gov

Abigail V. Carter (DC Bar # 47454)
Joshua Rosenthal* (CA Bar # 325949)
Bredhoff & Kaiser PLLC
Attorneys for Movant
805 15th Street NW # 1000
Washington DC 20005
202-842-2600
acarter@bredhoff.com
jrosethal@bredhoff.com

---

MARK H. COUSENS
ATTORNEY

26261 EVERGREEN ROAD
SUITE 130
SOUTHFIELD, MICHIGAN 48076
PHONE (248) 355-2150
FAX (248) 355-2170

## NOTICE OF CONCURRENCE

The Plaintiff concurs with movant Rhonda Weingarten's application for a protective order.

                                      /s/ Mark H. Cousens
                                      26261 Evergreen Road, Suite 130
                                      Southfield, Michigan 48076
                                      cousens@cousenslaw.com
                                      248-355-2150
February 27, 2020                    P12273

### Certificate of Service

I hereby certify that on February 27, 2020 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Paul M. Mersino, Stephen R. Klein, Bredhoff & Kaiser.

                                      /s/ Mark H. Cousens

MARK H. COUSENS
ATTORNEY

26261 EVERGREEN ROAD
SUITE 130
SOUTHFIELD, MICHIGAN 48076
PHONE (248) 355-2150
FAX (248) 355-2170