**Exhibit 2**

| | |
|---|---|
| **From:** | Jessica Rutter, Legal <jrutter@aft.org> on behalf of Jessica Rutter, Legal <jrutter@aft.org> |
| **Sent:** | Friday, September 29, 2017 3:50 PM |
| **To:** | David Hecker/Dave Dobbie <David Hecker/Dave Dobbie <ddobbie@aftmichigan.org>>; David Hecker, AFT VP <David Hecker, AFT VP <dhecker@aftmichigan.org>> |
| **Cc:** | Bradford Murray, Research & Strategic Initiatives <Bradford Murray, Research & Strategic Initiatives <bmurray@aft.org>> |
| **Subject:** | FW: Materials to send to leaders |
| **Attach:** | Backgrounder AFT-MI v PV FINAL.pdf; PV Media Backgrounderfrom Camino.pdf; What is Project Veritas12.pdf; 9.29.17 PV Statement.pdf; Operative_pictures.pdf |

Dobbie/Hecker:

Waiting for Ryan Grim's story. Once we get it, the attached documents can go:

(1)  MI backgrounder
(2)  PV Backgrounder from Camino
(3)  PV Backgrounder from AFT
(4)  AFT Press Release
(5)  Operative Pictures

I have a slight concern that you can see some of our people's faces in the operatives doc. If you guys agree we can ask Brad, cc:ed if he can easily remove those faces.

---

**From:** David Strom, Legal
**Sent:** Friday, September 29, 2017 3:41 PM
**To:** Jessica Rutter, Legal
**Subject:** FW: Materials to send to leaders

---

**From:** Jessica Smith, Office of the President
**Sent:** Friday, September 29, 2017 3:40 PM
**To:** DRW; Tear Jones Murphy, Office of the President
**Cc:** David Strom, Legal; Celia Lose, Communications; Andrew Crook, Communications; cousens@cousenslaw.com; Elizabeth Toledo (elizabeth@caminopr.com)
**Subject:** Materials to send to leaders

Here are four documents that are ready to go to everyone on the call. I would recommend that we also include the Ryan Grim story.

- AFT media statement
- Camino background on PV
- Our background on PV
- Background on what happened in MI

---

This e-mail and any attachments are confidential and are intended solely for the named addressee(s). If you are not a named addressee, you should not copy, alter, post, forward, distribute or disseminate the contents of the e-mail or attachments. When responding, please refrain from including information such as social security numbers, passwords, and other sensitive types of data in non-encrypted emails and non-password protected email attachments. Any views or opinions expressed are solely those of the individual and do not necessarily represent those of the American Federation of Teachers (AFT).