**Exhibit 3**

| **Subject:** | Responses and Requests |
| **Date:** | Wednesday, December 4, 2019 at 11:21:55 AM Eastern Standard Time |
| **From:** | Mark Cousens |
| **To:** | Mersino, Paul, Stephen Klein |
| **Attachments:** | Mersino transm ltr.pdf, Response to Aug 30_.pdf, Rog and subpoena.pdf |

Paul and Steve:

Attached please find correspondence relating to your prior queries and a
request for production of documents.

I also write to respond to Paul's question regarding the presence of
Brad Murray at the Jorge deposition. Mr. Murray has been providing
paralegal services related to this litigation and his presence (as is
that of Ms. Rutter) is needed to assist me in evaluating Ms. Jorge's
responses to questions. He will be bound by the same obligations of
confidentiality that apply to lawyers and will not interfere with or
delay the process. Therefore, he will accompany me and Ms. Rutter when
we meet on Tuesday.

Mark

--
Mark H. Cousens, Attorney
26261 Evergreen
Suite 130
Southfield, MI 48076
P: 248.355.2150
F: 248.355.2170
cousens@cousenslaw.com