**Exhibit 4**

www.dol.gov/olms | Telephone: 1-866-401-1109 | TTY:1-877-4-889-5627 | Email: olms-public@dol.gov

### Office of Labor-Management Standards - OLMS
**February 10, 2020**   DOL Home > OLMS > Public Disclosure Home > Search Criteria > Report

Printable View

# FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTAL ANNUAL RECEIPTS AND LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 07-31-2019

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 000-012 | 2. PERIOD COVERED From 07/01/2017 Through 06/30/2018 | 3. (a) AMENDED - Is this an amended report: No (b) HARDSHIP - Filed under the hardship procedures: No (c) TERMINAL - This is a terminal report: No |
|---|---|---|---|

| 4. AFFILIATION OR ORGANIZATION NAME TEACHERS AFL-CIO | | 8. MAILING ADDRESS (Type or print in capital letters) |
|---|---|---|
| 5. DESIGNATION (Local, Lodge, etc.) NATIONAL HEADQUARTERS | 6. DESIGNATION NBR | First Name LORRETTA    Last Name JOHNSON |
| 7. UNIT NAME (if any) | | P.O Box - Building and Room Number |
| | | Number and Street 555 NEW JERSEY AVE NW |
| 9. Are your organization's records kept at its mailing address?   Yes | | City WASHINGTON |
| | | State DC    ZIP Code + 4  20001 |

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

70. SIGNED: Rhonda Weingarten    PRESIDENT        71. SIGNED: Lorretta Johnson    TREASURER
Date: Sep 28, 2018   Telephone Number: 202-879-4440    Date: Sep 28, 2018   Telephone Number: 202-879-4400

Form LM-2 (Revised 2010)

| (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|
| A MROWKA , MARCUS P<br>B ASST TO PRES FOR STR COMM<br>C NONE | | | $199,890 | $6,150 | $6,140 | $0 | $212,180 |
| I Schedule 15 Representational Activities 0 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 100 % | | | 0 % |
| A MUIR , EDWARD<br>B MANAGER<br>C NONE | | | $163,727 | $2,555 | $665 | $0 | $166,947 |
| I Schedule 15 Representational Activities 100 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 0 % | | | 0 % |
| A MURPHY , TEAR J<br>B MANAGER<br>C NONE | | | $158,991 | $3,180 | $404 | $0 | $162,575 |
| I Schedule 15 Representational Activities 0 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 94 % | Schedule 19 Administration 6 % | | | 6 % |
| A MURRAY , BRADFORD C<br>B MANAGER<br>C NONE | | | $153,043 | $3,240 | $832 | $0 | $157,115 |
| I Schedule 15 Representational Activities 100 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 0 % | | | 0 % |
| A MYERS , MELANIE L<br>B ASSOCIATE DIRECTOR<br>C NONE | | | $127,901 | $8,205 | $14,120 | $0 | $150,226 |
| I Schedule 15 Representational Activities 100 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 0 % | | | 0 % |
| A MYERS , VIRGINIA D<br>B ASST DIRECTOR<br>C NONE | | | $116,098 | $4,400 | $1,048 | $0 | $121,546 |
| I Schedule 15 Representational Activities 100 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 0 % | | | 0 % |
| A NEDROW , DARRIN L<br>B DIR OF HEALTHCARE ORGANIZ<br>C NONE | | | $166,390 | $16,090 | $46,427 | $0 | $228,907 |
| I Schedule 15 Representational Activities 96 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 4 % | | | 4 % |
| A NELSON , F HOWARD<br>B SR. ASSOCIATE DIRECTOR<br>C NONE | | | $150,938 | $5,140 | $5,588 | $0 | $161,666 |
| I Schedule 15 Representational Activities 86 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 9 % | Schedule 19 Administration 5 % | | | 5 % |
| A NEWKIRK , MARSNITA C<br>B ADMINISTRATIVE ASSISTANT<br>C NONE | | | $81,308 | $0 | $85 | $0 | $81,393 |
| I Schedule 15 Representational Activities 97 % | Schedule 16 Political Activities and Lobbying 2 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 1 % | | | 1 % |
| A NICK , ALICIA M<br>B ADMINISTRATIVE ASSISTANT<br>C NONE | | | $80,455 | $0 | $97 | $0 | $80,552 |
| I Schedule 15 Representational Activities 31 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 68 % | Schedule 19 Administration 1 % | | | 1 % |
| A O'BRIEN , RICHARD<br>B NATL REPRESENTATIVE II<br>C NONE | | | $96,564 | $16,345 | $28,813 | $0 | $141,722 |
| I Schedule 15 Representational Activities 93 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 7 % | | | 7 % |
| A OGBUEHI , SONNY<br>B NATL REPRESENTATIVE III<br>C NONE | | | $107,439 | $23,020 | $43,931 | $0 | $174,390 |
| I Schedule 15 Representational Activities 94 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 0 % | Schedule 19 Administration 6 % | | | 6 % |
| A OKE , JASMINE D<br>B ASST DIRECTOR<br>C NONE | | | $103,646 | $4,755 | $1,874 | $0 | $110,275 |
| I Schedule 15 Representational Activities 88 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | Schedule 18 General Overhead 5 % | Schedule 19 Administration 7 % | | | 7 % |
| A OLSHEFSKI , PATRICIA<br>B SR ASST TO SECR-TREAS<br>C NONE | | | $203,734 | $5,517 | $11,265 | $0 | $220,516 |

2

| | (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| A B C | STEWART , CHRISTINA E<br>MEMBERSHIP ASSISTANT<br>NONE | | | $95,345 | $2,470 | $1,501 | $0 | $99,316 |
| I | Schedule 15 Representational Activities | 21 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 74 % | Schedule 19 Administration | 5 % |
| A B C | STOCKHAUSEN , MEGAN B<br>ASST DIRECTOR<br>NONE | | | $107,403 | $6,215 | $6,753 | $0 | $120,371 |
| I | Schedule 15 Representational Activities | 87 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 5 % | Schedule 19 Administration | 8 % |
| A B C | STONE , JUSTIN A<br>ASSOCIATE DIRECTOR<br>NONE | | | $136,884 | $4,300 | $1,443 | $0 | $142,627 |
| I | Schedule 15 Representational Activities | 99 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 0 % | Schedule 19 Administration | 1 % |
| A B C | STROM , DAVID J<br>GENERAL COUNSEL<br>NONE | | | $203,734 | $3,465 | $3,266 | $0 | $210,465 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 3 % | Schedule 19 Administration | 97 % |
| A B C | STYLIANOU , DAVID J<br>NATL REPRESENTATIVE III<br>NONE | | | $118,418 | $11,195 | $18,162 | $0 | $147,775 |
| I | Schedule 15 Representational Activities | 86 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 2 % | Schedule 19 Administration | 12 % |
| A B C | SULLIVAN , SHANNON L<br>NATL REPRESENTATIVE II<br>NONE | | | $96,564 | $16,795 | $30,144 | $0 | $143,503 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 0 % | Schedule 19 Administration | 0 % |
| A B C | SUMNER , LINDSAY<br>ASSOCIATE<br>NONE | | | $73,946 | $4,930 | $2,639 | $0 | $81,515 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 0 % | Schedule 19 Administration | 0 % |
| A B C | SUN , JUNYI<br>ASST DIRECTOR<br>NONE | | | $61,899 | $1,557 | $0 | $0 | $63,456 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 100 % | Schedule 19 Administration | 0 % |
| A B C | SUTTON , EVAN R<br>ASST TO PRES-COMMUNICATIO<br>NONE | | | $249,862 | $5,530 | $5,732 | $0 | $261,124 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 0 % | Schedule 19 Administration 99 % | 1 % |
| A B C | SWANN , RUTH H<br>ADMINISTRATIVE ASSISTANT<br>NONE | | | $91,496 | $260 | $182 | $0 | $91,938 |
| I | Schedule 15 Representational Activities | 1 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 90 % | | Schedule 18 General Overhead 7 % | Schedule 19 Administration | 2 % |
| A B C | TAMMELLEO , SARAH<br>ASST TO PRESIDENT<br>NONE | | | $71,514 | $1,708 | $956 | $0 | $74,178 |
| I | Schedule 15 Representational Activities | 100 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 0 % | Schedule 19 Administration | 0 % |
| A B C | TANNO , DEBORAH<br>ASST DIRECTOR<br>NONE | | | $120,352 | $3,890 | $25 | $0 | $124,267 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 100 % | Schedule 19 Administration | 0 % |
| A B C | TARRANT , NEIL A<br>SR. ASSOCIATE<br>NONE | | | $91,507 | $5,470 | $5,381 | $0 | $102,358 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying 0 % | Schedule 17 Contributions 0 % | | Schedule 18 General Overhead 100 % | Schedule 19 Administration | 0 % |
| A B C | TEARE , CHERYL A<br>ASST TO PRESIDENT<br>NONE | | | $176,157 | $5,805 | $7,038 | $0 | $189,000 |

3

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| SPRING HILL FL 34609 | PROFESSIONAL MANAGEMENT CONSULTANT | 10/02/2017 | $25,130 |
| Type or Classification (B) | PROFESSIONAL MANAGEMENT CONSULTANT | 08/21/2017 | $38,812 |
|  | Total Itemized Transactions with this Payee/Payer |  | $63,942 |
| PROFESSIONAL SERVICES | Total Non-Itemized Transactions with this Payee/Payer |  | $218 |
|  | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $64,160 |

| Name and Address (A) | | | |
|---|---|---|---|
| BRIGHT KEY, INC. 9050 JUNCTION DRIVE STE A ANNAPOLIS JUNCTION MD 20701 | Purpose (C) | Date (D) | Amount (E) |
|  | Total Itemized Transactions with this Payee/Payer | |  |
|  | Total Non-Itemized Transactions with this Payee/Payer |  | $7,416 |
|  | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $7,416 |
| Type or Classification (B) | | | |
| OFFICE SERVICES ORGANIZATION | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| BUCHANAN, ELIZABETH A. 909 ELDER ST. NW WASHINGTON DC 20012 | Purpose (C) | Date (D) | Amount (E) |
|  | CONSULTING SERVICES | 05/04/2018 | $8,500 |
|  | CONSULTING SERVICES | 02/14/2018 | $17,000 |
|  | Total Itemized Transactions with this Payee/Payer |  | $25,500 |
|  | Total Non-Itemized Transactions with this Payee/Payer |  | $0 |
| Type or Classification (B) | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $25,500 |
| PROFESSIONAL SERVICES | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| BVP TENANT, LLC (HILTON) 1900 E. BUENA VISTA DRIVE LAKE BUENA VISTA FL 32830 | Purpose (C) | Date (D) | Amount (E) |
|  | Total Itemized Transactions with this Payee/Payer | | |
|  | Total Non-Itemized Transactions with this Payee/Payer |  | $7,156 |
|  | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $7,156 |
| Type or Classification (B) | | | |
| MEETING - CONF/HOTEL | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CAMINO PUBLIC RELATIONS, LLC 134 W. 18TH STREET NEW YORK NY 10011 | PROFESSIONAL COMMUNICATIONS CONSULTANT | 09/29/2017 | $10,000 |
|  | PROFESSIONAL COMMUNICATIONS CONSULTANT | 05/18/2018 | $18,172 |
|  | PROFESSIONAL COMMUNICATIONS CONSULTANT | 06/27/2018 | $23,036 |
| Type or Classification (B) | PROFESSIONAL COMMUNICATIONS CONSULTANT | 11/01/2017 | $27,837 |
| PROFESSIONAL SERVICES | Total Itemized Transactions with this Payee/Payer |  | $79,045 |
|  | Total Non-Itemized Transactions with this Payee/Payer |  | $0 |
|  | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $79,045 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CHARLES STOPAK PRODUCTIONS, INC. 715 HORTON DRIVE SILVER SPRING MD 20902 | PROFESSIONAL MEDIA AND TECHNOLOGY CONSULTANTS | 06/25/2018 | $748,603 |
|  | Total Itemized Transactions with this Payee/Payer |  | $748,603 |
|  | Total Non-Itemized Transactions with this Payee/Payer |  | $0 |
| Type or Classification (B) | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $748,603 |
| PROFESSIONAL SERVICES | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| COLUMBUS DISPATCH THIS WEEK 62 E. BROAD ST. COLUMBUS OH 43215 | COMMUNICATIONS EXPENSE | 03/09/2018 | $9,828 |
|  | Total Itemized Transactions with this Payee/Payer |  | $9,828 |
|  | Total Non-Itemized Transactions with this Payee/Payer |  | $0 |
| Type or Classification (B) | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $9,828 |
| PUBLICATION | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CONDUENT INC. P.O. BOX 202617 DALLAS TX 75320 | CONSULTING SERVICES | 10/18/2017 | $31,000 |
|  | Total Itemized Transactions with this Payee/Payer |  | $31,000 |
|  | Total Non-Itemized Transactions with this Payee/Payer |  | $0 |
|  | **Total of All Transactions with this Payee/Payer for This Schedule** |  | $31,000 |

4