# Exhibit 5

| | |
|---|---|
| **From:** | Mark Cousens |
| **To:** | Sherman, Ann (AG); David Hecker; David Strom, Legal; Jessica Rutter, Legal |
| **Subject:** | Re: concurrence - AFT Michigan v Project Veritas |
| **Date:** | Sunday, June 16, 2019 12:43:09 PM |
| **Attachments:** | 9343099-0--16325.pdf |

Ms. Sherman:

AFT Michigan will concur in the request of the Attorney General to intervene with the understanding that she will advocate for adoption of the dissenting opinion of Judge Brennan in Sullivan. However, I ask that you note the attached which has changed the procedural landscape. Feel free to contact me with any questions (I am traveling Monday but will be back in my office Tuesday).

Mark Cousens

On 6/15/2019 7:43 AM, Sherman, Ann (AG) wrote:

> Mark,
>
> The notice received by the Department of Attorney General (from Stephen Klein and Paul Mersino, states that Project Veritas and Marisa Jorge are "questioning the constitutionality of the eavesdropping provisions of the Michigan Eavesdropping Statute."
>
> Ann
>
> Ann M. Sherman
> Deputy Solicitor General
> Solicitor General Division
> Michigan Department of Attorney General
> (517) 335-7628
> (517) 241-0367 (Direct)



---

**From:** Mark Cousens <cousens@cousenslaw.com>
**Sent:** Friday, June 14, 2019 7:38 PM
**To:** Sherman, Ann (AG) <ShermanA@michigan.gov>
**Subject:** Re: concurrence - AFT Michigan v Project Veritas

Ms. Sherman:

I am traveling today and Monday and need to confer with my clients before I respond. However, I am not aware that any party is asserting that the statute is unconstitutional although there is a dispute regarding the construction of the act.

Mark Cousens

On 6/14/2019 4:33 PM, Sherman, Ann (AG) wrote:

> Mark,
>
> Pursuant to local rule 7.1, I am seeking your concurrence in Attorney General Dana Nessel's motion to intervene in *AFT Michigan v. Project Veritas*, ED MI Case No. 4:17-cv-13292-LVP-EAS. As you know, the Attorney General received Defendants' notice of a challenge to the constitutionality of Michigan's Eavesdropping Statute on April 18, 2019, making the 60-day intervention period run through June 17. The Attorney General will be defending the constitutionality of the statute and weighing in on the proper reading of the statute, which is in accordance with the dissenting opinion in Sullivan v. Gray, 117 Mich. App. 476 (1982).
>
> I look forward to hearing from you as soon as possible.
>
> Ann
>
> Ann M. Sherman
> Deputy Solicitor General
> Solicitor General Division
> Michigan Department of Attorney General
> (517) 335-7628
> (517) 241-0367 (Direct)



```
--
Mark H. Cousens, Attorney
26261 Evergreen
Suite 130
Southfield, MI 48076
P: 248.355.2150
F: 248.355.2170
cousens@cousenslaw.com
```

```
Mark H. Cousens, Attorney
26261 Evergreen
Suite 130
Southfield, MI 48076
P: 248.355.2150
F: 248.355.2170
cousens@cousenslaw.com
```