**Exhibit 6**

| | |
|---|---|
| **Subject:** | O'Keefe |
| **Date:** | Tuesday, March 3, 2020 at 10:55:14 AM Eastern Standard Time |
| **From:** | Mark Cousens |
| **To:** | Mersino, Paul, Stephen Klein |
| **CC:** | David Hecker, David Strom, Legal, Jessica Rutter, Legal, Bradford Murray, Research & Strategic Initiatives |
| **Attachments:** | Okeefe CONFIDENTIAL.pdf |

Paul and Steve:

Attached is the transcript of the deposition of James O'Keefe with confidentiality designations noted.

Mark

--
Mark H. Cousens, Attorney
26261 Evergreen
Suite 130
Southfield, MI 48076
P: 248.355.2150
F: 248.355.2170
[cousens@cousenslaw.com](mailto:cousens@cousenslaw.com)