# Exhibit 7



 Member Benefits     Find your Local     How to Join     En Español     Search

**ABOUT US** ▾    **OUR MEMBERS** ▾    **OUR COMMUNITY** ▾    **TAKE ACTION** ▾    **PRESS CENTER** ▾    **OUR NEWS** ▾

### PRESS CENTER

▸ Press Releases (/press/releases)
▸ New York Times columns (/press/nyt)
▸ Blog (https://aftvoices.org/@rweingarten)
▸ Speeches (/press/speeches)
▸ Media Kits (/press/media-kits)



(http://www.twitter.com/rweingarten)

Press Release

# AFT Leaders: Judge Makes Clear That Project Veritas' Unlawful Tactics Have a Price

**For Release:**
Wednesday, December 27, 2017

**Contact:**
Marcus Mrowka
202-531-0689 (cell)
mmrowka@aft.org

**WASHINGTON—**Joint statement of AFT President Randi Weingarten and AFT Michigan President David Hecker in response to U.S. District Judge Linda Parker's decision regarding Project Veritas:

"Today, a judge made clear to Project Veritas that its unlawful tactics have a price. We understand that Judge Parker chose to show deference to free speech in lifting the injunction that has been in place for three months, but she made crystal clear that the AFT's claim about Project Veritas violating Michigan law when it infiltrated our confidential operations is likely to succeed.

"We believe strongly in the First Amendment, and while our swift action in seeking judicial relief was a heavy lift from a legal perspective, it established a strong foundation for our longer-term goal of protecting students, teachers and families in Michigan from the abusive actions of Project Veritas.

"The judge's decision supports our position that we have a right of action the moment Project Veritas publishes anything illegally obtained by its operative Marisa Jorge. Today's decision gives clear warning that Project Veritas and the people working on its behalf, in this case a former Liberty University student, will be held liable for their actions. For too long, James O'Keefe and his associates have advanced a political agenda from secret donors using infiltration and lies, heavily edited videos and spurious claims. O'Keefe has repeatedly declared his war on teachers, students and families organizing in the interest of high-quality public education, and routinely advances false narratives

based on heavily manipulated video. We will be zealous in seeking full relief and damages the moment O'Keefe goes public with any of the material stolen or illegally obtained by Project Veritas associates, and in challenging media narratives that promote false propaganda in the interest of secret political agendas."

# # # #

The AFT represents 1.7 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.

 A Union of Professionals

 Member Benefits   Find your Local   How to Join   En Español   Search

ABOUT US ▾    OUR MEMBERS ▾    OUR COMMUNITY ▾    TAKE ACTION ▾    PRESS CENTER ▾    OUR NEWS ▾

**PRESS CENTER**

Press Release

# AFT Michigan Wins the Right to Gather Information about Unlawful Activity from Project Veritas

*AFT's Weingarten: 'We are determined to hold unscrupulous political operatives accountable to the law, to expose their deceptions, and to protect students, families and teachers from their distortions and smear tactics.'*

**For Release:**                    **Contact:**
Friday, March 2, 2018              **Marcus Mrowka**
                                   **202-531-0689 (cell)**
                                   **mmrowka@aft.org**

**FLINT**—A federal magistrate ruled this week that conservative hit group Project Veritas, founded by right-wing activist James O'Keefe, can no longer dodge its legal obligation to provide information to AFT Michigan about alleged unlawful activity conducted by the organization and its operatives. In a major victory, Magistrate Judge Elizabeth Stafford granted AFT Michigan's motion to compel legal discovery and ordered the process to begin within two weeks.

Stafford ruled that the objections to the legal discovery process by Project Veritas are "wholly without merit." She also dismissed the request by Project Veritas to have AFT Michigan pay their legal fees.

AFT Michigan alleges that Project Veritas and its operative Marisa Jorge committed fraudulent, unauthorized and unlawful surveillance of AFT Michigan staff, leaders and associates for the purpose of distorting and disseminating that surveillance in order to smear the union. Jorge used an alias to secure an internship with AFT Michigan last year, ostensibly to obtain information Project Veritas could use in one of its famously

### PRESS CENTER

▸ Press Releases (/press/releases)
▸ New York Times columns (/press/nyt)
▸ Blog (https://aftvoices.org/@rweingarten)
▸ Speeches (/press/speeches)
▸ Media Kits (/press/media-kits)



(http://www.twitter.com/rweingarten)

misleading hit videos.

Project Veritas has a long history of using deception and obfuscation to avoid legal accountability for its actions, including major procedural delays, dodging warrants and refusing to participate in the legal discovery process. The American Federation of Teachers and AFT Michigan are committed to holding Project Veritas accountable for violations of the law and to protecting public school students, families and teachers from fraudulent interference in their efforts to obtain a high-quality education for students. We will pursue discovery as vigorously as permitted by law to prove the allegations made in our complaint.

AFT President Randi Weingarten said, "We are pleased that a federal judge has held Project Veritas accountable to the same legal due process that all defendants must follow. We are determined to hold unscrupulous political operatives accountable to the law, to expose their deceptions, and to protect students, families and teachers from their distortions and smear tactics."

# # # #

The AFT represents 1.7 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.



    

**ABOUT US** ▾  **OUR MEMBERS** ▾  **OUR COMMUNITY** ▾  **TAKE ACTION** ▾  **PRESS CENTER** ▾  **OUR NEWS** ▾

**PRESS CENTER**

▸ Press Releases (/press/releases)
▸ New York Times columns (/press/nyt)
▸ Blog (https://aftvoices.org/@rweingarten)
▸ Speeches (/press/speeches)
▸ Media Kits (/press/media-kits)



(http://www.twitter.com/rweingarten)

Press Release

# AFT Responds to Latest in Project Veritas Case

**For Release:**
**Tuesday, May 8, 2018**

**Contact:**
**Oriana Korin**
202-374-6103
Oriana.Korin@aft.org
http://www.aft.org (http://www.aft.org)

**WASHINGTON**—In response to U.S. District Judge Linda Parker's denial of AFT Michigan's emergency motion for a temporary restraining order against Project Veritas, AFT President Randi Weingarten and AFT Michigan attorney Mark Cousens issued the following statement:

Weingarten said: "It's ironic that on national Teacher Appreciation Day, while the AFT is in Puerto Rico as part of our Operation Agua work delivering water filters to ensure that thousands of children and families have safe, reliable drinking water, Project Veritas is promoting its work to try to smear teachers and their unions. We are disappointed in this ruling, but we'll keep pursuing every possible legal avenue to protect Michigan students and teachers from Project Veritas' unethical and unlawful smear campaigns against educators. While the group notorious for doctoring videos continues to promote footage of our teachers that it gained in direct violation of Michigan law, we'll continue fighting for the safe, well-funded classrooms that Michigan's kids deserve."

Cousens said: "This proactive action was to ensure that no Michigan educators would be falsely disparaged, or have any of their statements distorted. While the federation did not prevail in this effort, we will continue to pursue legal remedies against Project Veritas and seek damages for its illegal activity if and when they release footage of our members obtained unlawfully. AFT Michigan believes that material unlawfully obtained by Project Veritas could be appropriate lines of inquiry for an action for damages or contempt criminal prosecution."

# # # #

The AFT represents 1.7 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.



    

Member Benefits    Find your Local    How to Join    En Español    Search

**ABOUT US** ▾    **OUR MEMBERS** ▾    **OUR COMMUNITY** ▾    **TAKE ACTION** ▾    **PRESS CENTER** ▾    **OUR NEWS** ▾



**PRESS CENTER**

▸ Press Releases (/press/releases)
▸ New York Times columns (/press/nyt)
▸ Blog (https://aftvoices.org/@rweingarten)
▸ Speeches (/press/speeches)
▸ Media Kits (/press/media-kits)

**FOLLOW RANDI**
🐦 @rweingarten
(http://www.twitter.com/rweingarten)

*Press Release*

# Judge Allows AFT to Examine Project Veritas Documents

**For Release:**
Friday, July 20, 2018

**Contact:**
Andrew Crook
o: 202-393-8637 | c: 607-280-6603
acrook@aft.org

**DETROIT**—A federal judge has issued a crucial ruling (//www.aft.org/sites/default/files/order_granting.pdf) allowing the American Federation of Teachers to gather information on conservative hit group Project Veritas, as legal and financial pressure on the embattled outfit mounts.

Veritas, run by right-wing activist James O'Keefe, orchestrated an intrusion on the union's Michigan offices in 2017, dispatching a mole to covertly access documents and record private discussions.

The mole, Marisa Jorge, adopted a pseudonym, "Marissa Perez," and pretended to be a student at the University of Michigan to gain access to AFT Michigan's offices as an intern. She allegedly used that access to steal documents and spy on employees.

On Thursday, Judge Linda Parker ruled that the AFT could amend its legal complaint based on the publication of Jorge's doctored videos, granting legal discovery and paving the way for the union to continue to hold Project Veritas accountable to the law.

Project Veritas has a long history of deploying lies, deception and obfuscation to avoid legal accountability for its actions, including engineering procedural delays, dodging warrants and refusing to participate in the discovery process.

AFT Michigan President David Hecker said: "James O'Keefe and his operative Melissa Jorge deliberately set out to deceive the public as part of a devious attempt to attack teachers and public education. Their tactics were illegal and fraudulent and must be condemned and fully

investigated. With this ruling, Judge Parker will allow us to hold Project Veritas to the law it would prefer to flagrantly ignore."

AFT President Randi Weingarten said: "The AFT and AFT Michigan are committed to holding Project Veritas accountable for its unlawful misrepresentations, infiltrations, and splicing and dicing of unlawfully obtained material to smear teachers and public schools. We are pleased that a federal judge has allowed us to pursue discovery, and we will move forward in our efforts to bring to light the deceptive, unscrupulous distortion tactics Project Veritas is known for."

# # # #

The AFT represents 1.7 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.

Federal Judge Denies James O'Keefe's Attempt to Dodge Accountability for Illegal Michigan Sting | American Fed...

Case 4:17-cv-13292-LVP-EAS ECF No. 124-8 filed 03/10/20 PageID.3008 Page 10 of 11



 Member Benefits     Find your Local     How to Join     En Español    Search 

**ABOUT US** ▾  **OUR MEMBERS** ▾  **OUR COMMUNITY** ▾  **TAKE ACTION** ▾  **PRESS CENTER** ▾  **OUR NEWS** ▾

### PRESS CENTER

▸ Press Releases (/press/releases)
▸ New York Times columns (/press/nyt)
▸ Blog (https://aftvoices.org/@rweingarten)
▸ Speeches (/press/speeches)
▸ Media Kits (/press/media-kits)



(http://www.twitter.com/rweingarten)

## Press Release

# Federal Judge Denies James O'Keefe's Attempt to Dodge Accountability for Illegal Michigan Sting

*Case Exposing Infiltration and Eavesdropping of Union Offices by Fake Intern Moves Ahead*

**For Release:**
**Thursday, March 28, 2019**

**Contact:**
Andrew Crook
o: 202-393-8637 | c: 607-280-6603
acrook@aft.org

**DETROIT**—A federal judge has rejected (//www.aft.org/sites/default/files/decision_mtd_03282019.pdf) right-wing smear merchant James O'Keefe's bid to dismiss a lawsuit over an illegal sting operation perpetrated on Michigan teachers.

O'Keefe's organization, Project Veritas, orchestrated an intrusion on AFT Michigan's offices in 2017, dispatching a mole to covertly access documents and record private discussions. AFT Michigan sued Project Veritas, seeking injunctive relief, compensatory damages and punitive damages. Discovery was granted in June 2018.

Today, Judge Linda Parker of the United States District Court for the Eastern District of Michigan denied Project Veritas' motion (//www.aft.org/sites/default/files/decision_mtd_03282019.pdf) to dismiss the union's lawsuit seeking accountability and redress. It upheld the majority of the union's claims, including eavesdropping, breach of duty of loyalty, fraudulent misrepresentation, trespass, civil conspiracy and unlawful interception of oral communications.

The scam began in May 2017, when the mole, Marisa Jorge, adopted the pseudonym "Marissa Perez" and posed as a student at the University of Michigan to secure a job as an AFT Michigan intern. In

fact, Jorge, a graduate of Liberty University, was a clandestine operative deployed by O'Keefe's network to infiltrate the union.

Jorge exploited her access to hack computers, steal private documents and covertly record union employees with her smartphone. Portions of her spliced-and-diced recordings were later uploaded to YouTube and promoted by O'Keefe.

This is the second time this month that Project Veritas has lost a legal bid to have a case against it tossed. A case involving a Democratic National Committee sting is now moving forward to a jury trial.

AFT Michigan President David Hecker said: "The court has agreed that the illegal political espionage carried out by Marisa Jorge was substantive. Jorge callously exploited the goodwill of our staff with the goal of damaging the union that represents 30,000 Michigan educators. We look forward to proceeding with this case to hold O'Keefe and the other scammers associated with Project Veritas to account."

AFT President Randi Weingarten said: "Judge Parker's decision means we can now move forward to expose how Project Veritas perpetrated an illegal scam meant to harm Michigan educators and their representatives by undermining our union's fight for a better life for our communities—including great public schools. We went to court to pierce Project Veritas' veil and to halt, once and for all, its dirty tricks. Project Veritas has tried to cloak itself in the First Amendment to shield itself from breaking the law—but today's ruling means that we can now do everything in our members' power to make sure James O'Keefe's reprehensible organization pays the price for its brazen deception."

# # # #

The AFT represents 1.7 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.

https://www.aft.org/press-release/federal-judge-denies-james-okeefes-attempt-dodge-accountability-illegal