UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

        Plaintiff,

v.

        Case No. 17-13292
        Honorable Linda V. Parker

PROJECT VERITAS, et al

        Defendants.
_____/

## FOURTH AMENDED SCHEDULING ORDER

| YOU WILL RECEIVE NO FURTHER NOTICE OF THESE DATES | |
|---|---|
| Expert Report Due Date: | May 15, 2020 |
| Rebuttal Expert Report: | May 30, 2020 |
| Fact Discovery Cut-off: | June 30, 2020 |
| Expert Discovery Cut-off Date: | June 30, 2020 |
| Dispositive Motion Cut-off Filed By: | July 15, 2020 |
| Motions *in Limine* Filed By: | October 1, 2020 |
| Joint Final Pretrial Order Submitted to the Court By: | October 30, 2020 |
| Final Pretrial Conference: | November 17, 2020 at 12:00 p.m. |
| Trial Date: | December 1, 2020 at 9:00 a.m. |
| Jury Trial: Yes ■ No ☐     Estimated Length of Trial: 10 Days | |

**REFER TO THE COURT'S PRACTICE GUIDELINES FOR INFORMATION RELEVANT TO THE DATES AND ACTIVITIES SET FORTH ABOVE**

        **IT IS SO ORDERED**.

                                            s/ Linda V. Parker
                                            LINDA V. PARKER
Dated: April 8, 2020                       U.S. DISTRICT JUDGE