# EXHIBIT 1

| Doc Number | Date | Description | Basis |
| --- | --- | --- | --- |
| 929 | 9/25/17 | email Rutter to Dobbie & Hecker | Attorney Client |
| 1062 | 9/22/17 | email Strom to several including Dobbie & Hecker; Jessica Smith, Office of the President[ Jessica Smith, Office of the President <jsmith@aft.org>]; Ed Muir, Research & Strategic Initiatives[ Ed Muir, Research & Strategic Initiatives <emuir@aft.org>]; Bradford Murray, Research & Strategic Initiatives[ Bradford Murray, Research & Strategic Initiatives <bmurray@aft.org>]; Jessica Rutter, Legal[ Jessica Rutter, Legal <jrutter@aft.org>]; David Hecker/Dave Dobbie[David Hecker/Dave Dobbie <ddobbie@aftmichigan.org>] | Attorney Client |
| 1064 | 9/22/17 | email Strom to several including Dobbie & Hecker | Attorney Client |
| 1066 | 9/23/2017 | email Murray to Hecker & Dobbie | Litigation preparation |
| 1072 | 9/23/17 | email dhecker@aftmichigan.org[dhecker@aftmichigan.org] ddobbie@aftmichigan.org[ddobbie@aftmichigan.org]; Jessica Smith, Office of the President[ Jessica Smith, Office of the President <jsmith@aft.org>]; emuir@aft.org[emuir@aft.org]; bmurray@aft.org[bmurray@aft.org]; Michael Powell, Office of the President[ Michael Powell, Office of the President <mpowell@aft.org>]; David Strom, Legal[ David Strom, Legal <dstrom@aft.org>]; jrutter@aft.org[jrutter@aft.org] From: Elizabeth Toledo | Litigation preparation |
| 1074 | No date | Camino re strategy and planning | Litigation preparation |
| 1148 | 9/29/17 | email Curtiss to Dobbie; Rutter to Hecker & Dobbie | Litigation preparation; attorney client |

| 1177 | 9/29/17 | Cousens to Toledo & Strom | Attorney Client; litigation preparation |
|---|---|---|---|
| 1438 | 11/15/17 | Crook to David Strom, dstrom@aft.org, Legal; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]; Jessica Smith, jsmith@aft.org, Office of the President; David Hecker/Dave Dobbie[David Hecker/Dave Dobbie <ddobbie@aftmichigan.org>]; Marcus Mrowka, mmrowka@aft.org, Communications; 'cousens@cousenslaw.com'; Jessica Rutter, jrutter@aft.org, Legal; Elizabeth Toledo (elizabeth@caminopr.com); Mariame Toure, mtoure@aft.org, Legal<br>From: Andrew Crook, acrook@aft.org, Communications | Attorney Client; litigation preparation |
| 1440 | 11/15/17 | Crook David Strom, dstrom@aft.org, Legal; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]; Jessica Smith, jsmith@aft.org, Office of the President; David Hecker/Dave Dobbie[David Hecker/Dave Dobbie <ddobbie@aftmichigan.org>]; Marcus Mrowka, mmrowka@aft.org, Communications; 'cousens@cousenslaw.com'; Jessica Rutter, jrutter@aft.org, Legal; Elizabeth Toledo (elizabeth@caminopr.com); Mariame Toure, mtoure@aft.org, Legal; Celia Lose, close@aft.org, Communications<br>From: Andrew Crook, acrook@aft.org, Communications | Attorney Client; litigation preparation |

| | | | |
|---|---|---|---|
| 2021 | 12/27/2017 | Rutter to Marcus Mrowka, Communications[ Marcus Mrowka, Communications <mmrowka@aft.org>]; Elizabeth Toledo[Elizabeth Toledo <elizabeth@caminopr.com>]; David Strom, Legal[ David Strom, Legal <dstrom@aft.org>]; Mark Cousens[Mark Cousens <cousens@cousenslaw.com>]; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]; Mark Cousens[Mark Cousens <cousens@cousenslaw.com>]; Jessica Smith, Office of the President[ Jessica Smith, Office of the President <jsmith@aft.org>] Cc: Andrew Crook, Communications[ Andrew Crook, Communications <acrook@aft.org>] | Attorney Client |
| 2026 | 12/27/17 | Toledo to Marcus Mrowka, Communications[ Marcus Mrowka, Communications <mmrowka@aft.org>] Cc: Jessica Rutter, Legal[ Jessica Rutter, Legal <jrutter@aft.org>]; David Strom, Legal[ David Strom, Legal <dstrom@aft.org>]; Mark Cousens[Mark Cousens <cousens@cousenslaw.com>]; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]; Jessica Smith, Office of the President[ Jessica Smith, Office of the President <jsmith@aft.org>]; Andrew Crook, Communications[ Andrew Crook, Communications <acrook@aft.org>]; Pablo Toledo[Pablo Toledo <pablo@caminopr.com>] | Attorney Client |

| 2047 | 12/27/17 | Rutter to Mark Cousens[Mark Cousens <cousens@cousenslaw.com>]; DRW[DRW <drw@aft.org>]; Marcus Mrowka, Communications[ Marcus Mrowka, Communications <mmrowka@aft.org>]<br>Cc: Randi Weingarten, Office of the President[ Randi Weingarten, Office of the President <rweingar@aft.org>]; Tear Jones Murphy, Office of the President[ Tear Jones Murphy, Office of the President <tjones@aft.org>]; Monica Lucas, Office of the President[ Monica Lucas, Office of the President <mlucas@aft.org>]; Elizabeth Toledo[Elizabeth Toledo <elizabeth@caminopr.com>]; David Strom, Legal[ David Strom, Legal <dstrom@aft.org>]; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]<br>From: Jessica Rutter, Legal | Attorney Client |
| 2051 | 12/27/17 | Mrowka to <cousens@cousenslaw.com>]; DRW[DRW <drw@aft.org>]<br>Cc: Randi Weingarten, Office of the President[ Randi Weingarten, Office of the President <rweingar@aft.org>]; Tear Jones Murphy, Office of the President[ Tear Jones Murphy, Office of the President <tjones@aft.org>]; Monica Lucas, Office of the President[ Monica Lucas, Office of the President <mlucas@aft.org>]; Elizabeth Toledo[Elizabeth Toledo <elizabeth@caminopr.com>]; David Strom, Legal[ David Strom, Legal <dstrom@aft.org>]; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]<br>From: Marcus Mrowka, Communications | Attorney Client |
| 2054 | 12/27/17 | Weingarten to Rutter, Cousens | Attorney Client |

| 2290 | 9/27/17 | Rutter to David Strom, Legal[ David Strom, Legal <dstrom@aft.org>]; Jessica Smith, Office of the President[ Jessica Smith, Office of the President <jsmith@aft.org>]; elizabeth@caminopr.com; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]; David Hecker/Dave Dobbie[David Hecker/Dave Dobbie <ddobbie@aftmichigan.org>]; Bradford Murray, Research & Strategic Initiatives[ Bradford Murray, Research & Strategic Initiatives <bmurray@aft.org>] From: Jessica Rutter, Legal | Attorney Client |
| --- | --- | --- | --- |
| 2291 | 9/27/17 | Smith to Jessica Rutter, Legal[ Jessica Rutter, Legal <jrutter@aft.org>]; David Strom, Legal[ David Strom, Legal <dstrom@aft.org>]; elizabeth@caminopr.com; David Hecker, AFT VP[ David Hecker, AFT VP <dhecker@aftmichigan.org>]; David Hecker/Dave Dobbie[David Hecker/Dave Dobbie <ddobbie@aftmichigan.org>]; Bradford Murray, Research & Strategic Initiatives[ Bradford Murray, Research & Strategic Initiatives <bmurray@aft.org>] From: Jessica Smith, Office of the President | Attorney Client |
| 2428 | 9/29/17 | Rutter to Hecker & Dobbie | Attorney Client |
| 4453 | 10/2/17 | Rutter to Rowe | Attorney Client |