UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

      Plaintiff,

                                        Case No. 17-13292

v.

                                        HONORABLE LINDA V. PARKER

PROJECT VERITAS, et al

      Defendants.

_____/

## ORDER DIRECTING CLERK TO STRIKE DOCUMENT AND REMOVE IMAGE

On April 30, 2020 the Court was advised that Plaintiff's Motion to Compel [ECF No. 131] filed on April 29, 2020, was filed with an exhibit that should have been redacted.  Therefore,

**IT IS ORDERED** that the Clerk is directed to strike the document and remove image from the docket.

**IT IS FURTHER ORDERED** that the Motion to Compel shall be correctly re-filed by the close of business today, April 30, 2020.

**IT IS SO ORDERED**.

                                                 S/ Linda V. Parker
                                                 LINDA V. PARKER
                                                 U.S. DISTRICT JUDGE

Dated: April 30, 2020