UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,                 Case No. 17-13292
                                 Honorable Linda V. Parker, District Court Judge
v.                                    Hon. Elizabeth A. Stafford

PROJECT VERITAS, et al,
    Defendants.
               -I

---

| | |
|---|---|
| Mark H. Cousens (P12273)<br>Attorney for Plaintiff<br>26261 Evergreen Rd Ste 130<br>Southfield, MI 48076<br>(248) 355-2150<br>cousens@cousenslaw.com<br>P12273 | Paul M. Mersino<br>Butzel Long PC<br>Attorney for Defendants<br>150 W Jefferson Ave Ste 100<br>Detroit, MI 48226-4452<br>(313) 225-7015<br>mersino@butzel.com<br>P72179 |
| Stephen R. Klein<br>Attorney for Defendants<br>Barr & Klein PLLC<br>1629 K St NW Ste 300<br>Washington, DC 20006-1631<br>(202) 804-6676<br>steve@barrklein.com<br>P74687 | Ann M. Sherman<br>Deputy Solicitor General<br>Attorney for Intervening Party<br>State of Michigan<br>Michigan Dept of Attorney General<br>POB 30212<br>Lansing, Michigan 48909<br>(517) 335-7628<br>ShermanA@michigan.gov |

---

**LIST OF EXHIBITS**

1.     2017     IRS Schedules B, D, G, J, M, O, R and Form 8868 filed by Project Veritas

2.     9/6/2017       Email correspondence initiated by James O'Keefe

3.     9/29/2017      Email correspondence initiated by James O'Keefe

| | | |
|---|---|---|
| 4. | 9/29/2017 | Email correspondence initiated by James O'Keefe |
| 5. | 4/10/2017 | Email correspondence initiated by Gaz Thomas |