| | |
|---|---|
| **From:** | James O'Keefe III |
| **Sent:** | Wed, 6 Sep 2017 18:31:30 -0400 (EDT) |
| **To:** | ▬▬▬▬▬▬▬▬▬▬▬ |
| **Cc:** | Austin Wright[Austin@projectveritas.com] |
| **Subject:** | Michigan Update - Sensitive |

,

I just came out of a meeting with my undercover journalist after she spent months inside AFT in MI.

This story is really explosive and I think we're going to get a lot more over the coming months. It's explicit and powerful.

We even have documents to back everything up

I really need to give you an update on the phone, let me know when we can talk. Sooner the better.

2

James O'Keefe
Chairman and President
Project Veritas
Office: 914-908-2300
Cell: ▬▬▬▬▬



  



Confidential                                                                 PV005795

| | |
|---|---|
| **From:** | James O'Keefe III |
| **Sent:** | Wed, 6 Sep 2017 18:37:36 -0400 (EDT) |
| **To:** | |
| **Cc:** | Austin Wright[Austin@projectveritas.com] |
| **Subject:** | Michigan story, significant development - can you talk? |

,

I just came out of a meeting with my undercover journalist after she spent months inside AFT in MI.

This story is really explosive and I think we're going to get a lot more over the coming months. It's explicit and powerful.

We even have documents to back everything up

I really need to give you an update on the phone, let me know when we can talk. Sooner the better.

James O'Keefe

Chairman and President

Project Veritas

Office: 914-908-2300

Cell: 2



  



| | |
|---|---|
| **From:** | James O'Keefe III |
| **Sent:** | Wed, 6 Sep 2017 18:41:57 -0400 (EDT) |
| **To:** | |
| **Cc:** | Austin Wright[Austin@projectveritas.com] |
| **Subject:** | Michigan story, significant development - can you talk? |

,

I just came out of a meeting with my undercover journalist after she spent months inside AFT in MI.

This story is really explosive and I think we're going to get a lot more over the coming months. It's explicit and powerful.

We even have documents to back everything up

I really need to give you an update on the phone, let me know when we can talk. Sooner the better.

James O'Keefe

Chairman and President

Project Veritas

Office: 914-908-2300

Cell:



  

