| | |
|---|---|
| **From:** | Gaz Thomas |
| **Sent:** | Mon, 10 Apr 2017 15:00:55 -0400 (EDT) |
| **To:** | James O'Keefe III[james@projectveritas.com] |
| **Subject:** | Charter schools |
| **Attachments:** | Unionizing Charter Schools Plan[2].docx |

This is the Charter School Op Plan you wanted to amend the strategic requirement on. This is where Marissa is at so far. She will complete once you have made your amendments so she's tracking along the right line.

Confidential PV005607

## Unionizing Charter Schools Plan (Category A)

**Strategic Requirement**

To obtain video/audio evidence that union officials are with the help of democratic politicians trying to unionize charter schools for their own benefit rather than that of the students. Ultimately, get a union official explaining how black people need to stay in the poor, failing schools – they "cannot allow" them to choose a better position elsewhere, because that would hurt the union status quo.

**Access**

-President of the Michigan AFT, David Hacker (dhecker@aftmichigan.org)
- Union offices in selected cities.
- Weekly/monthly union meetings.
- Union social gatherings.

**Operational Intelligence Requirements**

1. Names, emails, and phone numbers of other union leaders in the Detroit area.
2. Calendar of events for unions in Detroit area.
3. List of charter schools in Michigan.
4. Make appropriate aliases/social media accounts.

**Operational Plan**

**Priority 1**

By 11 April 2017, have contacted the President of the Michigan AFT regarding interning for him.
By the 21 April 2017, LibertyU will have finalized an internship dates and plan with the AFT.

Confidential                                                                                                                                                       PV005608

**Priority 2**

By the end of April, LibertyU take any necessary trips to Michigan in order to finalize an internship.

Confidential
PV005609