## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AFT MICHIGAN,

      Plaintiff,

v.

PROJECT VERITAS, et al,

      Defendants.

Case No. 17-13292
Hon. Linda V. Parker
Hon. Elizabeth A. Stafford

---

Mark H. Cousens (P12273)
Attorney for Plaintiff
26261 Evergreen Rd Ste 130
Southfield, MI 48076
(248) 355-2150
cousens@cousenslaw.com

Paul M. Mersino (P72179)
Butzel Long, P.C.
Attorneys for Defendants
150 W. Jefferson Ave., Suite 100
Detroit, MI 48226
(313) 225-7015
mersino@butzel.com


Ann M. Sherman
Deputy Solicitor General
Attorney for Intervening Party
State of Michigan
Michigan Dept. of Attorney General
P.O. Box. 30212
Lansing, MI 48909
(517) 335-7628
ShermanA@michigan.gov

Stephen R. Klein (P74687)
Barr & Klein PLLC
Attorneys for Defendants
1629 K St. NW Ste 300
Washington, DC 20006
(202) 804-667
steve@barrklein.com

---

## PROJECT VERITAS PARTIES' RESPONSE TO
## AFT MICHIGAN'S MOTION TO COMPEL
## DISCOVERY OF THE NAMES OF PROJECT VERITAS DONORS
## INDEX OF EXHIBITS

Exhibit 1   Excerpts from Project Veritas Responses to AFT Michigan Requests for Production

Exhibit 2   Excerpts of the deposition of James O'Keefe, January 24, 2020

Exhibit 3   Excerpts of the deposition of Russell Verney, January 22, 2020

Exhibit 4   Excerpts of the deposition of Marisa Jorge, December 10, 2019

Exhibit 5   First Amended Complaint, *Planned Parenthood Federation of America, Inc., et al. v. Center for Medical Progress, et al.*, 16-cv-00236, Doc. No. 59 (N.D. Cal.)

Exhibit 6   Affidavit of Russell Verney

Exhibit 7   Affidavit of James O'Keefe with attachments

Exhibit 8   Excerpts of the deposition of David Hecker, October 15, 2019

Exhibit 9   Allysia Finley, *Randi Weingarten's Enemies List*, WALL STREET J., Mar. 14, 2014

Exhibit 10  Unreported rulings related to relevance under Fed. R. Civ. P. 26(b)(1):

- *Hemlock Semiconductor Corp. v. Kyocera Corp.*, 2016 WL 1660862 (E.D. Mich. Apr. 27, 2016)

- *State Farm Mut. Auto. Ins. Co. v. Elite Health Centers, Inc.*, 2019 WL 2754653 (E.D. Mich. July 2, 2019)

Exhibit 11  Unreported rulings related to qualified First Amendment privilege:

- *Tree of Life Christian Schools v. City of Upper Arlington*, 2012 WL 831918 (S.D. Ohio 2012)

- *The Ohio Organizing Collaborative v. Husted*, 2015 WL 7008530 (S.D. Ohio 2015)

- *In re Heartland Inst.,* 2011 WL 1839482 (N.D. Ill. May 13, 2011)

Exhibit 11
con't

- *Dibbern v. Univ. of Mich.*, 2014 WL 4964463 (E.D. Mich. Oct. 3, 2014)

- *Anderson v. Hale*, 2001 WL 503045 (N.D. Ill. May 10, 2001)

- *Heartland Surgical Specialty Hosp., LLC v. Midwest Div., Inc.*, 2007 WL 852521 (D. Kan. Mar. 16, 2007)

- *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, 2018 WL 2441518 (N.D. Cal. May 31, 2018)

- *Nat'l Abortion Fed'n v. Ctr. for Med. Progress*, 2015 WL 13333328 (N.D. Cal. Nov. 20, 2015)