**Exhibit 2**

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                      SOUTHERN DIVISION
 4
 5   AFT MICHIGAN,
 6          Plaintiff,
 7
 8   -vs-                          Civil Case No. 17-cv-13292
 9                                 Hon. Elizabeth A. Stafford
10   PROJECT VERITAS, and MARISA L.
11   JORGE, a/k/a MARISSA JORGE, a/k/a
12   MARISSA PEREZ,
13          Defendants.
14   _____/
15   PAGE 1 TO 192
16
17   The Videotaped Deposition of JAMES O'KEEFE,
18   Taken at One Barker Avenue,
19   White Plains, New York, 10601
20   Commencing at 10:00 a.m.,
21   Friday, January 24, 2020,
22   Before Kelly Forfar, CSR-3618.
23
24
25
```

```
1   APPEARANCES:
2   MR. MARK H. COUSENS (P12273)
3   26261 Evergreen Rd
4   Suite 110
5   Southfield, MI, 48076
6   Tel:  (248)355-2150 Fax: (248)355-2170
7   cousens@cousenslaw.com
8           Appearing on behalf of the Plaintiff.
9
10  MR. PAUL MERSINO (P72179)
11  Butzel Long, PC
12  150 West Jefferson Ave
13  Suite 100
14  Detroit, MI  48226
15  Tel:  (313) 225-7015 Fax:  (313) 225-7080
16  mersino@butzel.com
17          Appearing on behalf of the Defendants.
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES, cont'd:
 2
 3   MR. STEPHEN KLEIN, ESQ.
 4   Barr & Klein, PLLC
 5   1629 K Street NW
 6   Suite 300
 7   Washington, D.C., 20006
 8   (202) 804-6676
 9   steve@barrklein.com
10            Appearing on behalf of the Defendants.
11
12   MR. JOHN SULLIVAN, ESQ.
13   1214 W. Boston Post Road
14   Number 148
15   Mamaroneck, NY   10543
16            Appearing as counsel for Project Veritas.
17
18
19
20   ALSO PRESENT:
21   - Videographer - Michael Chait
22   - Jessica Rutter and Brad Murray
23
24
25
```

1  investigation using the upcoming investigation as a way to
2  encourage donations?
3      A.   I don't think that's a yes-or-no question.
4      Q.   Well, let me try to break it.
5           Are there occasions in the past three years during
6  which Project Veritas has solicited donations by advertising
7  that an investigation was going to be commenced?
8           MR. MERSINO:  And Mark, I want to make sure we are
9  just not talking past each other.  Do you mean soliciting
10 funds that would be earmarked for a specific investigation?
11          MR. COUSENS:  I am not asking about earmarked, I
12 have got other questions on that.
13 BY MR. COUSENS:
14     Q.   But just does -- do they provide information to
15 potential donors in which they say we are about to undertake
16 investigation X, and we would like your help?
17     A.   The way I would characterize it is, we are very
18 special in this -- in the following way, we -- we share a
19 vision about what we want to do and people support us.
20     Q.   Does Project Veritas use the results of its
21 investigations to solicit funds?
22     A.   I suppose.
23     Q.   For example, did Project Veritas use the results of
24 its activities in the New Jersey Education Association as
25 part of fundraising activities?

```
 1   the question and the vagueness of using that investigation.
 2   BY MR. COUSENS:
 3        Q.   Did a fundraising appeal go out in which --
 4        A.   I don't -- I don't recall what appeals we -- we
 5   made after that.
 6        Q.   Can a donor --
 7        A.   The parents in New Jersey were completely outraged
 8   by what happened and we intend to do that everywhere.
 9        Q.   Well, I am not sure whether I concur with that.
10             But can a donor suggest an investigation?
11        A.   I am sorry?
12        Q.   Can a donor suggest an investigation?  In other
13   words, can someone come to you and say, hey, look, I have got
14   a bundle of money for you as long as you investigate X, Y or
15   Z?
16             MR. MERSINO:  And the question is can they do that?
17   BY MR. COUSENS:
18        Q.   Can they do that?
19             MR. MERSINO:  I am going to object to the form of
20   the question as to this witness's knowledge as to what
21   somebody can suggest.
22             THE WITNESS:  I suppose they can do it, I am not
23   sure that they have.
24   BY MR. COUSENS:
25        Q.   That was my next question.  Has any donor ever come
```

1  to Project Veritas and requested that a specific
2  investigation be undertaken?
3       A.   Not to my knowledge.
4       Q.   Did Project Veritas use the Michigan investigation
5  as part of fundraising activities?
6            MR. MERSINO:  I am going to object to the form of
7  the question of using the investigation.
8            If you understand the question, you may answer.
9            THE WITNESS:  I don't remember, I don't recall.
10 BY MR. COUSENS:
11      Q.   Take a look at Exhibit 2, please.
12           MR. MERSINO:  So are we skipping Exhibit 1?
13           MR. COUSENS:  Exhibit 1 will be discussed later.
14           THE WITNESS:  Uh-huh.
15           Okay, I have the exhibit.
16 BY MR. COUSENS:
17      Q.   On page 5795, an e-mail over your signature
18 indicates that you just came out of a meeting with your
19 undercover journalist after she spent months inside AFT in
20 Michigan.
21      A.   Uh-huh.
22      Q.   And the story is really explosive.
23           To whom was this e-mail sent?
24           MR. MERSINO:  I am going to object and note for the
25 record that there appears to be several different documents

1       Q.   With respect to anything or with respect to the AFT
2    Michigan investigation?
3       A.   I don't recall discussing --
4       Q.   Does Project Veritas routinely or even occasionally
5    discuss projects, current or planned, with donors or
6    potential donors?
7       A.   Oh, all the time.  We -- we share all of our plans
8    and activities with as many people as possible.
9       Q.   So was the AFT operation discussed with any donor
10   or donors?
11           MR. MERSINO:  At what time?
12   BY MR. COUSENS:
13      Q.   At any time prior to its initiation?
14      A.   I don't remember if that particular investigation
15   was discussed or not discussed, But we discuss all of our
16   projects and plans; we are pretty transparent about what we
17   do with the public.
18      Q.   Did any donor make a contribution specifically
19   related to the AFT Michigan operation?
20      A.   I don't remember.
21      Q.   Who would?
22           MR. MERSINO:  Well, I am going to object to the
23   extent that it calls for speculation.
24           THE WITNESS:  I don't think --
25           MR. MERSINO:  If he doesn't remember if anyone did,

1 I don't think he can answer who would.

2         THE WITNESS: I don't think any of our donations
3 are earmarked or in that regard, they give to a broader
4 vision, a broader mission to expose corruption and
5 dishonesty. And we do a lot of investigations over the
6 course of the year and they just believe generally in what we
7 are doing. It is a pretty special circumstance that we have
8 a lot of these people that support what we do.

9 BY MR. COUSENS:
10    Q. Are there any entities with which Project Veritas
11 is affiliated for business or fundraising purposes other than
12 Project Veritas Action Fund?

13         MR. MERSINO: I am going to object to the form of
14 the question. When you ask if they are affiliated with any
15 organizations, I don't understand the question.

16         If the witness does, he may answer.

17         THE WITNESS: I don't fully understand the
18 question.

19 BY MR. COUSENS:
20    Q. Does Project Veritas coordinate any activities with
21 any other business or entity for the purposes of generating
22 donations?

23         MR. MERSINO: I am going to object to the vagueness
24 of the question --

25         THE WITNESS: When you say coordinate with