**Exhibit 3**

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4
 5   AFT MICHIGAN,
 6            Plaintiff,
 7
 8   -vs-                          Civil Case No. 17-cv-13292
 9                                 Hon. Elizabeth A. Stafford
10   PROJECT VERITAS, and MARISA L.
11   JORGE, a/k/a MARISSA JORGE, a/k/a
12   MARISSA PEREZ,
13            Defendants.
14   _____/
15   PAGE 1 TO 89
16
17   The Videotaped Deposition of RUSSELL VERNEY,
18   Taken at One Barker Avenue,
19   White Plains, New York, 10601
20   Commencing at 10:00 a.m.,
21   Wednesday, January 22, 2020,
22   Before Kelly Forfar, CSR-3618.
23
24
25
```

```
1   APPEARANCES:
2   MR. MARK H. COUSENS (P12273)
3   26261 Evergreen Rd
4   Suite 110
5   Southfield, MI, 48076
6   Tel:  (248)355-2150 Fax: (248)355-2170
7   cousens@cousenslaw.com
8           Appearing on behalf of the Plaintiff.
9
10  MR. PAUL MERSINO (P72179)
11  Butzel Long, PC
12  150 West Jefferson Ave
13  Suite 100
14  Detroit, MI,  48226
15  Tel:  (313) 225-7015 Fax:  (313) 225-7080
16  mersino@butzel.com
17          Appearing on behalf of the Defendants.
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES, cont'd:
 2
 3   MR. STEPHEN KLEIN, ESQ.
 4   Barr & Klein, PLLC
 5   1629 K Street NW
 6   Suite 300
 7   Washington, D.C., 20006
 8   (202) 804-6676
 9   steve@barrklein.com
10           Appearing on behalf of the Defendants.
11
12   MR. JOHN SULLIVAN, ESQ.
13   1214 W. Boston Post Road
14   Number 148
15   Mamaroneck, NY  10543
16           Appearing as counsel for Project Veritas.
17
18
19
20   ALSO PRESENT:
21   - Videographer - Michael Chait
22   - Jessica Rutter and Brad Murray
23
24
25
```

1  █████████████████████████████████
2 ████████████████████████████████████
3 ██████████
4 ████████████████████████
5 ███████████
6 █ ██████████████████████████████
7 ████████████████████████████
8 █ █
9 █ ████████████████
10 █ ██
11    Q.   Did you participate in conversations where those
12 investigations, the ones to be implemented, were discussed in
13 greater detail?
14    A.   I have no specific recollection but I engaged in
15 discussions of all of our investigations.
16    Q.   Do you know how the idea of teacher union
17 investigations was raised within Project Veritas?
18    A.   It was a follow-on to the ones that had been done
19 previously that discovered the drugs and the abuse of a child
20 by a teacher in another state, various -- various situations
21 that we had discovered; it was a continuation on of those.
22    Q.   Was -- did any person not associated on a personal
23 or professional level with Project Veritas have any input, as
24 far as you know, into what investigations would be conducted
25 with respect to teacher unions during 2017 or 2018?

1    A.   No.
2    Q.   The entire concept was discussed and developed
3 internally, as far as you know?
4    A.   Yes, sir.
5    ▮
6    ▮
7    ▮
8    ▮
9    ▮
10   ▮
11   ▮
12   ▮
13   ▮
14   ▮
15   ▮
16   ▮
17   ▮
18   ▮
19   ▮
20   ▮
21   ▮
22   ▮
23   ▮
24   ▮
25   ▮