**Exhibit 4**

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


AFT MICHIGAN,

      Plaintiff,


-vs-                    Civil Case No. 17-cv-13292

                        Hon. Elizabeth A. Stafford

PROJECT VERITAS, and MARISA L.

JORGE, a/k/a MARISSA JORGE, a/k/a

MARISSA PEREZ,

      Defendants.

                            /

PAGE 1 TO 191


The Videotaped Deposition of MARISA JORGE,

Taken at 150 West Jefferson Avenue,

Detroit, Michigan, 48226

Commencing at 9:30 a.m.,

Tuesday, December 10, 2019,

Before Kelly Forfar, CSR-3618.

Page 2

```
 1   APPEARANCES:

 2   MR. MARK H. COUSENS (P12273)

 3   26261 Evergreen Rd

 4   Suite 110

 5   Southfield, MI, 48076

 6   Tel:  (248)355-2150 Fax: (248)355-2170

 7   cousens@cousenslaw.com

 8          Appearing on behalf of the Plaintiff.

 9

10   MR. PAUL MERSINO (P72179)

11   Butzel Long, PC

12   150 West Jefferson Ave

13   Suite 100

14   Detroit, MI,  48226

15   Tel:  (313) 225-7015 Fax:  (313) 225-7080

16   mersino@butzel.com

17          Appearing on behalf of the Defendants.

18

19

20

21

22

23

24

25
```

Page 3

```
 1   APPEARANCES, cont'd:

 2

 3   MR. STEPHEN KLEIN, ESQ.

 4   Barr & Klein, PLLC

 5   1629 K Street NW

 6   Suite 300

 7   Washington, D.C., 20006

 8   (202) 804-6676

 9   steve@barrklein.com

10           Appearing on behalf of the Defendants.

11

12

13   ALSO PRESENT:

14   - Videographer - Chip Staley

15   - Jessica Rutter and Brad Murray

16

17

18

19

20

21

22

23

24

25
```

Page 66

```
1        Q.   Okay.  What happened at these meetings?  You can go

2   through them one at a time if you want.

3        A.   Well, I mean, again, like, these were so long ago

4   that the specifics I can't remember.  But I do know

5   that typically in these meetings we would just talk about the

6   past stories that we have done and that's basically it.

7        Q.   When did you first learn that Project Veritas was

8   considering an action in Michigan?

9        A.   I believe it was Spring of 2017, and it was just

10  teachers unions in general.

11       Q.   Who told you about the Michigan operation?

12       A.   Well, no one told me about the Michigan operation;

13  I, initially, came up with the idea of Michigan.

14       Q.   So it was your idea to conduct an investigation in

15  the state of Michigan of teacher unions?

16       A.   Yes.

17       Q.   And did you suggest this to anybody?

18       A.   Well, I was -- I was assigned specifically teachers

19  unions and I just decided that Michigan would be the state.

20       Q.   Okay.

21       A.   And I suggested that.

22       Q.   And your suggestion was accepted?

23       A.   Yes.

24       Q.   Why did you think Michigan would be an appropriate

25  state for any investigation into teacher unions?
```

Page 67

1      A.   I mean, to be honest, I can't remember the

2  specifics of what I thought at the time but it just -- it

3  just so happened that I think it worked out.

4      Q.   What research or investigation did you do prior to

5  coming to this conclusion?

6      A.   I believe that I just -- I looked up the teachers

7  union in general and I looked up events that were going on.

8      Q.   Did you know how many labor organizations

9  represented teachers in the state of Michigan?

10     A.   Like how many different --

11     Q.   Different --

12     A.   No, I did not.

13     Q.   Did you know -- how did you settle on AFT Michigan

14  as being appropriate for an investigation?

15     A.   Because it was just the main union.

16     Q.   The main union?

17     A.   There was no, like, specific reason other than

18  that.

19     Q.   Okay.  Have you ever heard of the Michigan

20  Education Association?

21     A.   I have after -- afterwards.

22     Q.   Since?

23     A.   Yes, since.

24     Q.   So your research suggested to you that the

25  principal labor organization in Michigan representing

Page 110

```
 1      A.   I don't remember.

 2      Q.   What was the conversation?

 3      A.   It was just -- her name was just mentioned.

 4      Q.   In what context?

 5      A.   I think after the lawsuit, just when her name was

 6  mentioned in articles.

 7      Q.   When you developed your plan for the Michigan

 8  operation, did you assist Project Veritas in sharing this

 9  information with anyone else?

10      A.   No.

11      Q.   Did you assist Project Veritas in developing any

12  correspondence which might have been used to support the plan

13  or raise money?

14      A.   No.

15      Q.   Have you participated in any meetings or

16  conferences or telephone calls where the Michigan operation

17  was discussed?  Sorry, discussed in the context of raising

18  money for Project Veritas?

19      A.   No.

20
```