UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,       Case No. 17-13292
                      Honorable Linda V. Parker
v.                             Magistrate Judge Elizabeth A. Stafford

PROJECT VERITAS, et al,
    Defendants.
             -I

---

| | |
|---|---|
| Mark H. Cousens (P12273)<br>Attorney for Plaintiff<br>26261 Evergreen Rd Ste 130<br>Southfield, MI 48076<br>(248) 355-2150<br>cousens@cousenslaw.com<br>P12273 | Paul M. Mersino<br>Butzel Long PC<br>Attorney for Defendants<br>150 W Jefferson Ave Ste 100<br>Detroit, MI 48226-4452<br>(313) 225-7015<br>mersino@butzel.com<br>P72179 |
| Stephen R. Klein<br>Attorney for Defendants<br>Barr & Klein PLLC<br>1629 K St NW Ste 300<br>Washington, DC 20006-1631<br>(202) 804-6676<br>steve@barrklein.com<br>P74687 | Ann M. Sherman<br>Deputy Solicitor General<br>Attorney for Intervening Party<br>State of Michigan<br>Michigan Dept of Attorney General<br>POB 30212<br>Lansing, Michigan 48909<br>(517) 335-7628<br>ShermanA@michigan.gov |

---

**Stipulated Order Regarding Submission of Briefs**

At a session of court on <u>May 14, 2020</u>
by Hon. <u>Elizabeth A. Stafford</u>
U. S. MAGISTRATE JUDGE

On stipulation of the parties it is ordered that Plaintiff's response to Defendants' motion to compel discovery (DKT 130) shall be submitted not later than May 15, 2020 and Defendants' reply shall be submitted not later than May 22, 2020.

It is so stipulated.

| | |
|---|---|
| S/S Mark H Cousens | S/S Paul M. Mersino (MHC per email) |
| Mark H. Cousens (P12273)<br>Attorney for Plaintiff | Paul M. Mersino<br>Butzel Long PC<br>Attorney for Defendants |

IT IS SO ORDERED.

                                      s/Elizabeth A. Stafford
                                      ELIZABETH A. STAFFORD
                                      U. S. MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that on May 12, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Paul M. Mersino, Ann Sherman and Stephen Klein.

                                                         /s/ Mark H. Cousens
                                                         Mark H. Cousens (P12273)
                                                         Attorney for Plaintiff
                                                         26261 Evergreen Rd Ste 130
                                                         Southfield, MI 48076
                                                         (248) 355-2150
                                                         cousens@cousenslaw.com