UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,

v.

PROJECT VERITAS, et al,
    Defendants.

Case No. 17-13292
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

_____/

### Stipulated Order Regarding Submission of Rebuttal Expert Reports

Whereas, Defendants' Rebuttal Expert Reports are currently due on May 30th, 2020 (see Dkt. 128);

Whereas, the Parties agree that Defendants may be granted a seven (7) day extension to submit their Expert Reports;

Whereas, no other dates will be affected by this Order;

**IT IS ORDERED**, on stipulation of the parties, that Defendants' Rebuttal Expert Reports shall be submitted not later than June 5, 2020.

**IT IS SO ORDERED**.

                                                      s/Linda V. Parker
                                                      HONORABLE LINDA V. PARKER
                                                      U. S. DISTRICT JUDGE

Dated: May 26, 2020

It is so stipulated.

By: /s/ Mark H. Cousens
Mark H. Cousens (P12273)
Attorney for Plaintiff

By: /s/ Paul M. Mersino
Paul M. Mersino (P72179)
Attorney for Defendants