UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,

v.

PROJECT VERITAS, et al,

    Defendants.

Case No. 17-13292
Honorable Linda V. Parker

## STIPULATED ORDER AMENDING SCHEDULING ORDER

Whereas, all Parties to this suit recently stipulated to an extension of certain dates in the Scheduling Order for this matter due to the health crisis that had impaired their ability to complete the discovery process, including the extension of the fact discovery cut-off date to June 30;

Whereas, the Parties have continued to utilize their best efforts to continue and finalize discovery in this matter and will substantially complete discovery by that date;

Whereas, certain witnesses are not and will not be available during the month of June for depositions, due in part to the same health crisis noted above, but can be available in the month of July;

Whereas, the Parties agree to extend the fact discovery deadline to July 31, 2020, but only for the taking of depositions properly and timely noticed and served

within the current June 30th fact discovery deadline; and

Whereas, due to the extension of the fact discovery deadline, the deadline for Motions for Summary Judgment shall also be extended accordingly, but all other dates shall remain the same;

On stipulation of all Parties,

**IT IS ORDERED** that the Fourth Amended Scheduling Order is hereby amended as follows:

| | |
|---|---|
| **Fact Discovery Cutoff:** | June 30, 2020<br>*Any depositions properly and timely noticed and served within the fact discovery period may be finalized in the month of July if necessary due to witness availability |
| **Expert Discovery Cutoff:** | June 30, 2020 |
| **Due Date for Motions to Exclude Experts:** | July 15, 2020 |
| **Dispositive Motion Cutoff (Filed By Date):** | August 21, 2020 |
| **Motions in Limine:** | October 1, 2020 |

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 8, 2020

It is so stipulated:

/s/ Mark H. Cousens
Mark H. Cousens
Attorney for Plaintiff

/s/ Paul M. Mersino
Paul M. Mersino
Attorney for Defendants