**Exhibit 2**

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF MICHIGAN
 3                         SOUTHERN DIVISION
 4
 5   AFT MICHIGAN,
 6            Plaintiff,
 7
 8   -vs-                           Civil Case No. 17-cv-13292
 9                                  Hon. Elizabeth A. Stafford
10   PROJECT VERITAS, and MARISA L.
11   JORGE, a/k/a MARISSA JORGE, a/k/a
12   MARISSA PEREZ,
13            Defendants.
14   _____/
15   PAGE 1 TO 192
16
17   The Videotaped Deposition of JAMES O'KEEFE,
18   Taken at One Barker Avenue,
19   White Plains, New York, 10601
20   Commencing at 10:00 a.m.,
21   Friday, January 24, 2020,
22   Before Kelly Forfar, CSR-3618.
23
24
25
```

```
 1   APPEARANCES:
 2   MR. MARK H. COUSENS (P12273)
 3   26261 Evergreen Rd
 4   Suite 110
 5   Southfield, MI, 48076
 6   Tel:  (248)355-2150 Fax: (248)355-2170
 7   cousens@cousenslaw.com
 8             Appearing on behalf of the Plaintiff.
 9
10   MR. PAUL MERSINO (P72179)
11   Butzel Long, PC
12   150 West Jefferson Ave
13   Suite 100
14   Detroit, MI  48226
15   Tel:  (313) 225-7015 Fax:  (313) 225-7080
16   mersino@butzel.com
17             Appearing on behalf of the Defendants.
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES, cont'd:
 2
 3   MR. STEPHEN KLEIN, ESQ.
 4   Barr & Klein, PLLC
 5   1629 K Street NW
 6   Suite 300
 7   Washington, D.C., 20006
 8   (202) 804-6676
 9   steve@barrklein.com
10           Appearing on behalf of the Defendants.
11
12   MR. JOHN SULLIVAN, ESQ.
13   1214 W. Boston Post Road
14   Number 148
15   Mamaroneck, NY  10543
16           Appearing as counsel for Project Veritas.
17
18
19
20   ALSO PRESENT:
21   - Videographer - Michael Chait
22   - Jessica Rutter and Brad Murray
23
24
25
```

1         MR. MERSINO: I actually ask that you -- you don't,
2    James.
3         THE WITNESS: Okay.
4         MR. MERSINO: If -- if you remember from your own
5    personal knowledge, independent from anything that you may
6    have heard from counsel, you may answer.
7         THE WITNESS: Sure. Well, I think -- I think
8    Lauren Windsor who was involved in that -- who has
9    communicated with many of the plaintiffs against us has said,
10   quote, national presidents would love to see O'Keefe take a
11   hit -- I am sorry, that was -- I am sorry, the quote -- let
12   me strike that. The quote was, "To take James O'Keefe out of
13   the game for good," says Lauren Windsor.
14        Steve Wentz was the -- was the president --
15   the local president of a teachers union in Kansas and he
16   said, "National presidents would love to see O'Keefe take a
17   hit."
18        We just released, actually, a clip from a
19   deposition in this litigation where the president of Michigan
20   AFT said, quote, to have the lawsuit in any way possible stop
21   Project Veritas from doing the kind of work that it does,
22   unquote. Or to, quote, some way slowing down or limiting
23   what Project Veritas does, unquote.
24        So the Beacon, I guess you could call it
25   organization or -- or technique, was designed to help us as

1  investigative reporters expose Democracy Partners in 2016.
2  One of the individuals who participated in that was Lauren
3  Windsor, and she is involved in talking to a lot of
4  the plaintiffs in this litigation.  And I think it is
5  anathema to the First Amendment, I think it is a national
6  disgrace.  And so help me God, I will not stop fighting for
7  our First Amendment rights under the Constitution.
8  BY MR. COUSENS:
9      Q.   Well, we think you are a national disgrace, Mr.
10 O'Keefe.
11         MR. MERSINO:  I'll object to the representation by
12 counsel.
13         MR. COUSENS:  I want to know --
14         MR. MERSINO:  I -- I object to the representation
15 of counsel.  If we are going to badger the witness, we can
16 wrap this up real fast.
17         THE WITNESS:  I take that as a compliment, by the
18 way.
19         MR. MERSINO:  I ask you to ask questions, not make
20 testimony or statements.
21 BY MR. COUSENS:
22     Q.   I just want to know whether you are asserting that
23 Lauren Windsor or anyone else communicated either with me or
24 anyone associated with my law firm?
25         MR. MERSINO:  I will object to the extent that the

CERTIFICATE OF REPORTER

STATE OF MICHIGAN )
                  ) SS
COUNTY OF OAKLAND)

         I hereby certify that on the date and at the place hereinbefore set forth, I reported stenographically the proceedings held in the matter hereinbefore set forth, and that the testimony so recorded was subsequently transcribed by me with the use of computer-aided transcription under my direction and supervision, and that the foregoing is a full, true and accurate transcript of my original stenotype notes.

DATE: _____  _____
                        Kelly Forfar
                        (CSR-3618)
                        Certified Reporter

Notary Public:
County of Oakland
My Commission Expires:
January 4, 2021