UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,                                   Case No. 17-13292

v.                                       Honorable Linda V. Parker
                                           Magistrate Judge Elizabeth Stafford

PROJECT VERITAS, et al,

    Defendants.

_____/

**STIPULATED ORDER REGARDING RESPONSE TO PLAINITFF'S MOTION TO STRIKE REPORT OF DEFENDANTS' EXPERT WITNESS**

On stipulation of counsel for the parties, it is ordered:

1. Defendants' response to Plaintiff's Motion to Strike Report of Defendants' Expert Witness (ECF No. 168), previously due on September 3, 2020, shall be filed by September 10, 2020;

2. Plaintiff's reply in support of its Motion to Strike Report of Defendants' Expert Witness (ECF No. 168) shall be filed by September 24, 2020.

All other dates remain unchanged.

It is so stipulated:

/s/ Mark H. Cousens                      /s/ Paul M. Mersino
Mark H. Cousens                             Paul M. Mersino
Attorney for Plaintiff                      Attorney for Defendants

**IT IS SO ORDERED.**

                                              s/Elizabeth A. Stafford
                                              HON. ELIZABETH A. STAFFORD
                                              U.S. MAGISTRATE JUDGE

Dated: August 26, 2020