UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

       Plaintiff,                    Case No. 17-cv-13292

vs.                                  HON. LINDA V. PARKER

PROJECT VERTIAS, et al.,

       DefendantS.
_____/

## ORDER STRIKING MOTION

On July 19, 2021, Plaintiff filed a Motion to Permit Deposition [ECF No. 191]. The motion does not conform with Judge Parker's motion requirement:

**CONCURRENCE**

The Court requires adherence to Eastern District of Michigan Local Rule 7.1(a), which requires moving parties to seek concurrence before filing a motion. The Court requires that a good-faith effort be made to obtain concurrence, which normally involves <u>actual contact</u> with opposing counsel and <u>conveyance of the specific issues</u> the party intends to raise in the motion. **It is not sufficient simply to inform opposing counsel that you intend to file, for example, a motion to dismiss**. The purpose of this process is to, at a minimum, narrow the issues raised in any subsequently filed motion. If no actual conversation occurs, the moving party must show that reasonable efforts were undertaken to conduct a conference and specifically describe those efforts in the motion papers. The outcome of the conference must be stated. All of this must be documented specifically in the motion papers.

Accordingly, Plaintiff's motion is **STRICKEN** from the record. Plaintiff may re-file the motion within three (3) days in strict compliance with Judge Parker's requirement.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 21, 2021, by electronic and/or U.S. First Class mail.

s/ Aaron Flanigan
Case Manager