## STATE OF MICHIGAN        COUNTY OF EASTERN DISTRICT

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

**AFT MICHIGAN**
  *Plaintiff,*
  -vs-
**PROJECT VERITAS AND MARISSA JORGE**
  *Defendant.*

Civil Action No: **17CV13292**

### SERVICE RETURN FOR RICHARD C SEDDON

I, **Kris Holliday**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

1. [►] I made service of said *Subpoena* in the county aforesaid on the **26th day of June, 2021, at 10:44 AM** by delivering a copy of the same, to **RICHARD C SEDDON** to wit:

    a. [►] Personally and in person at: **STAMBAUGH SUB DIVISION LOT 7, 837 Sydnie Ln, Powell, WYOMING 82435**
      [►] Home
      [ ] Work:
      [ ] Bank:
      [ ] Other:

    b. [ ] By leaving copies with _____, a person over the age of 14 years oldat: _____.

2. [ ] I WAS UNABLE TO SERVE FOR THE FOLLOWING REASON:

Physical Description:
White Male.

Kris Holliday

*Comments: A little girl answered the door at 836 Sydnie Lane, Powell, WY.  This little girl is either Richard Seddon's daughter or possibly granddaughter, (████ 4 or 5 YOA). She answered the door along with her dog, Noah. ████ went inside leaving the front door open.  After a few moments she returned and then an older lady came to the door whom I assume was Mr. Seddon's wife. She asked what I had and I told her I had a Subpoena for Richard Seddon and she confirmed Richard resided at this property.  She indicated to wait and went to go get him while ████ and Noah remained outside with me  After several minutes the lady returned to the front door and called ████ and Noah back inside and she told me she was sorry.  I asked if Richard was coming to the door and she responded he was not and she proceeded to shut the door.  I was so dumbfounded that I was unable to throw the paperwork into the house.  I rang the doorbell again but no one responded.  I went to my car where I contacted Tanya @ PSW and relayed to her what had happened.  After a few moments of discussion we decided that I would attach the Subpoena to the front door with the strapping tape I carried in my car.  I attached the Subpoena to the front door (which was a metal door) and proceeded to take pictures of the door with the Subpoena attached as well*



*as of the vehicles parked at the residence/shop and I also took numerous pictures of the property as well as the property number sign evidencing I was at the correct address.*

Subscribed and affirmed, or sworn to before me in the County of _____,
State of _____ this ____ day of _____ 2021.

_____
Notary Public / Clerk

JENNIFER S. JENSEN — NOTARY PUBLIC
COUNTY OF PARK
STATE OF WYOMING
MY COMMISSION EXPIRES:   JUNE 29, 2024

American Federation of Teachers

718313