EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION


AFT MICHIGAN,

            Plaintiff,


-vs-                                Civil Case No. 17-cv-13292

                                    Hon. Elizabeth A. Stafford

PROJECT VERITAS, and MARISA L.

JORGE, a/k/a MARISSA JORGE, a/k/a

MARISSA PEREZ,

            Defendants.

                                                    /

PAGE 1 TO 191


The Videotaped Deposition of MARISA JORGE,

Taken at 150 West Jefferson Avenue,

Detroit, Michigan, 48226

Commencing at 9:30 a.m.,

Tuesday, December 10, 2019,

Before Kelly Forfar, CSR-3618.

Page 2

```
 1   APPEARANCES:

 2   MR. MARK H. COUSENS (P12273)

 3   26261 Evergreen Rd

 4   Suite 110

 5   Southfield, MI, 48076

 6   Tel:  (248)355-2150 Fax: (248)355-2170

 7   cousens@cousenslaw.com

 8             Appearing on behalf of the Plaintiff.

 9

10   MR. PAUL MERSINO (P72179)

11   Butzel Long, PC

12   150 West Jefferson Ave

13   Suite 100

14   Detroit, MI,  48226

15   Tel:  (313) 225-7015 Fax:  (313) 225-7080

16   mersino@butzel.com

17             Appearing on behalf of the Defendants.

18

19

20

21

22

23

24

25
```

Page 3

```
 1    APPEARANCES, cont'd:

 2

 3    MR. STEPHEN KLEIN, ESQ.

 4    Barr & Klein, PLLC

 5    1629 K Street NW

 6    Suite 300

 7    Washington, D.C., 20006

 8    (202) 804-6676

 9    steve@barrklein.com

10              Appearing on behalf of the Defendants.

11

12

13    ALSO PRESENT:

14    - Videographer - Chip Staley

15    - Jessica Rutter and Brad Murray

16

17

18

19

20

21

22

23

24

25
```

Page 66

1      Q.   Okay.  What happened at these meetings?  You can go

2   through them one at a time if you want.

3      A.   Well, I mean, again, like, these were so long ago

4   that the specifics I can't remember.  But I do know

5   that typically in these meetings we would just talk about the

6   past stories that we have done and that's basically it.

7      Q.   When did you first learn that Project Veritas was

8   considering an action in Michigan?

9      A.   I believe it was Spring of 2017, and it was just

10  teachers unions in general.

11     Q.   Who told you about the Michigan operation?

12     A.   Well, no one told me about the Michigan operation;

13  I, initially, came up with the idea of Michigan.

14     Q.   So it was your idea to conduct an investigation in

15  the state of Michigan of teacher unions?

16     A.   Yes.

17     Q.   And did you suggest this to anybody?

18     A.   Well, I was -- I was assigned specifically teachers

19  unions and I just decided that Michigan would be the state.

20     Q.   Okay.

21     A.   And I suggested that.

22     Q.   And your suggestion was accepted?

23     A.   Yes.

24     Q.   Why did you think Michigan would be an appropriate

25  state for any investigation into teacher unions?