# EXHIBIT E

| | |
|---|---|
| From: | Marisa Smith |
| Sent: | Sun, 13 Aug 2017 23:32:05 -0400 (EDT) |
| To: | Richard[richard@projectveritas.com] |
| Subject: | Re: Handover |

Richard,

Below a summary of the current state of my operations at AFT Michigan.

Best,

Marisa Jorge

---

- LibertyU knows that the strategic requirement material is available. She is just has been at standstill being able to talk to targets because they are never in the office.
- Almost all of the office staff is taking some vacation time over the next three weeks.
- LibertyU's official end date for her internship is the September 1st.
- LibertyU's believes she needs to focus her attention on targets, Johnny and Julie.
- Johnny will give LibertyU the documents for the sexting case, but she does not think he is going to give them to her till the tail end of the internship.
- LibertyU is planning to get him outside the office for lunch and ask him for the papers again when they get to the office. She also going to continue to cultivate a more in depth relationship with him.
- The only reason he has not given them to her is that he has to go to through a locked filing cabinet in the back of the office.
- AFT Michigan is hosting a leadership summit from August 19th-20th. This conference is going to be held during the weekend, at a casino. She is going to use this time in order to cultivate relationships with people in the office she has not had as much time with.
- Ultimately, the plan is to get the content from targets who have given LibertyU intelligence, in the next three weeks.
- The main targets still remain to be Johnny (grievance organizer) Julie (legislative mobilization coordinator), and David (President of the AFT).

---

**From:** Richard Seddon
**Sent:** Friday, August 11, 2017 11:45:55 AM
**To:** ███████████████████████████████████████████ Marisa Jorge; ████████
████████████████████████████████████ Kevin Fuller; ████
**Cc:** Samuel Chamberlain; Joe Halderman; James O'Keefe III; ████
**Subject:** Handover

All,

To reinforce Gaz' earlier message. Richard is Field Ops Director from now until the end of the year (Telegram # 914 336 7699). Sam will be in read-only mode during his absence - please continue to cc him on all operational correspondence. Gaz has moved on from PV, given up his comms and is no longer privy to operational matters.

████████████████████████████████████████████████████████████████████████ In the meantime it would be very helpful if you could send me a brief email (bullet pointed is fine, no more than a dozen or so

lines) laying out the current state of play on all your operational activities and explaining what it is you feel you need to concentrate on over the next 3 weeks in order to obtain content from your targets. By 1400hrs EDT 14 August at the latest, please.

I will be following this up with individual consultations over the coming week or so and will be in touch to schedule.

Very much looking forward to working with you all again and supporting all your efforts.

Confidential

PV004277

| | |
|---|---|
| **From:** | Marisa Jorge. |
| **Sent:** | Fri, 21 Jul 2017 17:51:09 -0400 (EDT) |
| **To:** | Gaz Thomas[gaz@projectveritas.com] |
| **Cc:** | Samuel Chamberlain[sam@projectveritas.com]; Richard Seddon [richard@projectveritas.com] |
| **Subject:** | AFT Michigan Internship July 20, 2017 Summary |
| **Attachments:** | July 20, 2017 AFT Michigan.docx |

Confidential

PV005528