EXHIBIT F

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4
 5   AFT MICHIGAN,
 6         Plaintiff,
 7
 8   -vs-                          Civil Case No. 17-cv-13292
 9                                 Hon. Elizabeth A. Stafford
10   PROJECT VERITAS, and MARISA L.
11   JORGE, a/k/a MARISSA JORGE, a/k/a
12   MARISSA PEREZ,
13         Defendants.
14   _____/
15   PAGE 1 TO 89
16
17   The Videotaped Deposition of RUSSELL VERNEY,
18   Taken at One Barker Avenue,
19   White Plains, New York, 10601
20   Commencing at 10:00 a.m.,
21   Wednesday, January 22, 2020,
22   Before Kelly Forfar, CSR-3618.
23
24
25
```

```
 1   APPEARANCES:
 2   MR. MARK H. COUSENS (P12273)
 3   26261 Evergreen Rd
 4   Suite 110
 5   Southfield, MI, 48076
 6   Tel:  (248)355-2150 Fax: (248)355-2170
 7   cousens@cousenslaw.com
 8             Appearing on behalf of the Plaintiff.
 9
10   MR. PAUL MERSINO (P72179)
11   Butzel Long, PC
12   150 West Jefferson Ave
13   Suite 100
14   Detroit, MI,  48226
15   Tel:  (313) 225-7015 Fax:  (313) 225-7080
16   mersino@butzel.com
17             Appearing on behalf of the Defendants.
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES, cont'd:
 2
 3   MR. STEPHEN KLEIN, ESQ.
 4   Barr & Klein, PLLC
 5   1629 K Street NW
 6   Suite 300
 7   Washington, D.C., 20006
 8   (202) 804-6676
 9   steve@barrklein.com
10            Appearing on behalf of the Defendants.
11
12   MR. JOHN SULLIVAN, ESQ.
13   1214 W. Boston Post Road
14   Number 148
15   Mamaroneck, NY  10543
16            Appearing as counsel for Project Veritas.
17
18
19
20   ALSO PRESENT:
21   - Videographer - Michael Chait
22   - Jessica Rutter and Brad Murray
23
24
25
```

1  travel a lot so it could be anywhere in the country, all I
2  need a phone line and internet access.
3       Q.   How many, if you know, full-time employees does
4  Project Veritas have now?
5            MR. MERSINO:  Object to the relevance of the
6  question.
7            THE WITNESS:  Approximately 50, the number varies,
8  it fluctuates up and down by two or three.
9  BY MR. COUSENS:
10      Q.   Would that include persons who Project Veritas
11 refers to as undercover journalists?
12      A.   Correct.
13      Q.   Are there any personnel utilized by Project Veritas
14 who are engaged by Project Veritas but actually employed by
15 others?
16      A.   Employed by others?  Not that I know of.
17      Q.   Okay.  Does Project Veritas use any personnel
18 vendors or employee leasing?
19      A.   No.
20      Q.   Does Project Veritas subcontract any of the work
21 which it does to a third party?
22      A.   No.
23      Q.   Have any employees left Project Veritas since 2017?
24      A.   Oh, yeah.
25      Q.   Pardon me?

| | |
|---|---|
| 1 | Q. Do you know his nationality, that is, a citizen of |
| 2 | what country? |
| 3 | A. I do not know. |
| 4 | Q. Do you know where he lives? |
| 5 | A. I do not. |
| 6 | Q. Did Mr. Thomas work for Project Veritas? |
| 7 | A. He was an independent contractor of Project |
| 8 | Veritas, yes. |
| 9 | Q. Do you know whether he was employed himself by a |
| 10 | third party? |
| 11 | A. I do not know. |
| 12 | Q. As executive director, was it your responsibility |
| 13 | to make sure that Mr. Thomas was compensated for his |
| 14 | services? |
| 15 | A. Yes. |
| 16 | Q. And how was he compensated? |
| 17 | A. Through the independent contractor agreement. |
| 18 | Q. So a separate contract existed and money was paid |
| 19 | to an entity or to him as an individual? |
| 20 | A. I don't recall the terms of his independent |
| 21 | contractor agreement; it could have been either. |
| 22 | Q. Okay. Was a W-2 issued for Mr. Thomas? |
| 23 | A. No, he was not an employee. |
| 24 | Q. Was a 1099 issued? |
| 25 | A. I am sure it was, I didn't issue it but I have no |

```
 1   reason to doubt it.
 2        Q.   Okay.  Do you have any idea what his -- what his
 3   professional background was?
 4        A.   His professional background was --
 5        Q.   Yeah.
 6             MR. MERSINO:  I am just going --
 7             MR. COUSENS:  What?
 8             MR. MERSINO:  -- to object to the extent it calls
 9   for information that the witness has a lack of personal
10   knowledge to.
11             If you know, you can speak to it.
12             MR. COUSENS:  Well, all I am asking is what the
13   witness knows.
14             THE WITNESS:  All I know is that he was trained as
15   a British special forces in the -- sort of -- the --
16   the complement -- it wasn't SAS but it was complement to our
17   Seals.
18   BY MR. COUSENS:
19        Q.   What did Mr. Thomas do for Project Veritas?
20        A.   He was the interim field director for a while.
21        Q.   And as interim field director what were his
22   responsibilities?
23        A.   To make sure people got to wherever their
24   assignments were and had the resources needed to conduct
25   their assignments.
```

```
 1        Q.   Did he supervise the people that you call
 2   undercover journalists?
 3        A.   Yes.
 4        Q.   And made sure -- and made sure that they were
 5   fulfilling their assignments?
 6        A.   Yes.
 7        Q.   Did he supervise Marisa Jorge?
 8        A.   I believe they were both there at the same time, I
 9   would have to check the records, I don't know.
10        Q.   Do you know how Mr. Thomas came to work at Project
11   Veritas?
12        A.   He was recommended.
13        Q.   By a third party?
14        A.   Yeah.
15        Q.   Do you know who?
16        A.   I do.
17        Q.   And who was it?
18        A.   Richard Seddon.
19        Q.   Okay.  You have anticipated my next question.  You
20   know a person named Richard Seddon?
21        A.   I do.
22        Q.   Do you know where Mr. Seddon lives?
23        A.   No.
24        Q.   Do you know his approximate age?
25        A.   No.
```

1  Q.  Do you know his nationality?
2  A.  No.
3  Q.  Is it necessary for individuals providing services
4  to Project Veritas to fill out what I think are I-9 forms?
5  A.  For employees, yes.
6  Q.  But not as a contractor?
7  A.  Correct.
8  Q.  So Mr. Thomas might not have filled out an I-9?
9  A.  Would not have.
10 Q.  Okay. What about Mr. Seddon --
11 A.  Would not have.
12 Q.  -- would he have filled out an I-9?
13 A.  Would not have.
14 Q.  Okay. What did Mr. Seddon do for Project Veritas
15 when he was there?
16 A.  Initially he did recruiting and helping us to vet
17 new recruits and -- which included finding Gaz, and
18 eventually after Gaz left he served for a short time as the
19 interim field director.
20 Q.  Did Mr. Seddon have any role in supervising Marisa
21 Jorge while she was working at Project Veritas?
22 A.  Again, I don't know the timeline between when Gaz
23 left and Richard took over as the interim field director but
24 -- so I can't answer the question.
25 Q.  Was Mr. Seddon employed through a third party or as

1  -- or self-employed?
2       A.   He was employed through an independent contract
3  agreement, I don't recall who -- who the agreement was with.
4       Q.   And who, if you know, referred Mr. Seddon to
5  Project Veritas?
6       A.   I do not know.
7       Q.   Do you know a person named Samuel Chamberlain?
8       A.   Yes.
9       Q.   Do you know where Mr. Chamberlain lives?
10      A.   No.
11      Q.   Do you know his approximate age?
12      A.   No.
13      Q.   Do you know when Mr. Chamberlain was employed at
14 Project Veritas?
15      A.   I -- I am not sure but it was during that time that
16 Richard and Gaz were around.
17      Q.   Okay.  Do you know if he was employed by a third
18 party?
19      A.   I do not.
20      Q.   How did he come to work at Project Veritas?
21      A.   Recommended by Richard Seddon.
22      Q.   Now Mr. Thomas, Mr. Seddon and Mr. Chamberlain are
23 no longer engaged with Project Veritas?
24      A.   Correct.
25      Q.   So they have, to your knowledge, no professional or

```
 1   personal connection with the company?
 2       A.   Correct.
 3       Q.   And why did that end?
 4       A.   Contracts ended.
 5       Q.   And they were not renewed?
 6       A.   They didn't want them renewed; it was -- it was
 7   short-term only, none of them were long-term contracts.
 8       Q.   Do you know approximately the duration of each
 9   agreement?
10       A.   No.
11       Q.   When the contract ended, did Project Veritas, to
12   your knowledge, offer to renew the contract?
13       A.   I don't know.
14       Q.   Do you know if -- were you a participant in any
15   discussions in which the potential renewal of the contract
16   was considered?
17       A.   No.
18       Q.   Do you know who might have been involved in those
19   actions?
20            MR. MERSINO:  I am going to object to the extent it
21   calls for speculation.
22            MR. COUSENS:  I am not asking him to speculate.
23            MR. MERSINO:  The question was who might have been.
24            MR. COUSENS:  Yes, but --
25            MR. MERSINO:  Don't answer or don't speculate as to
```