EXHIBIT G

```
 1                  UNITED STATES DISTRICT COURT
 2                  EASTERN DISTRICT OF MICHIGAN
 3                         SOUTHERN DIVISION
 4
 5   AFT MICHIGAN,
 6           Plaintiff,
 7
 8   -vs-                              Civil Case No. 17-cv-13292
 9                                     Hon. Elizabeth A. Stafford
10   PROJECT VERITAS, and MARISA L.
11   JORGE, a/k/a MARISSA JORGE, a/k/a
12   MARISSA PEREZ,
13           Defendants.
14   _____/
15   PAGE 1 TO 192
16
17   The Videotaped Deposition of JAMES O'KEEFE,
18   Taken at One Barker Avenue,
19   White Plains, New York, 10601
20   Commencing at 10:00 a.m.,
21   Friday, January 24, 2020,
22   Before Kelly Forfar, CSR-3618.
23
24
25
```

```
1    APPEARANCES:
2    MR. MARK H. COUSENS (P12273)
3    26261 Evergreen Rd
4    Suite 110
5    Southfield, MI, 48076
6    Tel:  (248)355-2150 Fax: (248)355-2170
7    cousens@cousenslaw.com
8              Appearing on behalf of the Plaintiff.
9
10   MR. PAUL MERSINO (P72179)
11   Butzel Long, PC
12   150 West Jefferson Ave
13   Suite 100
14   Detroit, MI  48226
15   Tel:  (313) 225-7015 Fax:  (313) 225-7080
16   mersino@butzel.com
17             Appearing on behalf of the Defendants.
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES, cont'd:
 2
 3   MR. STEPHEN KLEIN, ESQ.
 4   Barr & Klein, PLLC
 5   1629 K Street NW
 6   Suite 300
 7   Washington, D.C., 20006
 8   (202) 804-6676
 9   steve@barrklein.com
10           Appearing on behalf of the Defendants.
11
12   MR. JOHN SULLIVAN, ESQ.
13   1214 W. Boston Post Road
14   Number 148
15   Mamaroneck, NY  10543
16           Appearing as counsel for Project Veritas.
17
18
19
20   ALSO PRESENT:
21   - Videographer - Michael Chait
22   - Jessica Rutter and Brad Murray
23
24
25
```

1  BY MR. COUSENS:
2      Q.   Okay.  Did you know Mr. Thomas before he was
3  engaged with Project Veritas?
4      A.   I don't believe so.
5      Q.   Did you know Mr. Seddon before he was engaged with
6  Project Veritas?
7      A.   I don't believe so.
8      Q.   Did you know Mr. Chamberlain before he was engaged
9  with Project Veritas?
10     A.   I don't think so.
11     Q.   Do you know how it was that any of the three came
12 to Project Veritas?  How was the connection made?
13          MR. MERSINO:  Object to the form of the question.
14          But you may answer if you are able.
15          THE WITNESS:  I don't -- I don't recall exactly how
16 they -- how they arrived to us, I don't.
17 BY MR. COUSENS:
18     Q.   Who would have been responsible for determining the
19 -- the contractual relationship between each of these three
20 persons and Project Veritas?
21          MR. MERSINO:  I'll object to the extent the
22 question presupposes facts not into evidence.
23          If you are able to answer the question, you may.
24          THE WITNESS:  Probably Russ, Russ Verney.
25 BY MR. COUSENS:

1  Q.  Do you know whether they were employees or engaged
2  in some other capacity?
3       MR. MERSINO:  And you are referring to with Project
4  Veritas?
5  BY MR. COUSENS:
6  Q.  Thomas, Seddon, Chamberlain, with respect to
7  Project Veritas?
8  A.  I don't.
9  Q.  Do you know if -- if they were not employees of
10 Project Veritas, do you know who their employer actually was?
11      MR. MERSINO:  I am going to object to the extent it
12 calls for a hypothetical; as the witness says, he doesn't
13 know what their status was.
14      MR. COUSENS:  Well, the question was does he know
15 who their employer actually was.  He may not.
16      MR. MERSINO:  It wasn't the full question.
17      But if you understand what he is asking, you can
18 answer.
19      THE WITNESS:  I would have to check with Russ
20 Verney.
21 BY MR. COUSENS:
22 Q.  Are there any personnel engaged at Project Veritas
23 presently who are not employees at Project Veritas, that is,
24 are considered contractors?
25 A.  I believe so.

1  Q. Do you know what the terms of any contract might
2  have been between Mr. Thomas, Mr. Seddon and Mr. Chamberlain
3  and Project Veritas?
4  A. I don't recall.
5  MR. MERSINO: And I'll just object that, again, it
6  presupposes facts not into evidence.
7  But you've answered, that's fine.
8  BY MR. COUSENS:
9  Q. Do you remember or know when each of these three
10 persons departed Project Veritas?
11 MR. MERSINO: Could you repeat your question, Mark.
12 MR. COUSENS: The question was does he know whether
13 -- I am sorry, when each of these three persons departed
14 Project Veritas.
15 MR. MERSINO: I'll object to the extent that it is
16 a compound question.
17 But if you are able to answer.
18 MR. COUSENS: Well, there are three individuals, so
19 he can break them down himself if he wants.
20 THE WITNESS: I don't remember the exact dates.
21 BY MR. COUSENS:
22 Q. Do you know why they departed Project Veritas?
23 A. I -- I think it was a short-term relationship and
24 they moved on to do other things.
25 Q. Have you been in touch with Mr. Thomas since he