UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AFT MICHIGAN,

    Plaintiff,

v.                                                                               Civil Case No. 17-13292
                                                                               Honorable Linda V. Parker

PROJECT VERITAS and
MARISA L. JORGE,

    Defendants.
_____/

## ORDER FOR *IN CAMERA* REVIEW OF DOCUMENTS RELATED TO DEFENDANTS' MOTION TO COMPEL

On April 29, 2020, Defendants filed a motion to compel Plaintiff's production of documents that Plaintiff asserts are protected by attorney-client privilege and work product privileges. (ECF No. 130.) This Court referred the motion to Magistrate Judge Elizabeth A. Stafford. (ECF No. 132.) After reviewing the documents *in camera*, Magistrate Judge Stafford concluded that the documents are protected and, therefore, denied the motion. (ECF No. 152.) Defendants filed objections to the decision (ECF No. 157), which are fully briefed (ECF Nos. 160, 166) and remain pending before the Court. In order to address Defendants' objections, this Court also must review the relevant documents.

Therefore, on or before **March 25, 2022**, Plaintiff is **ORDERED** to submit to the Court the documents for *in camera review*. The documents should be emailed to the

Court's Case Manager at aaron_flanigan@mied.uscourts.gov.

**IT IS SO ORDERED.**

                                                    s/ Linda V. Parker  
                                                    LINDA V. PARKER  
                                                    U.S. DISTRICT JUDGE

Dated: March 18, 2022