United States of America
In the District Court for the Eastern District of Michigan
Southern Division

| | |
|---|---|
| AFT Michigan, | Hon. Linda V. Parker, District Judge |
| Plaintiff, | Hon. Elizabeth A. Stafford |
| v | Case No.:   17-cv-13292 |
| Project Veritas, a foreign corporation, and Marisa L. Jorge, a/k/a Marissa Jorge, a/k/a Marissa Perez, | |
| Defendants. | |

## BRIEFING SCHEDULING ORDER

On stipulation of counsel for the parties and to permit preparation of a comprehensive response to the inquiry posed by the Court in its opinion of March 29, 2024, ECF 226, it is ordered that Plaintiff shall submit a brief responding to the Court by May 7, 2024; Defendants shall submit a brief responding to Plaintiff by May 28, 2024 and Plaintiff may reply to the response by June 4, 2024.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: April 24, 2024

It is so stipulated:

| | |
|---|---|
| /s/ Mark H. Cousens | /s/ Joseph E. Sandler |
| Mark H. Cousens | JOSEPH E. SANDLER |
| Attorney for Plaintiff | Attorney for Plaintiff |

2

 /s/ Paul M. Mersino                          /s/ Stephen R. Klein                 
Paul M. Mersino                              Stephen R. Klein
Attorney for Defendants                      Attorney for Defendants