MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AFT Michigan

Plaintiff(s),

Case No. 17-CV-13292

v.

Linda V. Parker

Project Veritas; Marisa Jorge

Elizabeth A. Stafford

Defendant(s).
_____/

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, Project Veritas

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.  Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2.  Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: 5/31/2024

/s/ Stephen Klein

Stephen Klein
Barr & Klein PLLC
1629 K St NW Ste. 300
Washington, DC 20006
(202) 804-6676 (Tel.)
steve@barrklein.com

Print

Exit